Robin L. Cohen (rcohen@kasowitz.com)
Adam S. Ziffer (aziffer@kasowitz.com)
Alexander M. Sugzda (asugzda@kasowitz.com)
KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
*Attorneys for Plaintiff Medidata Solutions,*
   *Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC.,<br><br>                Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>                Defendant. | Civil Action No.: 1:15-cv-00907-ALC |

### PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT FEDERAL INSURANCE COMPANY

PLEASE TAKE NOTICE that upon Plaintiff's Motion to the Court dated August 13, 2015; the accompanying Memorandum of Law; the attached Rule 56.1 Statement of Undisputed Facts; the sworn Affidavit of Glenn Watt, dated August 11, 2015; Plaintiff will move this Court before the Honorable Andrew L. Carter, Jr., at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York, for an order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment against Defendant Federal Insurance Company on Plaintiff's First and Second Causes of Action.

| | |
|---|---|
| Dated: New York, New York<br>August 13, 2015 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br><br>By: /s/ Adam S. Ziffer<br>    Robin L. Cohen (rcohen@kasowitz.com)<br>    Adam S. Ziffer (aziffer@kasowitz.com)<br>    Alexander M. Sugzda<br>    (asugzda@kasowitz.com)<br><br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Attorneys for Plaintiff Medidata Solutions, Inc.* |