KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

ADAM S. ZIFFER
DIRECT DIAL: 212-506-3322
AZIFFER@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON. DC

August 13, 2015

VIA ECF AND EMAIL
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
alcarternysdchambers@nysd.uscourts.gov

Re:   Medidata Solutions, Inc. v. Federal Insurance Co., No. 1:15-cv-00907-ALC
      (S.D.N.Y.) – Filing of Joint Exhibit Stipulation

Dear Judge Carter:

    I write on behalf of Medidata Solutions, Inc. ("Medidata"), plaintiff in the above-referenced action, to submit the Joint Exhibit Stipulation (attached hereto as Exhibit A) executed by Medidata and defendant Federal Insurance Company (collectively with Medidata, the "Parties"), in support of the Parties' cross-motions for summary judgment filed today.

    The attached version of the Stipulation and exhibits contain redactions consistent with those approved in the Court's August 11, 2015 Order granting Medidata's request for sealing. The Parties are also submitting this letter and the Stipulation by hand to the Orders and Judgments Clerk. Unredacted versions of the Stipulation and exhibits were filed earlier today with the Sealing Clerk.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Adam S. Ziffer

Adam S. Ziffer

K ASOWITZ , B ENSON , T ORRES & F RIEDMAN LLP

The Honorable Andrew L. Carter, Jr.
August 11, 2015
Page 2 of 2

Encl.

cc:    Scott Schmookler – via email (sschmookler@gordonrees.com)
       Sara Gronkiewicz-Doran – via email (sgronkiewiczdoran@gordonrees.com)
       Jeffrey Spiegel – via email (jspiegel@gordonrees.com)