CONFIDENTIAL

Sep 9 (9 days ago) 

to
message ID

In regards to an Acquisition that we are currently undergoing, Attorney Michael Meyer (mmeyer@consultant.com) is going to be contacting you. If you can please devote your full attention to his demand to acquire some accounting information so that we can finalize this deal.

I must bring up the fact that the operation is regulated by the Financial Market Authority which mean that you need to keep this matter extremely confidential as you are the only one currently aware of the situation.

You will need to keep complete silence and work exclusively with Michael.

Any questions you may have must be addressed directly with him.

We are going public with the acquisition on the 25th of September. I will personally meet with you and Michael a couple of days prior and expect to be fully updated on your progress.

Thank you for treating this with your utmost attention.

Best Regards.

MED_0000709



Sep 16 (9 days ago)

In regards to an Acquisition that we are currently undergoing, Attorney Michael Meyer (mmeyer@consultant.com) is going to be contacting you. If you can please devote your full attention to his demand to acquire some accounting information so that we can finalize this deal.

I must bring up the fact that the operation is regulated by the Financial Market Authority which mean that you need to keep this matter extremely confidential as you are the only one currently aware of the situation.

You will need to keep complete silence and work exclusively with Michael.

Any questions you may have must be addressed directly with him.

We are going public with the acquisition on the 25th of September. I will personally meet with you and Michael a couple of days prior and expect to be fully updated on your progress.

Thank you for treati ng this with your utmost attention.

Best Regards.

CONFIDENTIAL

MED_0000816