| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, September 16, 2014 11:22 AM |
| **To:** | |
| **Cc:** | mmeyer@consultant.com |
| **Subject:** | Re: Confidential Matter |

Hi,

I will certainly assist in any way I can and will make this a priority.

Thanks,

On Tue, Sep 16, 2014 at 11:12 AM, ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

,

In regards to an Acquisition that we are currently undergoing, Attorney Michael Meyer (mmeyer@consultant.com) is going to be contacting you. If you can please devote your full attention to his demand to acquire some accounting information so that we can finalize this deal.

I must bring up the fact that the operation is regulated by the Financial Market Authority which mean that you need to keep this matter extremely confidential as you are the only one currently aware of the situation.

You will need to keep complete silence and work exclusively with Michael.

Any questions you may have must be addressed directly with him.

We are going public with the acquisition on the 25th of September.  I will personally meet with you and Michael a couple of days prior and expect to be fully updated on your progress.

Thank you for treating this with your utmost attention.

Best Regards.



--
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
▇▇▇▇▇▇▇▇▇▇▇▇ | main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender ▇▇▇▇▇▇▇.