| | |
|---|---|
| **From:** | █████████████████ |
| **Sent:** | Tuesday, September 16, 2014 3:01 PM |
| **To:** | Michael Meyer |
| **Subject:** | Re: Confidential Matter |

Hi,

So each bank will require 2 authorized signatories to approve the wire in the bank due to the amount. The Chase wire team could do a manual wire however, their cut of was at 3pm. We have until 10 pm if we process online. I can set up the wire and request the following people to authorize the wire with the bank:

Stephen Davis - Treasurer/Director - sdavis@mdsol.com
████████████████████████████████

I believe that if ████ sent along a request via email with a request to process a wire transaction for a bogus reason they would not ask questions at this time. By the time I need to supply the details it would probably be public knowledge.

This is the only way to transact via wire.

████

On Tue, Sep 16, 2014 at 1:32 PM, ████████████████████████████████ wrote:
> Hi Michael,
>
> Silicon Valley Bank - Current Operating Balance is ████████████
> JPMorgan Chase - Current Operating Balance (US) is ████████████
>
> I can cut a manual check and deliver to ████████ to sign off on in order to maintain confidentiality. I can if necessary deliver a blank check from Silicon Valley Bank to ████ and he can write the check himself.
>
> Let me know what works best.
>
> ████
>
> On Tue, Sep 16, 2014 at 12:58 PM, Michael Meyer <mmeyer@consultant.com> wrote:
>> Hi ████
>>
>> Following our phone conversation, please find the required information stated below:
>>
>> -Name of the banks we work with
>> -Balance of the account (USD, GBP)
>>
>> We just block the final deposit price which will amount to 1 459 227,00 $.
>> As we spoke, what solution can we find to process this payment and still be able to keep our confidentiality.
>>
>> Please let me know.

124

Thank you

Best Regards.

Michael Meyer

---------------------------
Sent from my iPhone

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**To:** "Michael Meyer" <mmeyer@consultant.com>
**Subject:** Re: Confidential Matter

▉▉▉▉▉▉▉ - direct number

On Tue, Sep 16, 2014 at 11:47 AM, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ wrote:
> Hi,
>
> I am available right now. I am sitting at my desk and others are within hearing distance. I can move to someplace more discreet if necessary.
>
> On Tue, Sep 16, 2014 at 11:31 AM, Michael Meyer <mmeyer@consultant.com> wrote:
>> Dear ▉▉▉
>>
>> Pease let me know when you are availabe to speak and a direct line on which I can call you.
>>
>> Thank you
>>
>> Best Regards.
>>
>> Michael Meyer
>>
>> ---------------------------
>> Sent from my iPhone
>>
>> **From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
>> **To:** ▉▉▉▉▉▉▉▉▉ **Cc:** mmeyer@consultant.com
>> **Subject:** Re: Confidential Matter
>>
>> Hi,
>>
>> I will certainly assist in any way I can and will make this a priority.
>>
>> Thanks,
>>
>>
>> On Tue, Sep 16, 2014 at 11:12 AM, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ wrote:
>>> ▉▉▉
>>>
>>> In regards to an Acquisition that we are currently undergoing, Attorney Michael Meyer (mmeyer@consultant.com) is going to be contacting you. If you can please devote your full attention to his demand to acquire some accounting information so that we can finalize this deal.
>>>
>>> I must bring up the fact that the operation is regulated by the Financial Market Authority which mean that you need to keep this matter extremely confidential as you are the only one currently aware of the situation.
>>>
>>> You will need to keep complete silence and work exclusively with Michael.

125

CONFIDENTIAL
MED_0002097

Any questions you may have must be addressed directly with him.

We are going public with the acquisition on the 25th of September. I will personally meet with you and Michael a couple of days prior and expect to be fully updated on your progress.

Thank you for treating this with your utmost attention.

Best Regards.

[signature redacted]

--
[name redacted] | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
[redacted] | main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender [redacted]

--
[name redacted] | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
[redacted] | main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender [redacted]

--
[name redacted] | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
[redacted] | main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender [redacted]

--
[name redacted] | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
[redacted] | main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender [redacted]

CONFIDENTIAL                                        MED_0002098

██████████████████ | Medidata Solutions
350 Hudson St., 9th Floor, New York, NY 10014
██████████   main: +1 212 918 1800

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above.
You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited.
If you have received this transmittal in error, please notify the sender ████████

127

CONFIDENTIAL

MED_0002099