I'm currently undergoing a financial operation in which I need you to proceed and approve a payment on my behalf.

Please do not address this matter until I make it a public announcement.

I already spoke with [redacted], she will file the wire and I would need you two to sign off and [redacted]

Thank you

Best Regards,

Sep 16 

CONFIDENTIAL

MED_00007111



Sep 16

I'm currently undergoing a financial operation in which I need you to process and approve a payment on my behalf.

I already spoke with ▮ she will file the wire and I would need you two to sign off.

Please do not address this matter untill I make it a public announcement.

Thank you

Best Regards.

CONFIDENTIAL
MED_0001025