**From:**
**Sent:** Tuesday, September 16, 2014 3:32 PM
**To:**
**Cc:**
**Subject:** Confidential Matter

I'm currently undergoing a financial operation in which I need you to process and approve a payment on my behalf.

I already spoke with ▬ she will file the wire and I would need you two to sign off.

Please do not address this matter untill I make it a public announcement.

Thank you

Best Regards.

CONFIDENTIAL

MED_0002095