

CONFIDENTIAL

MED_0001045