| | |
|---|---|
| **From:** | █████████████████████ |
| **Sent:** | Tuesday, September 16, 2014 3:52 PM |
| **To:** | ███████████████ |
| **Cc:** | mmeyer@consultant.com |
| **Subject:** | Confidential Matter |

Find below the beneficiary details:

Beneficiary: Tongle Group HK Co Limited
Adress: 27 Queen's Road, Hong Kong
Account number: OSA11443632717145
Ba nk: Shanghai Pudong Development
Adress: 12 Zhongshan Dong Road, Shanghai
Swift: SPDBCNSHOSA
Amount: 4 770 226,00$

Send the confirmation to Michael when you receive it.

< /div>
Thank you

█████

CONFIDENTIAL