# MEDIDATA SOLUTIONS,

**J.P.Morgan**

** All values are subject to verification and adjustments. **

**Payment Report - Detail SD**                               Payment Value Date Range: 09/16/2014 - 09/16/2014

| | | | |
|---|---|---|---|
| **Data Display** | Only Include Accounts with Activity, Include Payment Details, Include Payment History<br>Additional Sort: Value Date (Ascending) | **Payment Methods/ Descriptions** | All |
| **Payment Status** | Saved, Pending Approval, Partially Approved, Pending Release, Rejected, Released, Delivered, Completed, Rejected By Bank | **Payment Creation Method** | Free Form |
| **Payment Method Currency** | Same-Currency, Cross-Currency | **Payment Currencies** | All |
| **Event History & Selected Users** | All Events - All | | |

Account Name:        **MEDIDATA SOLUTIONS INC**
Account Number:      ███
Currency:            USD US Dollar
Bank:                02100002 - JPMORGAN CHASE NEW YORK
ACH Company Name-ID: ███

**Creation Method**
Free Form, Online

**Status**
Completed

## PAYMENT INFORMATION

| | | | |
|---|---|---|---|
| **From Account** | ███ | **Account Currency** | USD |
| **Account Name** | MEDIDATA SOLUTIONS INC | | |
| **Bank** | 02100002 - JPMORGAN CHASE NEW YORK | | |
| **Payment Method** | Wire | **Payment ID** | 2877665 |
| **Payment Amount** | USD 4,770,226.00 | **Clearing Location** | LOCAL |
| **Bank Reference** | 6927900259JO0000 | **Value Date** | 09/16/2014 |
| **Settlement Reference** | JPM Ref: 6927900259JO | **Bank to Bank Transfer** | No |

## BENEFICIARY

| | | | |
|---|---|---|---|
| **Beneficiary ID** | OSA11443632717145 | **Address** | 27 Queen's Road<br>Hong Kong<br>HK - Hong Kong |
| **Beneficiary ID Type** | Account Number | | |
| **Beneficiary Name** | Tongle Group HK Co Limited | | |

## BENEFICIARY BANK

| | | | |
|---|---|---|---|
| **Bank ID** | SPDBCNSHOSA | **Address** | 12 Zhongshan Dong Road,<br>Shanghai<br>CN - China |
| **Bank ID Type** | Swift ID | | |
| **Bank Name** | Shanghai Pudong Development | | |

## INTERMEDIARY BANK

| | |
|---|---|
| **Bank ID Type** | No ID |

Payment Report - Detail
Created On: 09/23/2014 01:31 PM EDT                                                                Page 1 of 2

CONFIDENTIAL                                                                                     MED_0000020

**MEDIDATA SOLUTIONS,**
\*\* All values are subject to verification and adjustments. \*\*

Payment Report - Detail SD                                         Payment Value Date Range: 09/16/2014 - 09/16/2014

### BANK TO BANK

| Bank Charges | Remitter | | Priority Payment | NO | |
|---|---|---|---|---|---|

### HISTORY

| Event | Date / Time | Actioned By | User ID / Approval Category | Additional Information |
|---|---|---|---|---|
| Completed | 09/16/2014 04:37 PM EDT | System | System | |
| Delivered | 09/16/2014 04:36 PM EDT | System | System | |
| Released | 09/16/2014 04:35 PM EDT | ■ | ■ | |
| Digital Signature | 09/16/2014 04:35 PM EDT | ■ | ■ | |
| Approved | 09/16/2014 04:33 PM EDT | ■ | ■ | |
| Submitted | 09/16/2014 04:03 PM EDT | ■ | ■ | Created from Scratch |

| WIRE PAYMENT | Total Payments | CCY | Payment Amount | CCY | Debit Amount |
|---|---|---|---|---|---|
| Wire Payment - Completed | 1 | USD | 4,770,226.00 | | |
| **WIRE PAYMENT TOTALS** | 1 | USD | 4,770,226.00 | | |

**END OF REPORT**