File Note Title: First Notice of Loss - 1 of 6
Create Date: 9/26/2014 10:41 AM
Author: LAURA-ANN SIMMONDS
File Note Text:
File Note Created By: Laura-Ann Simmonds
Date File Note Created: 9/26/2014 10:41:26 AM
Date Email Received From Sender: 9/25/2014 6:23:19 PM
Email Sent From: "Gaudette, James W." <jgaudette@wgains.com>
Email Sent To: "specialtyclaims@chubb.com" <specialtyclaims@chubb.com>
Email Copied To: "Michael Otner (motner@mdsol.com)" <motner@mdsol.com>, "Bixby, Douglas" <DBixby@wgains.com>, "Rottman, Marc" <mrottman@wgains.com>, "Kent, Melissa" <mkent@wgains.com>
Subject: Medidata Solutions, Inc.-Crime Loss


Dear Claims Department,


I am submitting this notice letter on behalf of my client/your insured, Medidata Solutions, Inc., with respect to the above referenced claim. We ask that you have an adjustor assigned immediately for review and that they reach out to me for further questions or concerns.


Thanks,

Jim


James W. Gaudette, Esq.
Vice President, Executive Risk Claims Counsel

http://www.wgains.com/assets/attachments/WGAlogo_sig.png

470 Atlantic Ave, Boston, MA 02210 | 617.646.0203 | www.wgains.com
Fax: 617.646.0403 | Cell: 857.202.7853 | jgaudette@wgains.com

http://www.wgains.com/assets/attachments/twitter-new2.pnghttp://www.wgains.com/assets/attachments/linkedin-new2.pnghttp://www.wgains.com/assets/attachments/blog-new2.png




James W. Gaudette, Esq.
Vice President, Executive Risk Claims Counsel

470 Atlantic Ave, Boston, MA 02210 | 617.646.0203 | www.wgains.com
Fax: 617.646.0400 | Cell: 857.202.7853 | jgaudette@wgains.com

This transmission contains confidential and/or legally privileged information from William Gallagher Associates intended only for the use of the individual(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately.

- image001.png - image002.png - image003.png - image004.png - Microsoft Outlook - Memo Style.pdf - Wire Fraud Notice to Chubb mio rev 9.25.14.docx