Case 1:15-cv-00907-ALC   Document 41-18   Filed 08/13/15   Page 1 of 2

# ⫶medidata

Nuvit Celikgil <ncelikgil@mdsol.com>

---

## IPLock Coming Soon (Request for Input by July 23)
2 messages

---

**Glenn Watt** <gwatt@mdsol.com>                                        Wed, Jul 9, 2014 at 8:41 AM
To: Dan Shannon <DShannon@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, David Fearnley <dfearnley@mdsol.com>, Michael Shullich <mshullich@mdsol.com>, Leon Harris <lharris@mdsol.com>, Lori O'Connell <loconnell@mdsol.com>, Takeru Yamamoto <tyamamoto@mdsol.com>, Frances Nolan <FNolan@mdsol.com>, Alan Mateo <amateo@mdsol.com>, Jeffrey Pease <jpease@mdsol.com>, Michael Otner <motner@mdsol.com>
Cc: Nuvit Celikgil <ncelikgil@mdsol.com>, Thai-Kang Kyon <TKyon@mdsol.com>, Stanislao Spagnuolo <sspagnuolo@mdsol.com>


Medidata Information Security and Privacy (ISP) have been on an ambitious campaign to ratchet up our overall information security in 2014.  Working closely with Enterprise Systems and the BIO, we started by implementing a SIEM for production systems, and followed up with two-factor authentication. The final phase of Medidata's security upgrade is a way to prevent spoofed e-mails (i.e. fraudulent emails that appear to have been written by someone in Medidata). The solution we selected is called IPLock.

The implementation is planned for mid to late August, if we can collect the necessary information from your departments.  For this system to work Enterprise Systems and ISP need  to know what servers or systems are used to send out legitimate e-mail from Medidata.  Those systems will be placed on an "approved" list.  Then when IPLock is activated, only mail originating from those servers will be allowed.

While we have 99% of the information to build the approved list now, we still need to do a final check to make sure we cover all the bases. If we miss a system, legitimate e-mail could get blocked until that system is added to the approved list.

**Please respond with any e-mails sent to customers, employees, or others from Medidata or "Medidata Contracted" systems that you are aware.**  We know about Google, but may not know about a n internal server sending e-mails directly to customers from with Medidata.

Send replies to ncelikgil@mdsol.com by July 23rd.

Glenn

--


**Glenn Watt**, MS, CISSP-ISSMP, CISM | VP, Information Security | Medidata Solutions
350 Hudson St, 9th Floor, New York, NY  10014
gwatt@mdsol.com | direct: +1 610 365 1480 | mobile: +1 610 533 5119

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above.  You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited.  If you have received this transmittal in error, please notify the sender.

MED_0000787

**Dan Shannon** <dshannon@mdsol.com>
Wed, Jul 9, 2014 at 9:12 AM
To: Nuvit Celikgil <ncelikgil@mdsol.com>

Hi Nuvit,

Besides Google we send emails from Rave as well automated IT jobs which we need to make sure still happen after IPLock activation. We also send emails from OpenAir and Netsuite.

Dan

Dan Shannon | Senior Vice President Professional Services | Medidata Solutions
350 Hudson, 9th Floor, New York, NY 10014
dshannon@mdsol.com | direct: +1 732 767 5725 | mobile: +1 973 953 6675

Follow Us: Twitter | LinkedIn | Read Our Blog: Geeks Talk Clinical

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above. You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited. If you have received this transmittal in error, please notify the sender.
[Quoted text hidden]

MED_0000788