## :::medidata

Andrew Newbigging <anewbigging@mdsol.com>

### IPLock
6 messages

**Glenn Watt** <gwatt@mdsol.com>  6 October 2014 21:15
To: Tarek Sherif <tsherif@mdsol.com>
Cc: Daniel Klein <dklein@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>

Hi Tarek,

I just talked to Cory and it appears all of the end of quarter activities are complete.   So I plan on giving the green light to turn on the e-mail spoofing prevention software, as soon as possible.  Probably the end of today.

Instructions are ready to retrieve quarantined e-mail and Enterprise IT is ready to provide some instructions on Medinet as well.

Glenn

--

**Glenn Watt**, MS, CISSP-ISSMP, CISM | VP, Information Security | Medidata Solutions
350 Hudson St, 9th Floor, New York, NY  10014
gwatt@mdsol.com | direct: +1 610 365 1480 | mobile: +1 610 533 5119

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above.  You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited.  If you have received this transmittal in error, please notify the sender.

**Tarek Sherif** <tsherif@mdsol.com>  6 October 2014 21:27
To: Glenn Watt <gwatt@mdsol.com>
Cc: Daniel Klein <dklein@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>, Glen de Vries <gdevries@mdsol.com>

10/16/2014                                  Medidata Solutions Worldwide Mail - IPLock

I assume you've discussed with Mike Capone as well?
[Quoted text hidden]
--

**Tarek Sherif** | Chairman & CEO | Medidata Solutions
350 Hudson Street, 9th Floor, New York, NY 10014
tsherif@mdsol.com | direct: +1 212 918 1771 | main: +1 212 918 1800

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above.
You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited.
If you have received this transmittal in error, please notify the sender.

---

**Glenn Watt** <gwatt@mdsol.com>                          6 October 2014 21:32
To: Tarek Sherif <tsherif@mdsol.com>
Cc: Daniel Klein <dklein@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>, Glen de Vries <gdevries@mdsol.com>

Yes,
Discussed with him last week about the plan (turning it on as soon as end of quarter is finished), and I will get the final gate clearance from him today.

Glenn
[Quoted text hidden]

---

**Glen de Vries** <gdevries@mdsol.com>                        6 October 2014 22:05
To: Tarek Sherif <tsherif@mdsol.com>
Cc: Glenn Watt <gwatt@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>, Daniel Klein <dklein@mdsol.com>

Not okay with me, unless Mike Capone is on board.
[Quoted text hidden]

---

**Glenn Watt** <gwatt@mdsol.com>                          6 October 2014 22:21
To: Glen de Vries <gdevries@mdsol.com>
Cc: Tarek Sherif <tsherif@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>, Daniel Klein <dklein@mdsol.com>

Hi Glen,

I did discuss with Mike Capone last week and he was on-board.   At that time we were waiting for the end of quarter processing to complete.

I confirmed that that had happened today, and was performing my due diligence to check once again.   The last stop on my gate checking was a reconfirmation from Mike, which is still pending at this moment.  But we are ready to do it when he gives the final OK, -- which I fully expect.

Hope that meets your expectations.   I realize that that was not apparent in the original e-mail you replied to.

Glenn
[Quoted text hidden]

---

**Glenn Watt** <gwatt@mdsol.com>                                                                                                                6 October 2014 23:35
To: Tarek Sherif <tsherif@mdsol.com>, Cory Douglas <cdouglas@mdsol.com>, Michael Otner <motner@mdsol.com>, Glen de Vries <gdevries@mdsol.com>, Daniel Klein <dklein@mdsol.com>, Michael Capone <mcapone@mdsol.com>, Andrew Newbigging <anewbigging@mdsol.com>, David Fearnley <dfearnley@mdsol.com>

OK,

I have now completed my coordination and Mike Capone provided the direction to turn it on.   Since we are approaching a point in the day when Enterprise IT will be reducing to minimal manning, we all decided to perform the actual activation tomorrow morning. That way we will have the most hands on deck to handle any issues that might arise.

Glenn Watt

--

**Glenn Watt**, MS, CISSP-ISSMP, CISM | VP, Information Security | Medidata Solutions
350 Hudson St, 9th Floor, New York, NY  10014
gwatt@mdsol.com | direct: +1 610 365 1480 | mobile: +1 610 533 5119

The information in this transmittal and any attachments are confidential and intended only for the recipient(s) listed above.  You are hereby notified that any unauthorized distribution or copying of this transmittal or its attachments is prohibited.  If you have received this transmittal in error, please notify the sender.