1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------------------------x

4    MEDIDATA SOLUTIONS, INC.

5                         Plaintiff,
                          Civil Action No.:
6                         1:15-cv-000907-ALC
               -against-

7

8

9    FEDERAL INSURANCE COMPANY,

10                        Defendant.

11   ------------------------------------------------x

12

13

14

15

16        VIDEOTAPED DEPOSITION of a Non-Party

17   Witness, ████████████, taken by the Defendant,

18   pursuant to Subpoena, held at the offices of

19   Gordon & Rees, LLP, One Battery Park Plaza, New

20   York, New York, 10004, on June 25, 2015, at

21   1:41 p.m. before a Notary Public of the State

22   of New York.

23

24

25

1  ████████

2  confuse you in any way.  So if you don't

3  understand what I'm asking you, please tell me.

4  I'll be happy to rephrase it so you can

5  understand what I'm asking.  But if you don't

6  say anything I'm going to assume you understood

7  the question as it was asked.  Okay?

8  A.      Okay.

9  Q.      Finally, there may come a time when

10 Medidata's attorney would like to interpose an

11 objection to one of my questions, which he's

12 entitled to do.  Unless you're told not to

13 answer the question or you don't understand the

14 question, you can go ahead and answer it.

15 Okay?

16 A.      Okay.

17 Q.      If you'd like to take a break, at any

18 time I'm happy to do that.  My only request is

19 that if I have a question pending you answer it

20 before we take the break.  Okay?

21 A.      Okay.

22 Q.      Can you give me a brief summary of your

23 educational background?

24 A.      I have a BS in Graphic Design.  Started

25 off as a business major at Virginia State

1       █████████

2   University.

3   Q.      When did you graduate?

4   A.      '94, I think.

5   Q.      Do you have any training in accounting?

6   A.      Yes.

7   Q.      What type of training do you have in

8   accounting?

9   A.      Just CPE courses that I've taken

10  throughout my career at different companies.

11  They offer training and I just went for

12  different coursework.  Auditing, accounts, cost

13  accounting.  Different kinds of accounting

14  courses throughout the years.

15  Q.      Have you ever taken any courses on fraud

16  prevention?

17  A.      Yes.

18  Q.      And how many courses have you taken on

19  fraud prevention?

20  A.      I have taken the courses offered to me

21  from Medidata after the wire fraud took place

22  and I have had those same courses taken or

23  similar courses taken at my current employment.

24  Q.      Did you have any training in fraud

25  prevention prior to September of 2014?

1          ████████████████

2     A.      No.

3     Q.      You mentioned Medidata.  When did you

4     work at Medidata?

5     A.      From October of 2009, I believe, until

6     October of 2014.

7     Q.      Where do you currently work?

8     A.      At ████████████████████████████.

9     Q.      What do you do there?

10    A.      I'm an ██████████████████████.

11    Q.      How long have you been there?

12    A.      Since December of 2015.

13    Q.      When you first became employed by

14    Medidata, did you receive any training on their

15    policies and procedures?

16    A.      No.  So I started off as a ██████████

17    for about four months and then they hired me

18    after -- I think it was February 22nd of 2010 I

19    became a full-time employee of Medidata.

20    During that time, no, there was no training as,

21    you know, code of conduct or policies.  In

22    fact, I didn't even know where those policies

23    were kept, so.

24    Q.      When you first became a full time

25    employee of Medidata what was your position?

1                          ███████████

2    A.      ████████████████████████.

3    Q.      Can you tell me what ██████ stands for?

4    A.      I'm sorry, it's ███████████

5    ████████████.  And so basically I processed

6    all the expense reports for the company and

7    their reimbursements.

8    Q.      How long did you hold that position?

9    A.      Three years.

10   Q.      Were you promoted at that point?

11   A.      Yes.

12   Q.      What were you promoted to?

13   A.      ███████████████████████.

14   Q.      What were your responsibilities as

15   ████████████████████████?

16   A.      Basically, just making sure that all

17   invoices were coded correctly, entered into the

18   system.  New supplier forms or new vendor forms

19   were filled out and signed before being entered

20   into the accounting system.  Insuring all

21   payments were made.  During my 10 years as

22   ███████████████████████████ we went from check

23   vendor to implementing electronic payments.  So

24   I oversaw that whole project and rolled out

25   where we were able to make electronic payments.

1          ███████

2     Q.     When you say electronic payments, were

3     those ACH transfers or electronic?

4     A.     ACH transactions.  We always made wire

5     transactions, but ACH is basically batch

6     payments sent electronically to a bank rather

7     than going into a bank portal and individually

8     wiring funds.

9     Q.     When did you first become involved in

10    issuing wire transfers for Medidata?

11    A.     Once I became ███████████████████.

12    Q.     Were you ever an authorized signatory on

13    any Medidata bank accounts?

14    A.     No.

15    Q.     So because you weren't an authorized

16    signatory you were not able to approve wire

17    transfers, correct?

18    A.     Exactly.  So basically I would be go in

19    and set up.  Anyone in AP would be able to go

20    in and set up a transaction in the bank or in

21    our accounting system, which would then be

22    uploaded to the bank portal.  But no one in

23    accounts payable was ever actually authorized

24    with the bank or the company to release any

25    funds, so no money was actually moved during

1      ███████

2    that time.  There would be authorized

3    signatories of the bank accounts that would

4    actually go into the bank portal and release

5    funds, approve them to be released.

6    Q.    So in order for money to actually be

7    moved, one of the authorized signatories would

8    have to go into the bank portal to release the

9    transactions?

10    A.    Correct.

11    Q.    Did that apply to ACH transfers as well?

12    A.    Correct.  All disbursements.

13    Q.    Let's just separate ACH from wire

14    transfer for a moment.  If you were setting up

15    batch ACH transactions for Medidata you would

16    set those up in Medidata's software system?

17    A.    Yes.

18    Q.    And then once the entirety of the batch

19    was set up the transactions would then be

20    electronically transmitted to the bank?

21    A.    Yes.

22    Q.    And when the transactions had been

23    received by the bank, the third step would be

24    for someone, an authorized signer, to go in and

25    approve the transactions to go out?

1          ████████

2     A.      Exactly.

3     Q.      Did all transfers, as far as you know,

4     require two authorized signers?

5     A.      Anything over $25,000, USD or the

6     equivalent.

7     Q.      For a wire transfer, when you were

8     setting up a wire transfer, could you actually

9     set the wire transfer up using Medidata's

10    software system or would you have to go into

11    the bank's?

12    A.      For wires, no.  I would have to go into

13    the bank portal.

14    Q.      And so in order to sign in to the bank

15    portal, did you have to go on to the Internet?

16    A.      Yes.

17    Q.      And the bank was Chase, correct?

18    A.      Yes.  Well, we had two banks, but for

19    that transaction, yes, it was Chase.

20    Q.      When you went to the Chase system, as I

21    understand it, you would go on to the Internet

22    and find the Chase website?

23    A.      Yes.

24    Q.      Did you have to enter any sort of user

25    ID or password to log into Chase?

1        ██████████

2    A.      Correct.  And we also, Chase gives you a

3    token that has a number that changes every few

4    seconds.  And you have to have your user ID,

5    your password, which is registered with Chase,

6    and that identifying registered fob, if you

7    will.  That actually is registered under your

8    name, your user ID and when the number changes

9    you have to put all three of those identifying

10   codes in there in order to get access.

11   Q.      So as I understand it, in order to even

12   set up a wire transfer you personally have to

13   go into the system, use your personalized user

14   ID, your personalized password, plus whatever

15   number appeared on the fob, just to log in?

16   A.      Correct.

17   Q.      When you logged in to the system at

18   Chase, you could only set up the wire, correct?

19   A.      Correct.

20   Q.      How would you set up a wire using the

21   Chase system?

22   A.      They have a portal once you are logged

23   in where you can create a payment.  You'd go

24   into the create a payment module.  You could

25   create a payment from a preexisting template,

1   ███████

2   which is someone you've paid already and you've

3   stored that information.  Or you could create a

4   brand-new one from scratch and you would just

5   select the debiting account, the crediting

6   beneficiary account information would be

7   entered in, dollar amount, any other kind of

8   extra information that you wanted to put in on

9   the wire transaction, and then you would submit

10  it.

11  Q.    When you say submit it, what would

12  happen after you submitted it?

13  A.    After it was submitted then the

14  authorized signatories would be able to view it

15  when they logged on to Chase.  Before

16  submitting it they would not be able to view

17  it.

18  Q.    So in order for the authorized

19  signatories to even see a proposed wire

20  transfer, you would have to go in using your

21  personalized ID, personalized password and fob,

22  and set up the wire transfer, correct?

23  A.    Correct.

24  Q.    When you say submit it, was there some

25  sort of key that you would have to press in

1        ██████████

2    order to kind of move the proposed wire

3    transfer along?

4    A.      Yes, just button says submit.

5    Q.      Do you know how many authorized

6    signatories there were at Medidata in the

7    September 2014 time frame?

8    A.      If I can recollect, there were president

9    of the company, chairman of the board, CFO,

10   there were the controller, assistant

11   controller.  We had recently added a couple of

12   new people so there was the ██████████, I

13   believe, ████████████████████████ and my

14   manager at the time, another VP of finance.

15   Q.      Who was your manager at the time?

16   A.      Rob Shaw.

17   Q.      Did the system, once you had finished

18   setting up a wire transfer, advise the

19   authorized signatures that a wire was ready for

20   review or did you have to go around and find

21   people to sign it?

22   A.      No.  Chase would not automatically

23   notify anyone that there's payment ready for

24   review, approval or whatever the case may be.

25   You'd have to notify them either by e-mail or

1

2  you could just get up and walk and find them

3  and let them know there's a payment waiting for

4  them to view and they'd have to go and log into

5  the bank.

6  Q.     When you first became a full-time

7  employee of Medidata, were you assigned an

8  e-mail account?

9  A.     Yes.

10 Q.     How would you access when you turned on

11 your computer your e-mail account, your

12 business e-mail account?

13 A.     When we started off I know -- trying to

14 think what system we used.  When I left they

15 were using Google mail, but that wasn't what we

16 were using previously.  But I would just go in,

17 you know, an app on the desktop.  Click it,

18 open it and log in with my credentials.  You

19 could stay signed in, I believe.  So basically

20 you just had to, you know, when you log in in

21 the morning and you click on the ap to open up

22 the e-mail, it should just open up.

23 Q.     In September of 2014 was the Medidata

24 e-mail through Gmail?

25 A.     Yes.

1          ███████████

2     Q.     Would you access this icon that you

3     click on your desktop, was it a link to Gmail?

4     A.     Yes.  There's an application.  The

5     information is already stored and saved, so

6     when you open up your Gmail it would just open

7     up.

8     Q.     Were you ever provided when you were a

9     full-time employee of Medidata anything which

10    identified who within the company had authority

11    to approve on disbursements?

12    A.     Is word of mouth.  So I never had a

13    document, if you will, saying these are the

14    assigned or the approved signatories of these

15    bank accounts.

16    Q.     The wire transfer we're here to talk

17    about was in excess of $4 million.  I'm

18    wondering, were you ever provided anything to

19    indicate who within the company could approve a

20    $4 million expenditure?

21    A.     Again, word of mouth.  Just when I took

22    on the position nothing was really set in

23    stone, nothing was, as far as policies and

24    procedures.  We had a control stock document.

25    Did not list anything as far as who are the

1                    ███████

2    A.      Yes.

3    Q.      What were those days?

4    A.      I don't remember anymore, but for

5    vendors I believe it was twice a month.

6    Wires -- for U.S. vendors I should say was

7    about twice a month.  International vendors,

8    once a month.  But you might have had the

9    occasional wire that would come through, a wire

10   request or payment request that was off cycle.

11   Q.      And did off cycle payments have to be

12   separately approved by someone?

13   A.      Same people that would normally approve

14   them.

15   Q.      Had you ever, prior to September 16 --

16   September 2014, been involved in the funding of

17   the acquisition of a company?

18   A.      No.

19   Q.      Were you ever provided anything by

20   Medidata which suggested you the appropriate

21   protocols when funding the acquisition of a

22   company?

23   A.      No.

24   Q.      Prior to September 16, 2014, were you

25   aware of whether Medidata was involved in

1          ████████

2     trying to buy companies?

3     A.      I know -- no, I didn't know if they were

4     involved in trying to buy a particular company.

5     But they had brought (sic) one while I was

6     there, but not as ████████ .

7          Prior to that we had had during the 2014

8     year, our kick-off meeting and quarterly town

9     hall meetings, if you will.  There was lots of

10    talk that the company is, you know, at this

11    particular point and we may be looking to, you

12    know, purchase a company, but not, you know, no

13    one was set in mind what it would be.  Just

14    saying it might happen.  It may not happen.  So

15    the thought was just thrown out there.

16         Separately in finance meetings we had

17    the same talk.  That we needed to be ready if

18    and when the company decided to purchase

19    something, that anyone that was called upon

20    needed to make themselves available to make

21    sure that it happened because it was a timely

22    situation and it's confidential.  So you can't,

23    you know, as far as like getting it approved by

24    the SEC.  You cannot go around and share that

25    information of any type of purchase of a

1 ██████████

2    company or merger.

3    Q.    So as I understand it, during a

4    kick-off, was it you said a kick-off meeting?

5    A.    We had kick-off town hall meetings.

6    There's a kick-off at the beginning of the year

7    and then there's quarterly town hall meetings

8    where the entire company gets together, either

9    physically or on a webcast, and the president

10   and CEO of the company would give you the

11   position of the company and their initiatives

12   and goals.

13   Q.    And it was during that town hall meeting

14   that it was mentioned the company might be

15   looking into acquiring?

16   A.    I should say the thought was just thrown

17   out, like maybe, maybe not.  It was a

18   suggestion, but nothing definitely.

19   Q.    And it was also mentioned during finance

20   meetings?

21   A.    Finance meetings had a little bit

22   more -- I should say a little stronger in that

23   it probably will happen.  We don't know when

24   and who it's going to be, but it's a strong

25   possibility.

1                        ███████████

2    Q.      When you first received an e-mail from

3    Mr. -- allegedly from ████████████ referencing

4    an acquisition, was it your impression that he

5    had been talking about the purchase that was

6    mentioned in the finance meetings?

7    A.      I think that the general consensus or

8    gossip around finance would be that I think the

9    whole team was expecting that they were going

10   to make a purchase of a company or, you know,

11   either acquire a company or merge with one.  So

12   we were all kind of just waiting to hear the

13   announcement of when it was going to happen or

14   who and all the details.

15           So when that e-mail that I thought was

16   from ████████████ came in, I didn't think

17   anything untoward of it because I had already

18   been anticipating it, so it didn't seem like,

19   you know, wow.

20   Q.      So in your mind the acquisition as

21   referenced in the e-mail is this otherwise

22   legitimate purchase that had been mentioned in

23   finance?

24   A.      Correct.

25   Q.      And so in your mind, if I understand it,

1          ███████████

2    when you were setting up the wire, it was your

3    impression that you were funding this otherwise

4    legitimate purchase that had been referenced in

5    finance?

6    A.      Yes.

7    Q.      Let me show you what I'm going to mark

8    as Exhibit 14.

9            (E-mail allegedly received from ████████

10   ████████was marked as Defendant's Exhibit 14 for

11   identification, as of this date.)

12   Q.      This is a computer printout or probably

13   a screen shot of an e-mail.  Is Exhibit 14 a

14   true and correct copy of the original e-mail

15   you received allegedly from ████████████?

16               MR. ZIFFER:  Objection.

17          Objection.  I didn't know if you were

18          done.  Sorry.

19               MR. SCHMOOKLER:  I am done.

20   A.      It looks to be.  It looks to be one of

21   the e-mails.

22   Q.      Do you note at the bottom of the page

23   there is no signature or no name typed.  Just

24   says best regards, and then there's like a

25   button?

1                        ██████████

2     A.      Yes.

3     Q.      When you received the first e-mail from

4     ████████████, was there a name typed at the

5     bottom?

6     A.      I don't recall.  But if you were to

7     click on those three dots basically it would

8     just give you not your e-mail address, but it

9     would just say your name, title and where you

10    work, office location.

11    Q.      Why do you say that?

12    A.      Because that is what you would see if

13    you were to click on those three dots.  It just

14    expands that information.  So frequently I had

15    gotten e-mails from various people that you

16    would just see, you know, a salutation at the

17    end and you didn't see the full amount of the

18    e-mail because it just condenses it.  But if

19    you wanted to see you could actually click in

20    there and expand the whole thing.

21    Q.      Is it expansion or does the system add

22    the names?

23    A.      It expands.  The system only adds what

24    you set it up to add.  So it's basically your

25    signature.  So if you want all that information

1            ████████

2    in there, whatever you want as your signature,

3    you would set that up at the time when you set

4    up your e-mail.  And the system just collapses

5    it just for space saving I would imagine.

6    Q.       So you don't know when you saw the

7    original e-mail allegedly from ████████████

8    whether it had his name at the bottom?

9    A.       No, I don't know.

10   Q.       Do you see in the second full paragraph

11   it says I must bring up the fact that the

12   operation is regulated by the financial market

13   authority.  Do you see that?

14   A.       Yes.

15   Q.       Do you know what that is?

16   A.       No.  It had sounded familiar.  I knew it

17   wasn't the SEC, which is for the U.S., and I

18   had thought I had heard that this was for a

19   foreign company, a foreign country, excuse me.

20   Same type of governing body, but I wasn't sure.

21   Q.       In the first sentence it says, in

22   regards to an acquisition that we are currently

23   undergoing, do you see that?  Do you see the

24   word acquisition?

25   A.       Uh-huh.

1                          ███████

2       Q.      What was your understanding from of what

3    this money was going to be used to do?

4       A.      Well, acquisition is they are buying a

5    company.

6       Q.      Did you have a chance before the wire

7    transfers went out to speak to ██████?

8       A.      Before they went out, I walked over to

9    him and asked him if he had received an e-mail

10   from ████.  And he said that he did.  And I

11   said, okay, so I've already set up the wire

12   according to what he said and it's waiting for

13   his approval or release in Chase.

14      Q.      Did he say anything else to you about

15   the company buying another company?

16      A.      No.  What he did say was he asked me

17   what it was for and I said, well, I don't have

18   any more detail than he did.  So then he

19   replied that is it, what he thinks it is.  Which

20   I interpreted as the company buying another

21   company.  And I said, I think so as well.  And

22   so he said, okay, the amounts look about right

23   or something like that.  And that was it.

24      Q.      So based on your conversation with

25   ████████, was it your mutual understanding at

1       ████████

2    that time that this money -- that the reason

3    you were going forward with this transaction is

4    because you both thought it was to fund a

5    purchase that had been discussed within the

6    company?

7                    MR. ZIFFER:  Objection.

8                    THE WITNESS:  Should I answer?

9                    MR. ZIFFER:  If you can.

10   A.      I would just say that it was a mutual

11   understanding that it was for an acquisition,

12   but not any one in particular.  That was,

13   again, I mentioned previously that there was

14   never a set confirmed information relayed to

15   any of us that said we were going to be

16   acquiring a company.  It was always just a

17   suggestion.  So we assumed that this is what

18   this was going to be for.

19   Q.      Do you know if ████████ was aware of any

20   greater detail about the company acquiring

21   another company?

22   A.      No.

23   Q.      Did you have any phone conversations

24   with anyone prior to the wire transfer going

25   out?

1                          ███████████

2       A.     Yes, with the person that first

3       contacted me through e-mail.  He had called.

4       Identified him himself.  The first e-mail came

5       through, which I thought it was from ████████

6       ████████, and stating that I would be in contact

7       with some lawyer, I think he said a lawyer,

8       about this.  And that I should make myself

9       available and give him whatever information he

10      needs to make sure that this went through.  And

11      then shortly thereafter I received a phone

12      call.  That was first phone call that I

13      received from this person.  And basically just

14      introduced himself and just -- I don't remember

15      what else was said.

16      Q.     In the first e-mail you received, which

17      I've put in front of you, it says in the first

18      full paragraph, "If you can please devote your

19      full attention to his demand to acquire some

20      accounting information so that we can finalize

21      this deal."  Do you see that?

22      A.     Yes.

23      Q.     At the time of the first e-mail were you

24      aware that you were being asked to transfer

25      money?

1          █████████

2     A.     At this point, I don't recall if that

3     crossed my mind, that I was going to -- I

4     assumed that at some point somebody would wire

5     the funds.  It may not have been me.  But only

6     someone in accounts payable had authority to

7     set up a wire.  So for the people that had

8     access to the bank portal, you would have

9     someone to set it up and then someone to

10    actually receive -- not receive, release and

11    approve it.  So the person couldn't be the

12    same.  You couldn't set it up and release.  And

13    so I knew that if it was going to be anyone it

14    would probably be me as the ████████.

15         But at this point I don't recall that I

16    was thinking that was my thought, okay, I'm

17    going to transfer some money.

18    Q.     And I just want to take it kind of

19    step-by-step.  At the time you first received

20    the first e-mail it was your understanding that

21    you were going to be asked to provide some

22    information, correct?

23    A.     Correct.

24    Q.     At this point, as of the first e-mail at

25    11:12 a.m. you hadn't been asked or directed to

1          ████████

2     transfer any money, correct?

3     A.     I guess.  I don't recall the actual

4     times but --

5     Q.     It's on the e-mails.

6     A.     Okay.

7     Q.     I'm sorry.  Let me show you this.  This

8     will be easier for this.  This is Exhibit 12,

9     is the e-mail chain.  It has the time stamp.

10    Again, looking at the first e-mail on Exhibit

11    12, which is the original e-mail from the

12    alleged ██████████, you see how it's 11:12?

13    A.     Yes, uh-huh.

14    Q.     So at the time of the first e-mail,

15    11:12 a.m., you hadn't yet been directed or

16    instructed to transfer any money, correct?

17    A.     Correct.

18    Q.     And after this e-mail you'll see what

19    follows is a series of e-mails between you,

20    ████████ and a guy, somebody named Michael

21    Meyer?

22    A.     Correct.

23    Q.     And the one at 11:52 --

24    A.     Yes.

25    Q.     You provide him your phone number.  Do

1                     ████████████

2      you see that, ma'am?

3      A.      Yes.

4      Q.      After you provided the alleged Michael

5      Meyer with your phone number did you have a

6      conversation with him?

7      A.       Phone conversation.  I would imagine.  I

8      don't recall, but there were quite a few calls

9      from him.  So makes sense that it was probably

10     at that time he would have called me.

11     Previously I think the prior calls went through

12     the company directory, which is general number,

13     and just asked to speak with me.

14     Q.      Do you recall if the first mention of

15     transferring money was over the phone during

16     one of these phone conversations?

17     A.      Yes, I think it was.  I do believe he

18     mentioned that it would have to be some sort of

19     transfer of funds and then I went on to explain

20     to him that I would need that in an e-mail from

21     ████████████████ and not from him.

22     Q.      So, from a chronology perspective, the

23     first mention of wire transferring money was in

24     a phone call which was then followed up with an

25     e-mail?

1                          ██████████

2     A.      Yeah, I believe so.

3     Q.      And did you want it in e-mail so you

4     could document your file?

5     A.      Yes.  So what we would need is if we

6     made any kind of cash disbursement of any sort

7     and we didn't have an invoice to pay against

8     that was actually signed, we could accept

9     someone's -- or even if we did have an invoice

10    or something, we could accept someone's e-mail

11    as approval rather than a physical signature.

12    Q.      If you look at page 329, I'm using the

13    Bates numbers.  It says in the 1:32 p.m.

14    e-mail, you provide some banking information.

15    And then you say, "I can cut a manual check and

16    deliver it to ███████████ to sign off on in

17    order to maintain confidentiality.  I can, if

18    necessary, deliver a blank check from Silicon

19    Valley bank to ████ and he can write the check

20    himself.  Do you see that?

21    A.      Yes.

22    Q.      Why is it that you ultimately went

23    forward with a wire transfer instead of issuing

24    a check?

25    A.      Because the person said a check would

1          █████████

2    not work.

3    Q.      Did he explain why the check would not

4    work?

5    A.      He said it was overseas and I needed to

6    make sure the transaction went through.  It was

7    time sensitive and a check would take some time

8    to clear.

9    Q.      The next e-mail you write, "I believe

10   that if ████ sent along a request via e-mail

11   with a request to process a wire transaction

12   for a bogus reason, they would not ask

13   questions at this time."

14           Do you see that?

15   A.      Yes, uh-huh.

16   Q.      What do you mean by bogus reason?

17   A.      So they would just allude to -- you

18   didn't have to give the exact reason or reason

19   with full detail.  Just authorizing that this

20   transaction needed to be made, certainly not

21   just saying okay pay this money and that's

22   that.  But just they would need to have some

23   reason.  Whether it was a real reason or not,

24   they would need a reason in order to actually

25   release any sort of funds from the bank.

1          █████████

2    moment.  On the first page, 327 --

3    A.      Uh-huh.

4    Q.      -- do you see how your e-mail to

5    █████████, it went to secureop@dr.com?

6    A.      Yes, uh-huh.

7    Q.      That's not a Medidata e-mail, correct?

8    A.      Correct.

9    Q.      Did you type █████████' e-mail in

10   when you sent back this e-mail or did you just

11   hit reply?

12   A.      I just hit reply.

13   Q.      Had you ever had any e-mail

14   correspondence with █████████ prior to

15   September 16th?

16   A.      Yes.  As I mentioned before, I used to

17   process all of the travel and entertainment

18   expenses.  So if there was a question that I

19   might have had or if there was an incident

20   where I had rejected an expense he put through

21   then I would have -- he would get an automatic

22   e-mail from the system.  And then if he got the

23   e-mail before his admin then he would have

24   answered the e-mail or asked the question or

25   replied.

1            ████████

2    Q.      Was there a second request for a wire

3    transfer?

4    A.      Yes.

5    Q.      And did that one go through?

6    A.      No.

7    Q.      And that one didn't go through because

8    ultimately ████████ didn't approve the wire

9    transfer?

10   A.      Correct.

11   Q.      So is it fair to say then that under

12   Medidata's systems, even though an e-mail came

13   in and wire transfer was set up, ████████

14   approval was ultimately necessary for the money

15   to go out?

16            MR. ZIFFER:  Objection.

17   A.      It just needed to have two authorized

18   signatories.  He just happened to be one of

19   them at the time, but it could have been any

20   other two.

21   Q.      Fair enough.  So is it fair to say then

22   under Medidata's systems that despite an e-mail

23   requesting a wire and you setting up the wire,

24   unless and until two authorized signers signed

25   into the Chase system and approved the wire no

1          ███████

2    money would go out?

3    A.      Correct.

4    Q.      Did you speak with ████████████ about

5    the wire transfer before he approved it?

6    A.      Yes.  He actually came over to me I

7    think on the -- I don't remember what day it

8    was, but when we set up the first wire.  When I

9    set up the first wire and we had gotten the

10   e-mails.  I think at that time the person --

11   well, █████, who we thought was ██████, had sent

12   out an e-mail to █████and ████████, and I think

13   when they were in receipt of that e-mail ██████

14   was the first one to walk over and just ask me

15   if I had gotten that e-mail.  And I said yes

16   and he said okay.

17   Q.      Did you at the time ████████████ walked

18   over, show him any of the other e-mails you had

19   received from the alleged ████████████?

20   A.      No.  He actually didn't come all the way

21   to my desk.  He kind of was a few feet away.

22   He just kind of called out to me and asked if I

23   had gotten those e-mails from █████ and I said,

24   yes, and he said okay.  And then he just walked

25   back to his seat.

```
 1                          ███████
 2              (A communication from ██ ██████ to ██
 3     ██████████ was marked as Defendant's Exhibit 15
 4     for identification, as of this date.)
 5     Q.      Let me show you show you what I'm
 6     marking as Exhibit 15.  Do you know what this
 7     is?
 8     A.      Yes.  So basically I was sending it, it
 9     looks like it must have been to ████.  Asking
10     him -- so we must have gotten, I must have
11     gotten some type of I don't know if it was an
12     e-mail or phone call from the person, Michael
13     Meyer, saying -- asking if it was processed.
14     If the wire had gone through.  And so I had
15     reached out to ██████and told him when he's
16     done, because at that point he probably had
17     come to me first before ██.
18              And so he was probably in my mind would
19     have gotten to the bank portal and approved it
20     first and then the second person would actually
21     release it.  And so I was just letting him know
22     that once he did his part, which is approve the
23     wire, let ███ know so he can go in and release
24     it.
25     Q.      Is this Exhibit 15 an e-mail or is it an
```

1                        ████████

2              All of the information input to set up

3     the wire transfer you input, correct?

4     A.       Yes.

5     Q.       And you would have manually input all of

6     the wire transfer information into the Chase

7     system, correct?

8     A.       Correct.

9     Q.       And at the time you input manually the

10    wire transfer information you believed that

11    this was a legitimate transaction, did you not?

12    A.       Correct.

13    Q.       And did anyone at the company -- strike

14    that.

15              How did you first learn that you were

16    being approved to set up wires in the Chase

17    system?

18    A.       When I took on the position as ███

19    ████████  and we rolled out -- well, for wire

20    transactions, yes, when I took on the position

21    to be ████████.

22    Q.       Did someone explain to you at that time

23    what your duties and responsibilities were?

24    A.       No, just basically showed me how to set

25    up the wires in the system using existing

1                          ████████

2          There was no way for anyone without the

3     fob to enter into the Chase system, correct?

4                    MR. ZIFFER:  Objection.

5     A.      True.

6     Q.      And in connection with the wire on

7     September 16, you would have in order to -- you

8     did in order to initiate the wire, use your own

9     user name, user password and your fob, correct?

10    A.      Correct.

11    Q.      Did you ultimately speak with

12    ████████████  about these wire transfers?

13    A.      Not initially.  No, not in person.

14    Q.      At any point did you?

15    A.      Yes.  This was after the first wire had

16    gone out and there was a request for a second

17    wire and at that point I thought that this was

18    going to be -- the initial request for the wire

19    funds seemed low so I assumed it was going to

20    be a few transactions.  And so when the second

21    request came in it wasn't surprising to me.

22    And so the conversation with ████ only occurred

23    after ██████ had saw the e-mail.  The reply to

24    e-mail is one that he didn't recognize.  And he

25    mentioned that and I said, okay, so now we need

```
 1                          ███████
 2   to just go upstairs and see if ███ is in the
 3   office and if he is then we will just ask him
 4   and if he's, you know.
 5         At that point we were worried and so we
 6   decided that if we disturbed him or interrupted
 7   one of his meetings then we were just going to
 8   do it and just find out just to be sure.  So
 9   that's when we -- I had sent an e-mail.  And I
10   did not reply to.  I instigated and initiated
11   the e-mail from my own e-mail address.  And I
12   had asked him, hey, have you been having any
13   sort of sending me e-mails in the past couple
14   of days in regards to an acquisition.  And then
15   he replied no and that's when I went upstairs
16   to speak with him.
17   Q.    At the time you first logged in to the
18   Chase system on September 16, you did so
19   because that was the only way for you to
20   initiate a wire transfer, correct?
21   A.    Correct.
22   Q.    You understood at the time that as you
23   entered information into the Chase system that
24   you were in fact initiating a wire transfer,
25   correct?
```

1                        ███████

2    A.       Correct.

3    Q.       And you understood, did you not, that

4    when you pushed the submit button that that

5    would make the wire transfer you had initiated

6    available for the authorized signers to review,

7    correct?

8    A.       Correct.

9    Q.       And as you were going through that

10   process, the input of information and pushing

11   the submit, it was your impressions at that

12   time that you were doing so to fund this

13   alleged purchase?

14   A.       Correct.

15                   MR. SCHMOOKLER:  Let's take a

16            few minute break.  We've been going more

17            than an hour.  I try to offer a break in

18            an hour.

19                   THE VIDEOGRAPHER:  Going off

20            record at 2:41 p.m.

21             (A recess was taken.)

22                   THE VIDEOGRAPHER:  We're back on

23            record at 2:47 p.m.  You may proceed.

24   BY MR. SCHMOOKLER:

25   Q.       Let me show you what I have marked as

1

2   Exhibit 6.  Have you ever seen this?  This is a

3   printout from a computer screen.  Have you ever

4   seen this information before?

5   A.     Yes, this is basically like an audit

6   trail that you can get from Chase showing what

7   transacted and the time and the date stamp on

8   it.

9   Q.     And so am I reading this correctly then

10  that there was roughly 34 minutes between the

11  time you first input the wire transfer to the

12  time it actually went out the bank?

13  A.     Yes.

14  Q.     And so comparing that, you know, from a

15  timing perspective, the e-mail you originally

16  received which is Exhibit 12 was at 11:12 a.m.?

17  A.     Uh-huh, yes.

18  Q.     So it took, am I reading this correctly

19  then, more than four hours for all of this, all

20  of these discussions to occur and the wire

21  transfer to ultimately go out?

22  A.     Correct.

23  Q.     Let me show you what I've marked as

24  Exhibit 16.

25         (Printout of the wire transmittal was

1              ████████

2     marked as Defendant's Exhibit 16 for

3     identification, as of this date.)

4     Q.      Have you seen this before, ma'am?

5     A.      Yes.

6     Q.      What is Exhibit 16?

7     A.      This is the actual printout, if you

8     will, of the wire transfer.

9     Q.      Do you see the section called payment

10    information?

11    A.      Yes.

12    Q.      Did you input all of the information in

13    the payment information box?

14    A.      Some of those areas, like our account

15    information, would have been already

16    pre-populated.  You just needed to select which

17    account you wanted to pay from and it would

18    autopopulate the rest of the information.  The

19    actual amount of wire had to be entered each

20    time and bank references generated from the

21    system.

22    Q.      How about in the beneficiary box, did

23    you have to enter all of that information?

24    A.      Yes.

25    Q.      And how about in the beneficiary bank

1      ███████

2      box, did you have to enter all of that

3      information?

4      A.      Yes.

5      Q.      So when you went into the system you

6      would have had to manually enter the

7      beneficiary ID, correct?

8      A.      Correct.

9      Q.      And when you went into the Chase system

10     you would have had to manually enter the name

11     of the beneficiary, correct?

12     A.      Correct.

13     Q.      And when you went into the Chase system

14     you would have had to manually enter the

15     payment amount, correct?

16     A.      Correct.

17     Q.      And when you went into the Chase system

18     you would have had to enter the bank ID for the

19     beneficiary bank, correct?

20     A.      Correct.

21     Q.      When you went into the Chase system did

22     you have to manually enter the bank name?

23     A.      No.  I don't recall if I had to do it

24     for this instance, but it's not always

25     necessary.  The bank has a module to recognize

1                    █████████

2    different banking IDs of other banks and so it

3    would auto populate the name of the bank and

4    address, country.

5    Q.      When did you stop working at Medidata?

6    A.      I believe it was the end of October of

7    2014.

8    Q.      Did they terminate you, ma'am?

9    A.      Yes.

10   Q.      Did they explain to you why you're being

11   terminated?

12   A.      Yes.  So after an investigation, and

13   they explained that the board had decided that

14   although I was found to be not at fault of any

15   malicious behavior, that had to have some sort

16   of remediation and this is what they call

17   fraud, that everyone that was involved.  This

18   is what I was told, that everyone that was

19   involved directly with the wire fraud incident

20   would need to be terminated, and so on that

21   same day myself, as well as ██████ was

22   terminated.  ██████████ was not terminated.

23   Q.      Who did you meet with at the time of

24   your termination?

25   A.      Eileen Schloss, which is the head of HR

1           ████████████

2           it's also cross.

3                    MR. SCHMOOKLER:   Depends on how

4           it's used ultimately.

5    Q.      Going back to my prior question.  You

6    said that in your conversation with the

7    individual who purported to be Attorney Meyers

8    (sic), you needed additional details regarding

9    the beneficiary of the wire that was being

10   requested, correct?

11   A.      Correct.

12   Q.      Did you need something else before you

13   would be willing to set up the wire that was

14   being requested?

15   A.      Yes, I need the request to come from

16   ████████████.

17   Q.      And does Exhibit 13 reflect what you

18   were seeking in that conversation?

19   A.      That, no.  That is just a partial.  That

20   is the -- just the beneficiary details of where

21   the wire is going to be sent.  But I was asking

22   that I would need to have ████████████  contact

23   me and tell me to make this payment.

24   Q.      And did you receive that communication,

25   as well?

1      █████████

2    A.      Yes, through e-mail.

3    Q.      And looking at Exhibit 13, what about

4    the e-mail indicated to you that it came from

5    █████████████?

6    A.      Excuse me?  I don't understand.

7    Q.      What about -- what information on the

8    page that is Exhibit 13 made you believe that

9    it came from ████████████████?

10   A.      Okay, the e-mail address.

11   Q.      And can you read to me the e-mail

12   address that you're looking at when you

13   reference that?

14   A.      It has a picture of ██████████████, and

15   it has his name, ███████████████, and then the

16   e-mail address is listed as ██████████████████.

17   Q.      And whenever you received the prior

18   e-mails from ███████████████ that you discussed in

19   connection with your work in the █████████████,

20   the e-mails had the same appearance with his

21   picture, his name and e-mail address.

22   A.      Well, it had the same e-mail address.

23   The picture wasn't there.  Again, we used a

24   different e-mail, but yes, the e-mail looked

25   the same.

**A**

**ability** 5:21 6:21
  45:20
**able** 10:25 11:16
  11:19 15:14,16
  37:17 39:20
**accept** 35:8,10
  38:8 39:14
**accepts** 37:11
**access** 14:10
  17:10 18:2
  32:8 46:2
  48:18
**account** 15:5,6
  17:8,11,12
  46:3,7 53:14
  53:17
**accounting** 8:5,8
  8:13,13 10:20
  11:21 31:20
  ■■■■ 8:12
  9:10 10:13,15
  10:22 11:11,13
  11:23 12:3
  18:15 32:6
  39:16 57:4
**accurate** 74:14
**accurately** 71:25
  72:8
**ACH** 11:3,4,5
  12:11,13,15
  20:21 21:2
  38:8
**acknowledged**
  58:5,10,11
**acquire** 25:11
  31:19
**acquiring** 24:15
  30:16,20
**acquisition**
  22:17,21 25:4
  25:20 28:22,24
  29:4 30:11
  50:14
**action** 1:5 5:11
  74:17
**actual** 33:3 53:7
  53:19
**Adam** 2:6 4:21

60:5
**add** 27:21,24
**added** 16:11
**additional** 64:8
**address** 27:8
  50:11 55:4
  65:10,12,16,21
  65:22 67:23
  72:12,13
**adds** 27:23
  56:14
**adjacent** 66:2
**admin** 41:23
**administer** 3:15
**advise** 16:18
**aforesaid** 74:10
**afternoon** 5:8
  60:4 68:12
**AGREED** 3:3,8
  3:12
**agreement** 56:11
  56:15 62:16
  73:16
**ahead** 7:14
  ■■■■ 1:17 4:12
  71:15 72:21
  73:4 74:9 75:5
  75:20
**alleged** 33:12
  34:4 37:2 40:7
  43:19 51:13
**allegedly** 21:6
  25:3 26:9,15
  28:7 40:11
  71:9 73:11
**Allentown** 4:6
**allude** 36:17
**alter** 63:12
**amount** 15:7
  20:9 27:17
  46:2 53:19
  54:15 66:15
**amounts** 29:22
**announcement**
  25:13
**anonymous** 39:4
**anonymously**
  39:7
**answer** 5:20 6:4
  6:6,10,19,21

7:13,14,19
  20:18 30:8
**answered** 41:24
**answers** 6:16
**anticipate** 6:3,5
**anticipating**
  25:18
**anybody** 63:22
**anymore** 22:4
  ■■■■ 11:19 17:21
  23:6 47:18,21
**apologize** 19:13
**app** 17:17
**appear** 56:19
**appearance**
  65:20
**appeared** 14:15
**appears** 58:2
  60:12
**application** 18:4
**apply** 12:11
  68:20
**appropriate**
  22:20 68:25
**approval** 16:24
  29:13 35:11
  42:14 59:12,15
**approve** 11:16
  12:5,25 18:11
  18:19 20:15
  21:14 22:13
  32:11 42:8
  44:22 45:8,13
  45:20 59:22
**approved** 18:14
  19:2 22:12
  23:23 42:25
  43:5 44:19
  46:11 47:16
  59:18 60:22
  61:4
**areas** 53:14
**arises** 21:6
**asked** 7:7 29:9
  29:16 31:24
  32:21,25 34:13
  41:24 43:22
  45:7 50:12
  66:9,10
**asking** 6:6,24

7:3,5 21:4
  37:13 44:9,13
  58:16 64:21
**assigned** 17:7
  18:14 59:12
**assistant** 16:10
  46:19
**assume** 7:6
**assumed** 30:17
  32:4 49:19
**attached** 67:24
**attend** 63:4,8
**attention** 31:19
**attorney** 3:18
  7:10 61:14
  64:7
**attorneys** 2:4,10
  3:4
**audit** 52:5
**Auditing** 8:12
**authority** 18:10
  20:4,7 21:12
  28:13 32:6
  62:4 68:9,14
  68:25 69:9
  70:12,25 71:5
**authorization**
  68:18
**authorize** 59:23
  62:5 69:2
  70:12
**authorized** 3:14
  11:12,15,23
  12:2,7,24 13:4
  15:14,18 16:5
  16:19 20:25
  39:15 42:17,24
  46:15 51:6
**authorizers** 19:2
**authorizing**
  36:19
**auto** 55:3
**automated**
  48:24
**automatic** 41:21
**automatically**
  16:22
**autopopulate**
  53:18
**available** 23:20

31:9 45:10,17
  51:6
**avoid** 38:20
**aware** 22:25
  30:19 31:24
**a.m** 32:25 33:15
  52:16

**B**

**B** 73:8
**back** 40:25
  41:10 43:25
  51:22 60:10
  62:10 63:25
  64:5 71:18
  72:4
**background**
  7:23
**bank** 11:6,7,13
  11:20,22,24
  12:3,4,8,20,23
  13:13,14,17
  17:5 18:15
  19:2 20:25
  32:8 35:19
  36:25 37:25
  39:14 44:19
  45:16,25 46:2
  48:3 52:12
  53:20,25 54:18
  54:19,22,25
  55:3 59:23
  67:4
**banking** 35:14
  55:2
**banks** 13:18
  48:4 55:2
**bank's** 13:11
**based** 29:24
**basic** 38:15
**basically** 10:5,16
  11:5,18 17:19
  27:7,24 31:13
  37:8 38:20
  44:8 47:24
  52:5
**batch** 11:5 12:15
  12:18 38:7
**Bates** 19:23,23
  35:13

Battery 1:19
  4:10
beginning 24:6
behalf 4:20
behavior 55:15
  56:4
believe 9:5 16:13
  17:19 22:5
  34:17 35:2
  36:9 38:9 45:9
  55:6 65:8
believed 47:10
beneficiary 15:6
  40:18 53:22,25
  54:7,11,19
  61:25 64:9,20
  66:22 67:4
BENSON 2:3
best 5:21 6:21
  26:24 40:5
bigger 69:18
bit 24:21
blank 35:18
blood 74:17
board 16:9
  21:16 55:13
body 28:20
bogus 36:12,16
bottom 19:6,23
  26:22 27:5
  28:8 45:4
  56:18
box 53:13,22
  54:2
brand-new 15:4
break 7:17,20
  51:16,17
brief 7:22
bring 28:11
Broadway 2:4
brought 23:5
BS 7:24
business 7:25
  17:12
button 16:4
  26:25 51:4
buy 23:2,4 70:19
  71:9
buying 29:4,15
  29:20 70:13

71:2,6

**C**

C 2:1 5:2 74:1,1
call 31:12,12
  34:24 37:22
  44:12 55:16
called 5:10
  19:23 23:19
  31:3 34:10
  43:22 53:9
calls 34:8,11
capacity 65:19
career 8:10
case 16:24 75:3
cash 35:6 45:14
cause 61:21
CEO 20:12,15
  20:24 21:16
  24:10 46:6
certain 21:24
  37:11 45:25
certainly 36:20
certification 3:6
certify 74:8,16
CFO 16:9 20:11
  20:14,23 45:13
  46:6
chain 33:9
chairman 16:9
  21:16
chance 29:6
change 71:22
  75:6
changes 14:3,8
  71:21 72:3
charge 3:18
Chase 13:17,19
  13:20,22,25
  14:2,5,18,21
  15:15 16:22
  29:13 37:20,22
  42:25 47:6,16
  48:5,18 49:3
  50:18,23 52:6
  54:9,13,17,21
chat 45:6
check 10:22
  35:15,18,19,24
  35:25 36:3,7

38:19 39:22,23
checks 40:22
Chicago 2:12
  ▆▆▆ 29:7,25
  30:19 42:8
  43:12 45:8,17
  46:11 49:23
  55:21
  ▆▆▆ 42:13
choose 48:9,11
chose 48:11
chronology
  34:22
circumvent
  38:19
Civil 1:5
clear 36:8
clerical 71:21
click 17:17,21
  18:3 27:7,13
  27:19
code 9:21
coded 10:17
codes 14:10
collapses 28:4
color 69:16,23
come 7:9 22:9
  43:20 44:17
  57:7 61:9 62:3
  64:15
commencement
  74:12
COMMISSION
  75:25
communication
  44:2 64:24
  73:13
companies 8:10
  23:2
company 1:9
  4:14 5:10,10
  10:6 11:24
  16:9 18:10,19
  22:17,22 23:4
  23:10,12,18
  24:2,8,10,11
  24:14 25:10,11
  28:19 29:5,15
  29:15,20,21
  30:6,16,20,21

34:12 39:5
  47:13 60:16,24
  61:24 63:18
  70:12,14,20,24
  71:2,7,10
comparing
  52:14
computer 17:11
  26:12 45:5
  52:3 69:13
  70:2
concludes 71:15
condenses 27:18
conduct 9:21
confidential
  23:22
confidentiality
  35:17
confirmation
  37:13
confirmed 30:14
confuse 7:2
connection 49:6
  65:19
consensus 25:7
consistent 61:17
contact 31:6
  37:20 64:22
contacted 31:3
contains 40:17
CONTINUED
  70:6
contractor 9:16
control 18:24
controller 16:10
  16:11 46:19
convenient
  63:11
conversation 6:2
  29:24 34:6,7
  40:21 49:22
  64:6,18
conversations
  30:23 34:16
  37:6 38:16
  70:23 71:5
cooperation
  62:15
copy 3:17 26:14
  57:6 66:3,4

corner 19:21
correct 11:17
  12:10,12 13:17
  14:2,16,18,19
  15:22,23 25:24
  26:14 32:22,23
  33:2,16,17,22
  40:19 41:7,8
  42:10 43:3
  47:3,7,8,12
  49:3,9,10
  50:20,21,25
  51:2,7,8,14
  52:22 54:7,8
  54:11,12,15,16
  54:19,20 59:2
  60:13,14,24,25
  61:5,6,14,15
  61:18,19,22,23
  62:6,7,63:5,6,9
  63:18,19,23,24
  64:10,11 67:2
  67:7,20,21,25
  68:4,5,11,18
  68:19 69:4,10
  69:11,14,17,24
  71:11
correctly 10:17
  52:9,18
correspondence
  41:14
cost 8:12
counsel 61:3,12
  66:9 70:10
Counselor 58:6
counsels 4:16
countries 37:11
  38:8
country 28:19
  55:4
couple 16:11
  50:13 70:8
course 21:23
  68:7
courses 8:9,14
  8:15,18,20,22
  8:23
coursework 8:12
court 1:1 3:17
  4:15,23 5:23

6:7,12,15,19
71:24 72:7,11
**courtesy** 6:11
**coverage** 5:11
60:7
**CPE** 8:9
**CRCC** 4:6,24
**create** 14:23,24
14:25 15:3
**credentials**
17:18 45:24
**crediting** 15:5
**cross** 64:2
**crossed** 32:3
**cumulatively**
68:6
**current** 8:23
**currently** 9:7
28:22
**cut** 35:15
**cycle** 22:10,11
59:20

_____
**D**
**D** 73:1
**date** 4:3 26:11
44:4 52:7 53:3
56:13 58:21
75:4
**Davis** 45:17
46:13,18
**day** 43:7 46:17
55:21 56:7
68:7 72:23
74:21 75:23
**days** 21:24 22:3
50:14 72:3
**day's** 71:15
**de** 21:7,11 25:3
25:16 26:9,15
27:4 28:7 31:5
33:12,20 34:21
35:16 40:7,12
41:5,9,14
43:19 45:20
49:12 61:9
64:16,22 65:5
65:9,14,15,18
66:5,19 67:20
67:23 68:14,25

69:9,15,22
70:18 71:8
73:12
**deal** 31:21
**debiting** 15:5
**December** 9:12
**decided** 23:18
50:6 55:13
**decision** 72:8
**defendant** 1:10
1:17 2:10 4:20
60:7 63:18
**Defendant's**
26:10 44:3
53:2 56:12
73:10
**definitely** 24:18
**deliver** 35:16,18
**demand** 31:19
**departed** 60:16
**Depends** 64:3
**deposition** 1:16
3:13 4:8 5:12
5:14,17,23
63:5,8 71:15
75:4
**Design** 7:24
**designee's** 59:12
**desk** 43:21
**desktop** 17:17
18:3
**despite** 42:22
**detail** 29:18
30:20 36:19
**details** 25:14
37:7 61:25
62:2 64:8,20
**development**
70:9
**devote** 31:18
**different** 8:10,12
8:13 21:4 38:5
48:3 55:2
57:23 58:3,8
65:24
**direct** 21:12 66:9
70:18,25 71:9
**directed** 32:25
33:15
**directly** 37:18

55:19
**director** 16:13
**directory** 34:12
**disbursement**
35:6
**disbursements**
12:12 18:11
45:14
**Disc** 4:11 72:18
**discuss** 37:2
46:20
**discussed** 30:5
38:25 61:3
62:6 65:18
**discussing** 39:18
60:9 61:18
68:13
**discussion** 38:12
38:22
**discussions**
52:20 61:12,20
63:3,7,21
**District** 1:1,2
4:14,15
**disturbed** 50:6
**document** 18:13
18:24 35:4
58:20 60:10
70:11
**doing** 48:2 51:12
**dollar** 15:7 21:3
**dots** 27:7,13
**duly** 5:3 74:11
**duties** 47:23

_____
**E**
**E** 2:1,1,16,16 5:2
10:2,3 73:1,8
74:1,1 75:1,1,1
**earlier** 58:13
68:12
**easier** 19:12 33:8
**easiest** 6:11
**educational** 7:23
**effect** 3:16 39:18
**effort** 60:6
**Eileen** 55:25
56:7
**either** 16:25 24:8
25:11 58:3

70:17 72:11,12
**electronic** 10:23
10:25 11:2,3
37:9 38:5
**electronically**
11:6 12:20
**emergency** 59:7
59:10,15,21
61:2
**employed** 9:13
**employee** 9:19
9:25 17:7 18:9
**employment**
8:23 56:23
**empty** 37:10
**engaged** 56:4
**enter** 13:24 49:3
53:23 54:2,6
54:10,14,18,22
**entered** 10:17,19
15:7 50:23
53:19 56:16
66:11,23 67:4
**entertainment**
10:5 41:17
**entire** 24:8
**entirety** 12:18
**entitled** 7:12
**entries** 66:10
**equivalent** 13:6
**ESQ** 2:6,13
**essentially** 5:17
▮ 1:17 4:12
5:8 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
44:2 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1

56:1 57:1,20
58:1 59:1 60:1
60:4 61:1 62:1
62:19 63:1
64:1 65:1 66:1
67:1,8 68:1
69:1 70:1 71:1
71:16,20 72:1
72:21 73:4,13
74:9 75:5,20
**everyday** 6:2
**exact** 36:18
**exactly** 5:25
11:18 13:2
**examination**
3:17 5:6 60:2
70:6 73:3
**examined** 5:5
**exceptions** 20:21
**excess** 18:17
**excuse** 19:3
28:19 65:6
**exhibit** 19:6,17
19:18,20 26:8
26:10,13 33:8
33:10 40:10,10
40:25 44:3,6
44:25 52:2,16
52:24 53:2,6
56:12,15 57:10
57:16,24 58:15
58:23 60:10
61:7,8 64:17
65:3,8 66:7,8
66:10,20,23,25
67:5,6,9,14
69:12,19
**exhibits** 19:4
67:9,19,22
68:3,6 69:22
69:25 73:10
**existing** 47:25
**expand** 27:20
**expands** 27:14
27:23
**expansion** 27:21
**expecting** 25:9
**expedite** 37:9
**expenditure**
18:20 21:12,15

**expenditures**
20:15 68:18
**expense** 10:6
41:20
**expenses** 41:18
**expired** 46:8
**EXPIRES** 75:25
**explain** 34:19
36:3 47:22
55:10
**explained** 39:3,4
55:13
**extend** 6:10
**extent** 57:25
**extra** 15:8 57:16
58:6,12
**e-mail** 16:25
17:8,11,12,22
17:24 25:2,15
25:21 26:9,13
26:14 27:3,8
27:18 28:4,7
29:9 31:3,4,16
31:23 32:20,24
33:9,10,11,14
33:18 34:20,25
35:3,10,14
36:9,10 40:3
40:11,15,17,20
41:4,7,9,10,13
41:22,23,24
42:12,22 43:12
43:13,15 44:12
44:25 49:23,24
50:9,11,11
52:15 61:8,11
61:23 65:2,4
65:10,11,16,21
65:22,24,24
66:19,25 67:6
67:23 69:12
72:12 73:11
**e-mailed** 37:15
**e-mails** 21:6,10
26:21 27:15
33:5,19 40:6
43:10,18,23
50:13 65:18,20
66:6 68:3

**F**

**F** 74:1
**fact** 9:22 28:11
50:24
**fair** 6:13 38:11
42:11,21,21
48:17 71:7
**familiar** 28:16
**far** 13:3 18:23
18:25 23:23
**fast** 38:18
**fault** 55:14
**February** 9:18
**Federal** 1:9 4:13
5:10 63:18
75:3
**feet** 43:21
**felt** 62:4
**file** 35:4
**filing** 3:5
**filled** 10:19
**final** 56:19 57:6
**finalize** 31:20
**Finally** 7:9
**finance** 16:12,14
23:16 24:19,21
25:6,8,23 26:5
59:11
**financial** 28:12
59:19
**find** 13:22 16:20
17:2 19:6 37:8
38:17 50:8
**fine** 37:19
**finish** 6:9
**finished** 16:17
**firm** 56:6,9,9
63:22
**first** 5:3 9:13,24
11:9 17:6 21:9
25:2 27:3
28:21 31:2,4
31:12,16,17,23
32:19,20,24
33:10,14 34:14
34:23 41:2
43:8,9,14
44:17,20 45:25
47:15 48:15

49:15 50:17
52:11
**floor** 21:21
**fob** 14:6,15
15:21 48:7,19
49:3,9
**followed** 34:24
59:15
**follows** 5:5
33:19
**force** 3:15
**foreign** 28:19,19
**form** 3:9 37:15
38:2,5 62:8,13
**forms** 10:18,18
37:12,17
**forward** 30:3
35:23
**found** 55:14
56:3
**foundation**
62:18
**four** 9:17 52:19
60:20
**frame** 16:7
**Franklin** 2:11
**fraud** 8:15,19,21
8:24 55:17,19
**frequently** 27:14
**FRIEDMAN** 2:3
**front** 31:17 61:7
66:8 67:9,17
**full** 9:24 27:17
28:10 31:18,19
36:19
**full-time** 9:19
17:6 18:9
**fund** 30:4 51:12
**funding** 22:16
22:21 26:3
**funds** 11:8,25
12:5 32:5
34:19 36:25
37:9 49:18
**furnished** 3:18
**further** 3:8,12
59:24 70:4
71:12 74:16

**G**

**gather** 5:18
████████████
65:16
**general** 25:7
34:12
**generate** 39:6
**generated** 53:20
**gestures** 6:17
**getting** 23:23
**gist** 38:15
**give** 7:22 24:10
27:8 31:9
36:18 57:20
72:11
**given** 62:15
**gives** 14:2
**giving** 61:24
████ 21:7 25:16
26:9,15 29:10
31:5 33:12
34:21 35:16,19
36:10 40:7
43:11,11,19,23
49:22 50:2
64:16,22 65:14
65:15 73:12
**Gmail** 17:24
18:3,6
**go** 7:14 11:18,19
12:4,8,24,25
13:10,12,15,21
14:13,23 15:20
16:20 17:4,16
19:5 23:24
39:9 42:5,7,15
43:2 44:23
50:2 52:21
62:20 71:18
72:12
**goals** 24:12
**goes** 37:10
**going** 5:19 7:6
11:7 21:3
24:24 25:9,13
26:7 29:3 30:3
30:15,18,24
32:3,13,17,21
39:13,14,21
49:18,19 50:7
51:9,16,19

62:19 63:25
64:5,21
**Good** 5:8 60:4
**Google** 17:15
**Gordon** 1:19
2:10 4:9
**gossip** 25:8
**gotten** 27:15
43:9,15,23
44:10,11,19
**governing** 28:20
**graduate** 8:3
**Graphic** 7:24
**greater** 30:20
**ground** 5:22
**guess** 6:25 33:3
58:14
**guy** 33:20

**H**

**H** 73:8 75:1
**hall** 23:9 24:5,7
24:13
**hand** 19:12
74:21
**handed** 57:11
**happen** 15:12
23:14,14 24:23
25:13 39:13,13
**happened** 23:21
42:18
**happy** 7:4,18
**hard** 66:3
**harder** 6:7
**head** 6:16 55:25
**hear** 25:12
**heard** 28:18
**held** 1:18 4:9
74:10
**hereunto** 74:20
**hey** 50:12
**hired** 9:17 60:5
**hit** 41:11,12
████ 29:7 43:12
44:17,23 45:17
49:23 55:21
**hold** 10:8 71:17
**Hong** 37:12
**Hoolan** 4:24
74:6,24

**hour** 51:17,18
**hours** 52:19
**HR** 55:25

—————— **I** ——————
**icon** 18:2
**ID** 13:25 14:4,8
  14:14 15:21
  48:7 54:7,18
**identification**
  26:11 44:4
  53:3 56:12
  73:10
**identified** 18:10
  31:4
**identify** 4:17
  19:24
**identifying** 14:6
  14:9
**IDs** 55:2
**Illinois** 2:12
**imagine** 28:5
  34:7
**immediate** 38:20
**implementing**
  10:23
**impression** 25:4
  26:3
**impressions**
  51:11
**incident** 41:19
  55:19
**incomplete** 58:3
**indicate** 18:19
**indicated** 65:4
  68:12 69:8
  70:17
**individual** 38:9
  61:13 64:7
**individually**
  11:7
**information**
  5:19 15:3,6,8
  18:5 23:25
  27:14,25 30:14
  31:9,20 32:22
  35:14 37:21,25
  40:18 46:5,24
  47:2,6,10
  50:23 51:10

52:4 53:10,12
  53:13,15,18,23
  54:3 65:7
  66:16,22,24
  67:3,6
**initial** 38:12
  48:14 49:18
**initially** 45:24
  48:3 49:13
**initials** 56:18
**initiate** 49:8
  50:20
**initiated** 50:10
  51:5
**initiating** 50:24
**initiatives** 24:11
**input** 46:24 47:2
  47:3,5,9 51:10
  52:11 53:12
**instance** 54:24
**Instant** 45:2,5
**instigated** 50:10
**instructed** 33:16
**instructions**
  62:3
**insufficient**
  61:21
**insurance** 1:9
  4:13 5:9,10
  60:6 63:18
  75:3
**Insuring** 10:20
**interested** 74:18
**International**
  22:7
**Internet** 13:15
  13:21
**interpose** 7:10
**interpreted**
  29:20
**interrupted** 50:6
  ███████████ 9:8
**introduced**
  31:14
**investigation**
  55:12
**investigative**
  56:5,8
**invoice** 35:7,9
**invoices** 10:17

**involved** 5:11
  11:9 22:16,25
  23:4 39:8
  55:17,19 68:22
  69:3
**involving** 5:11
**issue** 21:25
**issued** 48:6
  63:17
**issuing** 11:10
  35:23
**items** 66:14
  ███████████
  9:8

—————— **J** ——————
**Jeanette** 4:24
  74:6,24
**job** 6:7
  ███████ 43:12,13
  44:2,9,15
  45:17 55:22
  73:13
**June** 1:20 4:4
  74:21 75:4

—————— **K** ——————
**KASOWITZ**
  2:3
**Kathy** 2:17 4:5
**keeping** 66:7
**kept** 9:23
**key** 15:25
**kick-off** 23:8
  24:4,4,5,6
**kind** 15:7 16:2
  25:12 32:18
  35:6 43:21,22
**kinds** 8:13
**knew** 20:19
  28:16 32:13
  46:7
**know** 9:21,22
  13:3 16:5 17:3
  17:13,17,20
  19:11 21:11
  23:3,3,10,12
  23:12,23 24:23
  25:10,19 26:17
  27:16 28:6,9

28:15 30:19
  39:6 44:6,11
  44:21,23 45:3
  48:13 50:4
  52:14 56:22
  66:3 67:10
**knowledge**
  60:23
**known** 46:5
**Kong** 37:12

—————— **L** ——————
**L** 2:16 3:1 5:2
  74:6,24
**lacks** 62:17
**larger** 69:20
**law** 56:6,8,9
  63:22
**lawyer** 31:7,7
**lead** 62:16
**learn** 47:15
**led** 39:17
**left** 17:14 60:23
**legitimate** 25:22
  26:4 47:11
**letting** 44:21
**Let's** 12:13
  51:15
**levels** 68:13
**limits** 20:19
**line** 20:11 63:11
  75:6
**link** 18:3
**list** 18:25
**listed** 65:16
**little** 24:21,22
**LLP** 1:19 2:3,10
**located** 4:6,10
**location** 27:10
**log** 13:25 14:15
  17:4,18,20
  48:15,18,22
**logged** 14:17,22
  15:15 50:17
**long** 9:11 10:8
**look** 19:20 20:3
  29:22 35:12
  58:23
**looked** 65:24
**looking** 23:11

24:15 33:10
  65:3,12
**looks** 26:20,20
  44:9 45:4
  56:17 60:18
**loss** 60:7
**lots** 23:9
**low** 49:19
**lower** 19:21

—————— **M** ——————
**mail** 17:15
**maintain** 35:17
**major** 7:25
**making** 10:16
**malicious** 55:15
  56:4
  ███████████ 9:10
  10:13,15,22
  11:11 16:14,15
  23:6 32:14
  45:12 47:19,21
  56:2
**manual** 35:15
  58:18,25
**manually** 47:5,9
  54:6,10,14,22
  66:11,23 67:4
**mark** 26:7
**marked** 19:4,16
  19:18 26:10
  40:9 44:3
  51:25 52:23
  53:2 56:11,14
**market** 28:12
**marking** 44:6
**marriage** 74:18
**matter** 4:12
  74:19
**ma'am** 20:4 34:2
  40:13 53:4
  55:8
**mean** 36:16
**MED** 57:18
  58:17,21 60:12
**Medidata** 1:4
  4:12,22 5:12
  8:21 9:3,4,14
  9:19,25 11:10

11:13 12:15
16:6 17:7,23
18:9 21:23
22:20,25 41:7
55:5 56:16
59:16 60:5
70:13 71:2,6
75:3
**Medidata's** 7:10
12:16 13:9
42:12,22 63:4
**meet** 55:23
**meeting** 23:8
24:4,13
**meetings** 23:9,16
24:5,7,20,21
25:6 50:7
**mention** 34:14
34:23 45:11
**mentioned** 9:3
24:14,19 25:6
25:22 30:13
34:18 41:16
45:10 49:25
56:22 61:12
**merge** 25:11
**merger** 24:2
**Message** 45:2,5
**Meyer** 33:21
34:5 37:6
40:21 44:13
61:14,20
**Meyers** 37:3
64:7
**Michael** 33:20
34:4 37:3
44:12
**million** 18:17,20
20:12,16,22
21:3,12,14
70:19 71:9
**mind** 23:13
25:20,25 32:3
44:18
**minute** 51:16
**minutes** 52:10
**module** 14:24
54:25
**moment** 12:14
41:2

**money** 11:25
12:6 29:3 30:2
31:25 32:17
33:2,16 34:15
34:23 36:21
38:9,23 40:22
42:14 43:2
70:13 71:2,6
**month** 21:24
22:5,7,8
**months** 9:17
57:7 60:20
**morning** 17:21
**mouth** 18:12,21
**move** 16:2
**moved** 11:25
12:7
**MT** 37:11,15,16
37:19 38:2,4
39:21
**mutual** 29:25
30:10

**N**

**N** 2:1,16 3:1 5:2
73:1
**name** 4:21 5:8
14:8 26:23
27:4,9 28:8
48:12,13,23
49:9 54:10,22
55:3 56:10
65:15,21 66:2
67:23 75:3,5
**named** 33:20
61:14
**names** 27:22
**natural** 6:3
**nature** 6:17
68:21
**necessary** 35:18
42:14 54:25
68:9
**need** 6:20 20:23
20:23 34:20
35:5 36:22,24
38:23 48:18
49:25 55:20
64:12,15,22
**needed** 20:24

21:14 23:17,20
36:5,20 42:17
53:16 61:23
62:3,3 64:8
**needs** 31:10
**never** 18:12 20:9
30:14 45:23
62:21 69:5
**new** 1:2,19,20,22
2:5,5 4:11,11
4:15 5:4 10:18
10:18 16:12
57:8 59:18
74:7
**Nods** 6:16
**nonconsecutive**
58:2
**Non-Party** 1:16
**normal** 21:23
37:23
**normally** 22:13
45:13
**North** 2:11
**Notary** 1:21 5:4
72:25 74:6
75:25
**note** 26:22 58:15
**Noted** 72:19
**notes** 74:15
**notify** 16:23,25
**number** 14:3,8
14:15 33:25
34:5,12 48:21
66:18
**numbers** 19:22
19:22 35:13

**O**

**O** 2:16 3:1
**oath** 3:15
**Object** 62:8
**objection** 7:11
20:17 26:16,17
30:7 42:16
49:4 57:24
58:15 62:20
70:22
**objections** 3:9
**obtained** 66:18
66:24 67:5

**obviously** 38:17
**occasional** 22:9
**occur** 38:24
52:20
**occurred** 49:22
**October** 9:5,6
55:6
**offer** 8:11 51:17
**offered** 8:20
**office** 4:9 21:19
21:20 27:10
45:12 46:16
50:3 62:25
**officer** 3:14
**offices** 1:18
**Oh** 57:14 59:5
**okay** 6:14,21,22
7:7,8,15,16,20
7:21 29:11,22
32:16 33:6
36:21 38:3
43:16,24 49:25
58:14 59:5
65:10 67:16
72:5,14,15
**once** 11:11 12:18
14:22 16:17
22:8 37:13
44:22
**ones** 45:10
**open** 17:18,21
17:22 18:6,6
**operation** 28:12
**operator** 4:5
**order** 12:6 13:14
14:10,11 15:18
16:2 19:5
35:17 36:24
37:19 39:8
48:17 49:7,8
**original** 26:14
28:7 33:11
57:9
**originally** 52:15
**outcome** 74:19
**outdated** 57:5
**outset** 56:22
**oversaw** 10:24
**overseas** 36:5
37:11

**P**

**P** 2:1,1,16 3:1
**packet** 19:8
**page** 19:24 20:3
26:22 35:12
41:2 56:20
59:2 61:3 65:8
73:3,10 75:6
**pages** 57:16 58:2
58:6,12 60:12
**paid** 15:2
**paper** 19:8
38:21
**paragraph**
28:10 31:18
**Park** 1:19 4:10
**part** 44:22
**partial** 64:19
**particular** 21:5
23:4,11 30:12
**parties** 3:5 74:17
**Paschal** 2:17 4:5
**password** 13:25
14:5,14 15:21
48:10,14,23
49:9
**pay** 35:7 36:21
53:17
█████ 9:10
10:13,15,22
11:11,23 32:6
57:4
**payment** 14:23
14:24,25 16:23
17:3 22:10
38:17 39:7
53:9,13 54:15
59:7,21,21
61:2 64:23
66:15,15
**payments** 10:21
10:23,25 11:2
11:6 21:2,25
22:11 59:10,15
**pending** 7:19
**Pennsylvania**
4:7
**people** 16:12,21
22:13 27:15

32:7 39:7
45:16 46:10
**perfectly** 6:2
**person** 31:2,13
32:11 35:25
38:3 43:10
44:12,20 49:13
63:10
**personalized**
14:13,14 15:21
15:21
**personally** 14:12
**person's** 20:9
**perspective**
34:22 52:15
**phone** 30:23
31:11,12 33:25
34:5,7,15,16
34:24 37:3
38:14,15,25
39:25 40:4
44:12
**physical** 35:11
48:19 72:13
**physically** 24:9
**picked** 6:18
**picture** 65:14,21
65:23 66:2,5
67:23 69:15
**pictures** 69:22
**place** 8:21 66:8
74:10
**Plaintiff** 1:5 2:4
**Plaza** 1:19 4:10
**please** 4:16,25
6:24 7:3 31:18
37:14
**plus** 14:14
**point** 10:10 21:5
23:11 32:2,4
32:15,24 44:16
48:6 49:14,17
50:5
**policies** 9:15,21
9:22 18:23
39:5 56:24,25
70:9
**policy** 57:4,8,9
57:17 58:18,22
59:14,17,18

60:12,22 61:2
**policy/proced...**
58:24
**populate** 55:3
**portal** 11:7,22
12:4,8 13:13
13:15 14:22
32:8 44:19
**position** 9:25
10:8 18:22
24:11 46:18
47:18,20
**possibility** 24:25
**possible** 38:18
38:18 39:4
**preexisting**
14:25
**prepare** 61:16
61:21
▮▮▮▮▮▮ 16:8
20:12,15 24:9
**press** 15:25
**prevention** 8:16
8:19,25
**previous** 56:6
60:20
**previously** 17:16
19:4 20:10
30:13 34:11
57:10
**pre-populated**
53:16
**print** 38:19
**printed** 37:24
**printout** 26:12
40:11 52:3,25
53:7 73:14
**prior** 8:25 22:15
22:24 23:7
30:24 34:11
41:14 57:7
58:18,21 60:20
61:11 62:25
63:20 64:5
65:17 70:10,16
70:24
**probably** 24:23
26:12 32:14
34:9 44:16,18
45:22

**problem** 62:12
**procedures** 9:15
18:24 56:24,25
58:16 70:9
**proceed** 51:23
**process** 20:25
36:11 37:16,17
41:17 51:10
**processed** 10:5
44:13
**procurement**
57:14
**project** 10:24
**promoted** 10:10
10:12
**proposed** 15:19
16:2
**protocols** 22:21
**provide** 32:21
33:25 35:14
37:21
**provided** 18:8
18:18 19:10,17
20:6,10 22:19
34:4 56:23,25
68:8
**Public** 1:21 5:4
72:25 74:7
75:25
**purchase** 23:12
23:18,25 25:5
25:10,22 26:4
30:5 51:13
**purport** 67:19
**purported** 61:9
61:13 64:7
**purporting**
70:19
**pursuant** 1:18
**pushed** 51:4
**pushing** 51:10
**put** 14:9 15:8
19:3,13 31:17
41:20 67:17
**p.m** 1:21 4:3
35:13 51:20,23
72:18,19

___
**Q**
**quarterly** 23:8

24:7
**question** 3:10
6:4,6,9 7:7,13
7:14,19 21:9
41:18,24 58:11
62:10 64:5
**questions** 5:18
5:20 6:20,24
7:11 36:13
59:25 62:20
70:5 71:13
**quite** 34:8

___
**R**
**R** 2:1,16 74:1
75:1,1
**reached** 44:15
**read** 62:11 65:11
**reading** 52:9,18
**ready** 16:19,23
23:17
**real** 36:23
**realistically**
46:10
**really** 18:22 37:7
45:14,15,15
**reason** 30:2
36:12,16,18,18
36:23,23,24
45:7 63:14
75:6
**recall** 27:6 32:2
32:15 33:3
34:8,14 37:4,5
37:7 48:12,13
54:23 56:24
66:12
**receipt** 43:13
**receive** 9:14
32:10,10 40:5
40:20 46:23
58:20 64:24
**received** 12:23
21:10 25:2
26:9,15 27:3
29:9 31:11,13
31:16 32:19
40:15 43:19
52:16 58:18
65:17 73:11

**receiving** 61:11
**receptive** 63:13
**recess** 51:21
**recipient** 68:2
**recognition**
16:13
**recognize** 40:13
49:24 54:25
**recollect** 16:8
**recollection** 40:6
**record** 4:3 51:20
51:23 62:11
71:18 72:10,18
**Rees** 1:19 2:10
4:10
**reference** 65:13
**referenced**
25:21 26:4
58:12 66:14
**references** 53:20
**referencing** 25:3
**referring** 19:14
**reflect** 64:17
**reflected** 57:17
58:17 66:19
70:11
**reflects** 57:25
**refused** 63:8
**regarding** 40:7
64:8
**regards** 26:24
28:22 50:14
**registered** 14:5,6
14:7
**regulated** 28:12
**reimbursements**
10:7
**reissued** 46:4
**rejected** 41:20
**related** 74:16
**relayed** 20:8,14
30:14 38:2
**release** 11:24
12:4,8 29:13
32:10,12 36:25
44:21,23
**released** 12:5
37:14
**remediation**
55:16

remember 22:4
31:14 43:7
56:10
rephrase 7:4
replied 29:19
41:25 50:15
reply 41:11,12
49:23 50:10
reporter 4:24
5:23 6:12,15
6:19 71:24
72:7,11
reporter's 6:7
reports 10:6
represent 4:18
4:22 5:9
representing
3:19
request 7:18
22:10,10 36:10
36:11 37:15,19
38:12 42:2
49:16,18,21
61:2 63:4,4,8
64:15
requested 40:21
61:16 62:11
64:10,14
requesting 42:23
Requests 59:7
require 13:4
37:23 59:10
reserved 3:10
reset 48:15
respect 67:3
68:17 69:21
respective 3:4
responsibilities
10:14 47:23
rest 53:18
restate 57:24
result 60:8 63:7
revenue 16:13
reverse 19:5
review 16:20,24
51:6 71:20,23
72:2
reviewing 60:11
right 19:3 29:22
58:10 67:13

68:15 71:20
72:6
right-hand
19:21
Rob 16:16 45:12
56:2 59:20
rolled 10:24
47:19
roughly 52:10
rules 5:22

───────

S

S 2:1,6,16,16 3:1
3:1 5:2 73:8
75:1,6
salutation 27:16
saved 18:5
saving 28:5
saw 28:6 49:23
57:6 66:4
69:13,25
saying 18:13
23:14 36:21
44:13 68:15
says 16:4 20:11
20:12 26:24
28:11,21 31:17
35:13 59:9
Schloss 55:25
56:7
Schmookler
2:13 4:19,20
5:7,9 26:19
51:15,24 58:5
58:9 59:24
62:8,14 64:3
67:12 70:7
71:12,17,19
72:16 73:4
▮▮▮▮▮▮43:4
43:17 44:3
45:8,18 46:12
55:22 73:13
Scott 2:13 4:19
5:9
scratch 15:4
48:2
screen 26:13
52:3 69:13
70:2

se 71:22
sealing 3:5
seat 43:25
SEC 23:24 28:17
second 28:10
42:2 44:20
49:16,20 57:21
62:17
seconds 14:4
section 53:9 59:6
66:16,23 67:5
secureop@dr....
41:5
see 15:19 19:20
19:22 20:3,4
20:11 27:12,16
27:17,19 28:10
28:13,23,23
31:21 33:12,18
34:2 35:20
36:14 41:4
50:2 53:9 59:6
66:3 69:18
72:9
seeking 59:14
64:18
seen 52:2,4 53:4
57:8,15,17
60:19 69:5,8
70:11,16
select 15:5 53:16
send 72:2,4
sending 44:8
50:13
sense 34:9
sensitive 36:7
sent 11:6 36:10
41:10 43:11
50:9 64:21
sentence 28:21
59:9
separate 12:13
separately 22:12
23:16
September 8:25
16:7 17:23
21:10 22:15,16
22:24 41:15
49:7 50:18
57:19 58:19

61:5,18 68:7
68:10,22 69:3
69:7 70:2,10
70:16,24
series 5:19 33:19
served 63:15
services 59:11
59:19
set 11:19,20
12:16,19 13:9
14:12,18,20
15:22 18:22
23:13 27:24
28:3,3 29:11
30:14 32:7,9
32:12 37:14
42:13 43:8,9
45:25 46:3
47:2,16,24
59:22 64:13
68:9 74:20
setting 12:14
13:8 16:18
26:2 42:23
severance 56:11
56:15 73:16
share 23:24
shared 59:11,19
Sharif 21:18
68:15,15,16,17
Shaw 16:16
45:12 46:14
56:2 59:20
shortly 31:11
shot 26:13
shoulders 6:17
show 19:15,16
26:7 33:7 40:9
43:18 44:5,5
51:25 52:23
56:14
showed 37:25
47:24
showing 52:6
shrugs 6:16
sic 23:5 64:8
side 19:13
sign 13:14 16:21
35:16
signatories 12:3

12:7 15:14,19
16:6 18:14
42:18
signatory 11:12
11:16 20:25
39:15
signature 26:23
27:25 28:2
35:11 45:3
56:19
signatures 16:19
signed 3:13,16
10:19 17:19
35:8 42:24
signer 12:24
46:15
signers 13:4
42:24 51:6
Silicon 35:18
similar 8:23
single 38:7
situation 23:22
size 69:18
slightly 21:4
small 19:21
software 12:16
13:10
Solutions 1:4
4:13 60:6
somebody 32:4
33:20
someone's 35:9
35:10
soon 38:17
sorry 10:4 19:11
26:18 33:7
40:10 71:18
sort 13:24 15:25
34:18 35:6
36:25 38:20
45:14 50:13
55:15
sorts 39:10
sounded 28:16
Southern 1:2
4:15
space 28:5
speak 29:7 34:13
43:4 49:11
50:16 62:24

**speaking** 4:5
**specific** 58:13
**speculate** 6:25
**spoke** 70:8
**spoken** 62:21
**stack** 19:6,11
**stamp** 33:9 52:7
**stamps** 19:23,24
**stands** 10:3
**stapled** 57:16
**start** 6:4,6,10
**started** 7:24 9:16
　17:13
**state** 1:21 4:17
　5:4 7:25 74:7
**stated** 60:11
　63:10
**States** 1:1 4:14
**stating** 31:6
**stay** 17:19
**stenographic**
　74:15
**stenographica...**
　74:13
**step** 12:23
**step-by-step**
　32:19
**Steven** 45:17
　46:13
**STIPULATED**
　3:3,8,12
**stock** 18:24
**stone** 18:23
**stop** 55:5
**stopped** 60:17
**stored** 15:3 18:5
**Street** 2:11
**strike** 40:8 46:23
　46:25 47:13
　48:25 69:6
**strong** 24:24
**stronger** 24:22
**submit** 15:9,11
　15:24 16:4
　51:4,11
**submitted** 15:12
　15:13
**submitting**
　15:16
**subpoena** 1:18

63:15,17
**Subscribed**
　72:22 75:22
**subset** 58:13
**substance** 63:21
**suffered** 60:8
**suggested** 22:20
　39:22
**suggestion** 24:18
　30:17
**Suite** 2:11
**summary** 7:22
**supervisor** 10:2
**supplier** 10:18
**sure** 10:16 23:21
　28:20 31:10
　36:6 50:8
　71:24 72:13
**surprising** 49:21
**swear** 4:25
**switched** 48:4
**sworn** 3:14,16
　5:3 72:22
　74:11 75:22
**system** 10:18,20
　11:21 12:16
　13:10,20 14:13
　14:17,21 16:17
　17:14 27:21,23
　28:4 41:22
　42:25 47:7,17
　47:25 48:18
　49:3 50:18,23
　53:21 54:5,9
　54:13,17,21
**systems** 42:12,22

────────────

**T**

**T** 2:16 3:1,1 10:2
　10:3 73:8 74:1
　74:1 75:1,1
**table** 20:4,6
**take** 5:12 6:12
　6:15 7:17,20
　32:18 36:7
　51:15
**taken** 1:17 5:14
　6:18 8:9,15,18
　8:20,22,23
　51:21 71:24

72:7 74:13
**takes** 5:24
**talk** 18:16 23:10
　23:17
**talked** 40:22
**talking** 6:8 25:5
**Tarek** 21:18
**team** 25:9
**telephone** 37:6
**tell** 6:24 7:3 10:3
　37:5 39:25
　64:23
**template** 14:25
　48:2
**terminate** 55:8
**terminated**
　55:11,20,22,22
**termination**
　55:24
**terms** 38:22
　59:14
**testified** 5:5
**testifying** 3:19
**testimony** 63:22
　66:12 71:22,25
　72:8 74:9,12
　74:13
**Thank** 72:16
**they'd** 17:4
**thing** 27:20
　62:17
**things** 6:17 58:4
　62:14
**think** 8:4 9:18
　17:14 25:7,8
　25:16 29:21
　31:7 34:11,17
　40:2 43:7,10
　43:12 62:15,16
　67:11
**thinking** 32:16
　39:10
**thinks** 29:19
**third** 12:23
**thought** 23:15
　24:16 25:15
　28:18 30:4
　31:5 32:16
　43:11 49:17
**three** 10:9 14:9

27:7,13 45:16
　60:20
**thrown** 23:15
　24:16
**time** 3:10 5:17
　7:9,18 9:20,24
　12:2 16:7,14
　16:15 28:3
　30:2 31:23
　32:19 33:9,14
　34:10 36:7,7
　36:13 42:19
　43:10,17 45:9
　45:13 46:2,3,9
　46:19 47:9,22
　50:17,22 51:12
　52:7,11,12
　53:20 55:23
　56:2 57:18
　60:16,23 61:4
　63:11 66:5
　69:7 72:19
　74:10
**timely** 23:21
**times** 21:2 33:4
　56:6
**timing** 38:24
　52:15
**title** 27:9
**titled** 59:6
**today** 5:13,20
　62:22,25 63:14
　63:20,22
**Today's** 4:3,23
**token** 14:3
**told** 7:12 37:16
　39:19 40:3
　44:15 55:18
　56:3,5 71:8
**TORRES** 2:3
**touch** 45:15
**town** 23:8 24:5,7
　24:13
**trail** 38:21 52:6
**training** 8:5,7,11
　8:24 9:14,20
　48:4
**trans** 40:7
**transacted** 52:7
**transaction**

11:20 13:19
　15:9 21:6 30:3
　36:6,11,20
　37:18 38:7,7
　38:10 39:8
　46:20 47:11
　61:17 68:21
　69:2
**transactions**
　11:4,5 12:9,15
　12:19,22,25
　47:20 49:20
**transcript** 57:23
　58:8 71:21,23
　72:2 74:14
**transfer** 12:14
　13:7,8,9 14:12
　15:20,22 16:3
　16:18 18:16
　30:24 31:24
　32:17 33:2,16
　34:19 35:23
　37:9 38:6,13
　38:13 39:18,24
　40:18,22 42:3
　42:9,13 43:5
　45:21 46:9
　47:3,6,10
　50:20,24 51:5
　52:11,21 53:8
　57:19 58:19
　60:8 61:5 62:5
　70:13,19,25
　71:6,9
**transferring**
　34:15,23
**transfers** 11:3
　11:10,17 12:11
　13:3 29:7
　40:23 49:12
**transmittal**
　37:24 38:23
　52:25 73:15
**transmitted**
　12:20
**travel** 10:4 41:17
**trial** 3:11
**true** 26:14 49:5
　69:21 74:14
**trust** 72:7

**try** 51:17
**trying** 17:13
  23:2,4 37:8
  38:16 57:4,7
**turn** 40:25
**turned** 17:10
**twice** 22:5,7
**two** 13:4,18
  42:17,20,24
  58:3 62:14
**type** 8:7 23:25
  28:20 38:10,22
  41:9 44:11
  71:21
**typed** 26:23 27:4
**typing** 5:25
  ▮▮▮ 65:19

**U**
**U** 3:1
**uh-huh** 19:7,9
  28:25 33:13
  36:15 41:3,6
  52:17 61:10
**ultimately** 35:22
  39:17 42:8,14
  49:11 52:21
  64:4
**Um** 63:2 69:20
**undergoing**
  28:23
**understand** 6:23
  7:3,5,13 13:21
  14:11 21:5
  24:3 25:25
  65:6
**understanding**
  29:2,25 30:11
  32:20 45:19
  68:20,24
**understood** 7:6
  50:22 51:3
  68:8,14,23
**unilaterally**
  70:18 71:8
**United** 1:1 4:14
**University** 8:2
**untoward** 25:17
**update** 57:5
**uploaded** 11:22

**upstairs** 50:2,15
**USD** 13:5
**use** 14:13 49:8
**user** 13:24 14:4
  14:8,13 48:7
  48:12,13,22
  49:9,9
**U.S** 22:6 28:17

**V**
**v** 5:2 75:3
**Valley** 35:19
**various** 27:15
  66:10 68:13
**vendor** 10:18,23
**vendors** 21:25
  22:5,6,7
**verbal** 6:16
**verbalize** 6:20
**verbally** 20:8
**version** 60:19
  66:4
**versus** 4:13
  40:23
**vice-president**
  59:11
**video** 4:4 6:18
**VIDEOGRAP...**
  2:17 4:2,23
  51:19,22 71:14
  72:17
**videotaped** 1:16
  4:8
**view** 15:14,16
  17:4
**Virginia** 7:25
**voice** 4:16
**VP** 16:12,14
  59:19
  ▮▮▮ 21:7,11
  25:3,16 26:10
  26:15 27:4
  28:7 31:6
  33:12,20 34:21
  35:16 40:7,12
  41:5,9,14
  43:19 45:20
  49:12 61:9
  64:16,22 65:5
  65:9,14,15,18

66:5,19 67:20
67:23 68:14,25
69:9,15,22
70:18 71:8
73:12

**W**
**waiting** 17:3
  25:12 29:12
**waive** 72:6
**waived** 3:7
**walk** 17:2 43:14
**walked** 29:8
  43:17,24
**want** 6:25 27:25
  28:2 32:18
  35:3 39:23
  57:22 71:23,25
  72:12
**wanted** 15:8
  19:15 27:19
  37:10 39:3,13
  53:17
**wasn't** 17:15
  28:17,20 49:21
  62:2 63:11,13
  65:23
**way** 7:2 37:8
  38:17,18 39:19
  43:20 48:24
  49:2 50:19
  70:17 74:18
**ways** 39:11
**webcast** 24:9
**website** 13:22
**went** 11:22 10:22
  13:20 29:7,8
  31:10 34:11,19
  35:22 36:6
  41:5 50:15
  52:12 54:5,9
  54:13,17,21
**weren't** 11:15
  39:21
**we'll** 72:13
**we're** 5:12 6:8
  18:16 51:22
  72:10,17
**we've** 51:16
  67:14

**WHEREOF**
  74:20
**willing** 63:12
  64:13
**wire** 8:21 11:4
  11:10,16 12:13
  13:7,8,9 14:12
  14:18,20 15:9
  15:19,22 16:2
  16:18,19 18:16
  22:9,9 26:2
  29:6,11 30:24
  32:4,7 34:23
  35:23 36:11
  37:10,14,18,23
  37:24 38:6
  39:18,23 40:7
  40:18,23 42:2
  42:8,13,23,23
  42:25 43:5,8,9
  44:14,23 45:8
  45:20 46:9,11
  47:3,6,10,19
  49:6,8,12,15
  49:17,18 50:20
  50:24 51:5
  52:11,20,25
  53:8,19 55:19
  57:19 58:19
  60:8 61:5,16
  61:22 62:5
  64:9,13,21
  68:9 73:14
**wires** 13:12 22:6
  38:9 47:16,25
**wiring** 11:8
**witness** 1:17
  3:19 4:25 5:2
  30:8 73:3
  74:11,20
**WITNESS'S**
  75:5
**wondering**
  18:18 19:10
**word** 18:12,21
  28:24
**word-for-word**
  5:24
**work** 9:4,7 21:19
  27:10 36:2,4

65:19
**working** 55:5
  57:7 58:22,25
  60:12,15,17
**worried** 50:5
**wouldn't** 37:23
**wow** 25:19
**write** 35:19 36:9
**writing** 57:2
  69:6 70:17

**X**
**x** 1:3,11 73:1,8

**Y**
**Yeah** 35:2 72:9
**year** 23:8 24:6
**years** 8:14 10:9
  10:21
**York** 1:2,20,20
  1:22 2:5,5 4:11
  4:11,15 5:4
  74:7

**Z**
**Ziffer** 2:6 4:21
  4:22 20:17
  26:16 30:7,9
  42:16 49:4
  57:20 58:7,14
  60:3,5 62:9,12
  63:25 70:4,22
  73:5

**$**
**$1.5** 20:16
**$25,000** 13:5
**$4** 18:17,20
  21:12,14 70:19
  71:9

**1**
**1** 2:11 4:11 19:6
  57:16 58:23
  60:10 72:18
**1.5** 20:12,22
  21:3
**1:15-cv-00090...**
  1:6
**1:32** 35:13

**1:41** 1:21 4:3
**10** 10:21
**10004** 1:20
**10019** 2:5
**103** 37:10,11,15
    37:17,19 38:2
    38:4 39:21
**1069** 56:20
**11** 19:17,18
    57:12,13
**11:12** 32:25
    33:12,15 52:16
**11:52** 33:23
**12** 33:8,11 40:10
    40:25 52:16
    57:10,12
**13** 40:10 61:7,8
    64:17 65:3,8
    66:7,20,25
    67:6,15,18,19
    67:22 68:3
    69:12,19
**14** 26:8,10,13
    67:9,14,18,19
    67:22 68:3
    69:22,25 73:11
**15** 44:3,6,25
    73:13
**16** 22:15,24 49:7
    50:18 52:24
    53:2,6 58:19
    61:5 66:8,10
    66:24 67:5
    68:7,22 69:3,7
    70:2,16 73:14
**16th** 41:15 57:19
    61:18 68:10
    70:10,24
**1633** 2:4
**17** 56:12,15
    73:16

___ **2** ___
**2:41** 51:20
**2:47** 51:23
**20** 75:23
**2009** 9:5
**2010** 9:18
**2012** 74:21
**2014** 8:25 9:6

16:7 17:23
21:10 22:16,24
23:7 55:7 61:5
69:7 70:2
**2015** 1:20 4:4
    9:12 72:23
    75:4
**22nd** 9:18
**25** 1:20 75:4
**25th** 4:4
**26** 73:12

___ **3** ___
**3** 67:9,11,14,14
    67:18,19,22
    68:3 69:22,25
**3:11** 72:18,19
**30** 72:3
**30th** 74:21
**327** 41:2
**329** 35:12
**34** 52:10

___ **4** ___
**44** 73:13

___ **5** ___
**5** 73:4
**53** 73:15
**56** 73:16

___ **6** ___
**6** 52:2
**60** 73:5
**60606** 2:12

___ **7** ___
**70** 73:4
**719** 57:18 58:17
**728** 58:21,24
    60:13
**729** 58:24 59:7
    61:3
**730** 57:18 58:17
    58:24 59:4
    60:13
**731** 59:2
**764** 20:3

___ **8** ___
**800** 2:11

___ **9** ___
**94** 8:4