1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   ------------------------------------------------x

4   MEDIDATA SOLUTIONS, INC.

5                       Plaintiff,
                        Civil Action No.:
6                       1:15-cv-000907-ALC
            -against-

7

8

9   FEDERAL INSURANCE COMPANY,

10                      Defendant.

11  ------------------------------------------------x

12

13

14

15

16

17          VIDEOTAPED DEPOSITION of a Non-Party

18  Witness, ████████████████, taken by the Defendant,

19  pursuant to Notice, held at the offices of

20  Gordon & Rees, LLP, One Battery Park Plaza, New

21  York, New York, 10004, on June 25, 2015, at

22  9:29 a.m. before a Notary Public of the State

23  of New York.

24

25

1                    ███████████

2     A.      I have my CPA in the state of Maryland.

3     Q.      When did you earn your CPA?

4     A.      Approximately, 2007.

5     Q.      Have you every practiced as a private

6     accountant?

7     A.      Do you mean --

8     Q.      At a firm?

9     A.      I worked at Grant Thornton.

10    Q.      When did you work at Grant Thornton?

11    A.      I worked at Grant Thornton after

12    graduation for approximately four to

13    five years.

14    Q.      So roughly, 2010?

15    A.      Correct.

16    Q.      Where did you go after Grant Thornton?

17    A.      I went to Medidata.

18    Q.      Did you have a specific area of practice

19    at Grant Thornton?

20    A.      I worked in assurance services.

21    Q.      What is assurance services?

22    A.      We performed audits of companies.

23    Q.      While you were at Grant Thornton did you

24    audit Medidata?

25    A.      No.

1          ████████████

2    Q.    Are you currently employed by Medidata?

3    A.    Yes.

4    Q.    What's your position?

5    A.    ████████████████████████████████████.

6    Q.    How long have you held that position?

7    A.    Approximately, four months.

8    Q.    What are your responsibilities in that

9    position?

10   A.    My group leads the sales order to cash

11   collections process.

12   Q.    Can you explain what that entails?

13   A.    Yeah.  We work with legal to ensure

14   contracts are structured properly.  We perform

15   all the accounting around that to ensure that

16   the revenue is recognized appropriately.  We

17   bill these contracts and then we ensure the

18   cash is collected.

19   Q.    Who do you report to?

20   A.    I report to David Colistra who is the

21   chief accounting officer.

22   Q.    What was your position before you became

23   ████████████████████████████████████?

24   A.    ████████████████████████.

25   Q.    How long did you hold that position?

1                        ███████████

2     A.      Approximately a year and a half.

3     Q.      Did your responsibilities change when

4     you became a ████████████████?

5     A.      Not significantly.

6     Q.      How did they change?

7     A.      I took on more roles in planning and

8     analysis for revenue in future periods.

9     Q.      Have you always reported to

10    Mr. Colistra?

11    A.      No.

12    Q.      Who else have you reported to?

13    A.      I reported to Peter Bonfiglio, Anthony

14    DiCataldo, Robert Shaw, and for a brief time

15    the then CEO, Cory Douglas.

16    Q.      In the September 2014 period who did you

17    report to?

18    A.      David Colistra.

19    Q.      At some point during your tenure at

20    Medidata did you become an authorized signatory

21    on Medidata's bank accounts?

22    A.      Yes.

23    Q.      Do you recall when that occurred?

24    A.      I don't remember the exact date, but it

25    was approximately June or July of '14.

1       ██████████████

2    Q.      In the normal course of your day were

3    you often called upon to sign checks?

4    A.      No.

5    Q.      What percentage of your time would you

6    say, in the August through October 2014 time

7    frame, would you spend issuing checks?

8    A.      Zero to five percent.

9    Q.      How about wire transfers in the August

10   to September time frame, were you authorized to

11   approve wire transfers?

12   A.      Yes.

13   Q.      How often during the normal course of

14   your days in that same time frame would you

15   handle wire transfers?

16   A.      Zero to five percent.

17   Q.      So is it fair to say that it would be

18   fairly infrequent that you would issue a check

19   on behalf of Medidata or do a wire transfer?

20   A.      Yes.

21   Q.      When you became an authorized signatory

22   did you receive any training on how to execute

23   a wire transfer?

24   A.      The training was around how to use the

25   system and the FOB key.

1                    ████████████

2    Q.     Who provided that training?

3    A.     The then assistant controller, Steven

4    Davis.

5    Q.     The key that you referenced, can you

6    describe how that works when you're using a

7    wire transfer or issuing a wire transfer?

8    A.     So if you were to log in to the system

9    you would require the key to gain access.

10   Q.     Were you provided your own key for it to

11   access the system?

12   A.     Yes.

13   Q.     The system we're talking about, it was a

14   system for J.P. Morgan Chase, correct?

15   A.     Yes.

16   Q.     And it was over the Internet, correct?

17   A.     Yes.

18   Q.     So the first step in issuing a wire

19   transfer would be to use the Internet to log in

20   to the J.P. Morgan Chase wire transfer system?

21   A.     That would be my first step.

22   Q.     And when you access the JP Morgan Chase

23   system did you need both a user ID and a

24   password?

25   A.     Yes.

1

2    Q.     Were you assigned your own user ID?

3    A.     Yes.

4    Q.     And the password would be generated by

5    this fob key?

6    A.     No.  There was also a password that was

7    created by me.

8    Q.     So in order to access the system you

9    would need your user ID and your password?

10   A.     Yes.

11   Q.     How was the fob key used then?

12   A.     That was an additional layer of security

13   after you entered both your user name and

14   password.

15   Q.     Were all three of those, meaning the

16   user ID, the password and the fob number, the

17   number generated by the fob, needed to access

18   the system?

19   A.     Yes.

20   Q.     Once you accessed the system did you

21   then have to enter more data to approve the

22   wire transfer?

23   A.     I did not have to enter data.  There was

24   data available for me to review.

25   Q.     So you'd be able to look at the wire

1      ███████████████

2      transfer information?

3      A.      Yes.

4      Q.      If you were ready to approve the wire

5      transfer did you have to enter information or

6      just hit approve?

7      A.      I don't exactly remember.  I believe

8      there was just an approval button.

9      Q.      Is it fair to say that in order to

10     access the J.P. Morgan Chase wire transfer

11     software you would, as you, you needed to have

12     access up to that physical fob?

13     A.      Yes.

14     Q.      And did you keep that in a secure

15     location?

16     A.      Yes.

17     Q.      Did you keep it at the office?  I won't

18     ask you technically where you kept it.  Did you

19     keep it at the office?

20     A.      Yes.

21     Q.      Was it your understanding that wire

22     transfers had to be approved by more than one

23     person?

24     A.      Yes.

25     Q.      Do you know how many authorized

1          ████████████

2     signatories there were in the September 2014

3     time frame?

4     A.      I believe there was the CFO, the

5     controller, the then VP of shared services, the

6     assistant controller, the ████████████, and

7     myself.  So six I recall.

8     Q.      Did you know ████████?

9     A.      Yes.

10    Q.      Was he one of the authorized signers

11    during this September 2014 time frame?

12    A.      Yes.

13    Q.      Did you have the ability to go into the

14    system and set up a wire transfer?

15    A.      I don't believe so.  I never attempted

16    to do such.

17    Q.      How often prior to September 2014 had

18    you approved a wire transfer?

19    A.      I don't remember the exact count.  I

20    would say from 5 to 15.

21    Q.      In those instances prior to September of

22    2014 when you approved wire transfers, how did

23    you know that wire transfers were ready for

24    your approval?  Was there a system in place to

25    alert you to that?

1                              ████████████

2    Q.     How was it -- was it communicated at

3    all?

4    A.     There was a constant communication from

5    our CFO and management team that we're

6    constantly looking for acquisitions and that

7    was the general environment.  That it should be

8    something that we should be prepared for.

9    Q.     If you turn to page 9, you'll see a

10   Table of Authority.  Are you familiar with this

11   table?

12   A.     I am more familiar now.

13   Q.     Do you see where it says CFO, ████████,

14   CEO and then 1.5 million?

15   A.     Yes.

16   Q.     Were you ever told -- strike that.

17          Who was the CFO in September of 2014?

18   A.     Cory Douglas.

19   Q.     Who was the ████████ in September 2014?

20   A.     ████████████.

21   Q.     Who was the CEO in September of 2014?

22   A.     Tarek Sharif.

23   Q.     Were you ever told any of those

24   individuals were authorized to approve

25   expenditures in excess of $1.5 million?

1          ███████████

2     A.     No.

3     Q.     Were you ever, other than on

4     September 16th, involved in a transaction where

5     you had to approve a wire in excess of $1.5

6     million?

7     A.     Not an individual wire, no.

8     Q.     Multiple wires that totalled more than

9     1.5 million?

10    A.     Not to an individual party, but in

11    aggregate I would think.

12    Q.     So if you added all the wires you

13    approved, do you think they would exceed 1.5

14    million?

15    A.     Yes.

16    Q.     But no one individual wire exceeded 1.5

17    million; is that correct?

18    A.     Correct.

19    Q.     Were you provided Exhibit 11 when you

20    first joined the company?

21    A.     The entire document?

22              MR. SCHMOOKLER:  Well, strike

23          that.

24    Q.     When were you first provided these

25    corporate procurement policies and procedures?

1                    ▮▮▮▮▮▮▮▮

2    A.      I don't remember the exact date.  We

3    were provided all policies and procedures.

4    Q.      And when you were provided them did you

5    go through them and familiarize yourself with

6    the policies and procedures of the company?

7    A.      I did read through them with a focus on

8    the ones that related to my areas.

9    Q.      Did you know on September 16 when ▮▮▮▮▮

10   ▮▮▮▮▮  first approached you about the subject

11   wire transfer, whether ▮▮▮▮▮▮▮▮▮  had

12   authority to authorize an expenditure in excess

13   of $1.5 million?

14   A.      Could you repeat that?

15   Q.      Sure.  In September 16th did ▮▮▮▮▮

16   ▮▮▮▮  approach you about approving a wire

17   transfer?

18   A.      Yes.

19   Q.      And at that time when she first

20   approached you did you know if ▮▮▮▮▮▮▮▮  had

21   the authority to approve an expenditure in

22   excess of $4 million?

23   A.      Not through the procurement table here.

24              MR. ZIFFER:  I think he's not

25              asking you a question about the exhibit.

1   ███████████████

2               THE WITNESS:  Okay.

3               MR. ZIFFER:  You want to ask the

4         question again?

5               MR. SCHMOOKLER:  Sure.

6   Q.      My question to you is, when ███████████

7   first approached you, had you been told by

8   anyone or seen anything in writing that

9   indicated that ████████████ alone had authority

10  to approve an expenditure in excess of

11  $4 million?

12  A.      There was nothing to believe that in

13  that instance.  This was a non-standard

14  transaction, so we weren't aware of that limit

15  of $4 million.

16  Q.      A slightly different question.  My

17  question is, had you seen anything prior to

18  ████████ approaching you or talked to anyone

19  or heard anything, that indicated that

20  ████████████ could unilaterally approve a

21  $4 million expenditure?

22               MR. ZIFFER:  Objection.

23  A.      I guess -- are you asking for a document

24  or something that clarifies that?

25  Q.      No, no.  I'm just asking you, you worked

1              ████████████

2                   MR. ZIFFER:  Objection.

3    A.      We were under the impression it was to

4    acquire a company.

5    Q.      Was it your understanding that the money

6    that was being wire transferred out on

7    September 16th was to fund this alleged

8    purchase of a company?

9    A.      It was our understanding that it was to

10   acquire a company.

11   Q.      Well, when you say acquire, what do you

12   mean by acquire?

13   A.      To -- to, I guess, I -- what exactly,

14   when you ask acquire, to purchase the assets to

15   buy the company, acquire.

16                   MR. ZIFFER:  Semantics.  Sorry.

17   Q.      Were you provided any documentation by

18   ████████  to support the requested wire

19   transfer?

20   A.      We received e-mail approval directly

21   from ████, at that time which we thought was

22   ████, that was a pretty common practice.  We

23   were a technology company so e-mail was one of

24   the strongest -- we send a lot of sensitive

25   things over e-mail.  In addition, she provided

1      ███████████

2    an approval that she had worked with him for

3    this transaction.

4    Q.      When you say she provided approval, was

5    there some documentation?

6    A.      All through e-mail.

7    Q.      Did you speak with her?

8    A.      Yes.

9    Q.      Did she tell you that she had verified

10   the transaction verbally with ███████████?

11   A.      We had asked her and she had referenced

12   that had she had spoke with him.

13   Q.      When you say we, who are you referring

14   to?

15   A.      I'm sorry.   ███████ and I spoke with

16   ███████.

17   Q.      Who asked whether she had spoken with

18   him?

19   A.      I believe it was ███.   And she had said

20   multiple times that she was on the phone with

21   him.   All e-mail that we received was through

22   ███████.

23   Q.      When you joined Medidata were you

24   provided an e-mail account?

25   A.      Yes.

1                         ████████████

2     Q.      And did you access that e-mail account

3     by logging in to Gmail?

4     A.      Did I access, yes.

5     Q.      And it's the same, I don't know, do you

6     have a personal e-mail at Gmail?

7     A.      Yes.

8     Q.      Is it the same Gmail system you would

9     use to access your personal e-mail?

10    A.      I'm not an IT guy.  It appears from my

11    perspective to be.

12    Q.      So when you go to work and you turn your

13    computer on, you'd go to the Internet, correct?

14    A.      Yes.

15    Q.      And then you would go into Gmail.com?

16    A.      I believe you can access it from there.

17    We access -- I access through the home page of

18    Medidata.

19    Q.      When you say you access it through the

20    home page of Medidata, what do you mean by

21    that?

22    A.      We have an intranet site where you log

23    into that and it will create a link to the

24    e-mail account.  It doesn't specifically

25    reference Gmail.  It's just our e-mail system.

1            ████████████

2    Q.      You referenced an e-mail from ███████

3    ██████.   Did you use a computer or your phone to

4    access that e-mail?

5    A.      Computer.

6    Q.      Is there any tie between the e-mail

7    system at Medidata and the J.P. Morgan Chase

8    wire transfer system, that you're aware of?

9    A.      Not that I'm aware of.

10   Q.      So when you accessed the e-mail from the

11   alleged ██████████, would you agree with me

12   that at that moment in time you needed to take

13   additional steps in order to get the wire

14   transfer out the door?

15   A.      There were additional actions that had

16   to be taken.

17   Q.      And those actions included logging into

18   the Chase system, correct?

19   A.      Yes.

20   Q.      And those actions included you

21   affirmatively approving a wire transfer that

22   had been set up by ████████, correct?

23   A.      I can't be a hundred percent sure that

24   she was the one that set it up, but yes, I did

25   log in.

1                    ████████████

2    Q.    So after you received the e-mail, the

3    additional steps needed to actually send money

4    out included logging in to the J.P. Morgan

5    Chase system and approving the wire transfer

6    that had been set up by someone else?

7    A.    Yes, I did log into the system.

8    Q.    I'm going to show you --

9              MR. ZIFFER:  Something marked

10       already?

11             MR. SCHMOOKLER:  Yes, Exhibit 3.

12             MR. ZIFFER:  I don't see the

13       originals for him.

14             MR. SCHMOOKLER:  They're right

15       here.

16    Q.    Let me show you what was previously

17    marked as Exhibit 3.  Is this the e-mail you

18    referenced when you said you received an e-mail

19    from ████████████████?

20    A.    This is a paper copy.  It was on my

21    computer when I accessed it.  The picture is

22    also more pixilated and when we received it, it

23    appeared to be any e-mail that we would have

24    typically received from him in terms of form.

25    Q.    It says in the first -- well, underneath

1        ████████████████

2     the names, it says, "I'm currently undergoing a

3     financial operation in which I need you to

4     process and approve a payment on my behalf."

5             Do you see that?

6     A.      Yes.

7     Q.      Based on your conversations, did you

8     have an understanding of what was referenced as

9     a financial operation?

10    A.      There was no explicit communication to

11    explain what that was.

12    Q.      By anyone?

13    A.      Correct.

14    Q.      How did you know then or how did you

15    come to believe that this wire transfer was in

16    connection with an acquisition?

17    A.      I had spoke with ██████ who had showed

18    on her computer to me that there was an

19    acquisition.  It was an e-mail to her or

20    something to her explicitly indicating that

21    there was an acquisition.

22    Q.      Well, based on your understanding of

23    Medidata's business at that time, did you have

24    an understanding of what that acquisition was?

25    A.      As I referenced earlier, there was just

1      ▮▮▮▮▮▮▮

2 a lot of communication that we should be

3 prepared.  That there would be an acquisition

4 and we should be able to scale, to handle those

5 types of transactions.

6 Q.  So at the time that you spoke with ▮▮.

7 ▮▮▮▮▮, it was your understanding from internal

8 communications at the company, that there would

9 be a legitimate or could be a legitimate

10 purchase that you should be prepared to handle?

11 A.  Correct.  From, not -- it was from our

12 CFO.

13 Q.  In those communications from the CFO

14 were you provided any sort of time frame when

15 this legitimate acquisition was to occur?

16 A.  There was not an explicit time frame.

17 Q.  Was there any sort of data provided to

18 you in terms of the amount of this legitimate

19 acquisition?

20 A.  There was not an explicit amount.

21 Q.  When you had this conversation with ▮▮▮

22 ▮▮▮▮ and ▮▮▮▮▮▮, did either of them say

23 anything to you that would suggest that the

24 amount that was being transferred out was

25 intended to fund a legitimate purchase?

1    ██████████

2    buy a house, a bill of sale, a deed.  Why was

3    there no supporting documentation for this

4    transaction?

5                    MR. ZIFFER:  Objection.

6    A.      I guess -- could you -- what exactly are

7    you referring to?

8    Q.      Sure.  At the time that you approved the

9    wire transfer, did you have anything in front

10   of you which documented the existence of this

11   purchase, other than the e-mail?

12   A.      We, as I mentioned earlier, we did a lot

13   of communication through e-mail.  As a

14   technology company, there's a lot of things

15   happen quickly in the general day-to-day.  I'd

16   say the e-mail and then the information that

17   was available on ███████computer, along with

18   her mentioning that she had spoken with him.

19   Q.      How did you know when you logged in to

20   the J.P. Morgan Chase system if the money was

21   being transferred to the right person to fund

22   this acquisition?

23   A.      The only information we had was an

24   e-mail from communication between ██████and an

25   individual, and I believe there was a thread

1                        ████████████

2    with  ████  referencing where the money should be

3    sent.

4    Q.      The e-mail I just showed you, Exhibit 3,

5    do you see how there's what appears to me, my

6    mind might be an elipsey, but I think it's a

7    button at the bottom?

8    A.      Under, best regards?

9    Q.      Yes.

10   A.      Yes.

11   Q.      When you saw the e-mail from

12   ██████████████, did it have his name typed at the

13   bottom?

14   A.      Typed at the bottom?

15   Q.      Yes.

16   A.      I can't recall.

17   Q.      What department did ██████████ work in?

18   A.      ████████████████████████, so ██████████

19   ████████.

20   Q.      Within Medidata's normal business, what

21   type of payables did that department normally

22   process?

23   A.      They would handle all payables, all

24   outgoing funds of the company.

25   Q.      Let me show you what I've marked as

1                    ████████████

2    Exhibit 1.  Have you ever seen this document

3    before?

4    A.     As I referenced earlier, we had access

5    to all of the procedure documents.

6    Q.     If you look at page 729.

7    A.     729?

8    Q.     There's little numbers at the bottom.

9    I'm sorry.

10                    MR. ZIFFER:  It's a lawyer

11           thing.  Bates stamp numbers.

12   Q.     Do you see where it says, emergency

13   payment requests?

14   A.     Yes.

15   Q.     Could you read that paragraph to

16   yourself and let me know when you're done?

17   A.     Yes.  Okay.

18   Q.     Do you see the final sentence where it

19   says, "All emergency payments require the

20   vice-president finance shared services or

21   assigned designee's approval?

22   A.     Yes.

23   Q.     Who was the vice-president finance

24   shared services in September 2014?

25   A.     Rob Shaw.

1                           ███████████

2     Q.      Was Mr. Shaw included in your

3     discussions with ██████████about the

4     September 16 wire transfer?

5     A.      Rob Shaw was not included in my side of

6     that discussion.

7     Q.      Do you know if Mr. Shaw approved the

8     wire transfer that went out on September 16?

9     A.      He did not approve it in the Chase

10    system.

11    Q.      Were you told by ████████████ that there

12    was any sort of time urgency to approving the

13    wire transfer on September 16?

14    A.      There was an urgency communicated in the

15    e-mail and by ████████████.

16    Q.      If you look at, I'm going to use the

17    Bates numbers.  If you look at -- how did you

18    first come to learn that the e-mail from

19    ████████████ was not legitimate?

20    A.      There was a second request, which during

21    that approval process there was a communication

22    to him, which he was unaware of this, of both

23    of those requests.

24    Q.      Were you involved in the second request?

25    A.      Yes.

1                         ███████████

2    Q.      And what was your involvement with the

3    second request?

4    A.      I was asked to approve that wire, as

5    well.

6    Q.      And did you log into the Chase system

7    and approve that wire as well?

8    A.      I believe that I did.

9    Q.      And did the wire actually go out?

10   A.      No, it did not.

11   Q.      Do you know why the wire in the second

12   attempt didn't go out?

13   A.      ███ had followed back up and e-mailed or

14   called, I don't remember the exact one, ███.

15   Q.      So even though an e-mail was received

16   and a wire transfer had been set up and you had

17   gone into the system and approved the wire

18   transfer, the money still didn't go out because

19   the second approval never occurred?

20   A.      Yes.

21           (E-mail string containing a number of

22   e-mails to and from ███████████, was marked as

23   Defendant's Exhibit 12 for identification, as

24   of this date.)

25   Q.      Let me show you what I've marked as

1                           ████████

2     Exhibit 12.  You mentioned that you were

3     provided or you saw an e-mail that had been

4     sent to ██████████, correct.

5     A.       Correct.

6     Q.       I've handed you an e-mail string which

7     has a number of e-mails to and from ██████████.

8     Can you kind of going through them one-by-one,

9     using the time stamps, tell me which e-mails

10    you saw when you looked at those e-mails with

11    ████████████.

12                    MR. ZIFFER:  I just want to

13             clarify whether we're talking, when you

14             say he saw it, whether we're talking

15             about content or form or both.  Clarify

16             for the witness because I think there

17             may be different answers depending on

18             whether we're talking about the content

19             or the form.

20                    MR. SCHMOOKLER:  Any portion of

21             the e-mails.

22    Q.       Let's start with, if you saw any portion

23    of any of these e-mails, which ones did you

24    see?

25    A.       Do you mean prior to?  I've seen

```
 1                      ██████████████
 2      A.      Yes.
 3      Q.      What were you told when you were
 4      reprimanded?
 5      A.      What were the implications or what was I
 6      told explicitly.
 7      Q.      Explicitly.
 8      A.      I met with my boss who I've mentioned,
 9      David Colistra.  I met with the head of HR,
10      Eileen Schloss.  Given sort of an overview of
11      the situation.  Some of the how, you know, kind
12      of the final warning.  There was a financial
13      repercussion and then it went into my file with
14      what happened.
15      Q.      Did they tell you what the expectations
16      were in terms of future wire transfers, what
17      you should do differently?
18      A.      I no longer am in charge of wire
19      transfers.
20      Q.      When you logged -- strike that.
21              In the context of how Medidata approved
22      wire transfers.  In order for a wire transfer
23      to go out, you would have to log in,
24      intentionally log in to a different system,
25      correct?
```

1          ██████████████

2                    MR. ZIFFER:   Objection.

3     A.       Are you referring to the Chase system?

4     Q.       Yes.  So in order for a wire transfer to

5     go out in the normal course, you would have to

6     choose to go into the Internet and log into the

7     Chase system, correct?

8     A.       I would have to do that, yes.

9     Q.       And as the system comes up you were

10    provided information about the wire transfer,

11    correct?

12    A.       When you say information --

13    Q.       Once you've logged in to the Chase

14    system and you've chosen a wire for approval,

15    were you provided any information in the Chase

16    system about the wire, beneficiary, amount?

17    A.       Yes.

18    Q.       What information were you provided

19    through the Chase system about the wire as

20    you're about to approve it?

21    A.       The amount, the recipient.

22    Q.       Did it provide you the banking details?

23    A.       Yes.

24    Q.       And when you were looking at the wire

25    transfer on September 16, did you go through

1        ███████████

2    all of the information in the Chase system,

3    meaning the beneficiary, the wire details and

4    the amount?

5    A.      I did look at that and as I recall we

6    looked at the e-mail that was provided to

7    insure the amount and the banking data matched.

8    Q.      And then after you had done that, in

9    order for the wire transfer to go out you had

10   to click a separate button?

11   A.      I believe there is an authorize button

12   and a release button.  It may be the same, I

13   don't recall.

14   Q.      Before you hit whatever the button is

15   called, authorize or release, you wanted to

16   make sure all the information matched the

17   e-mail, correct?

18   A.      Yes.

19   Q.      And then it was after you did that, that

20   you chose to hit the button?

21   A.      Yes.

22   Q.      And you understood that hitting the

23   approval or release button was your way of

24   moving the wire transfer to the next step of

25   the process?

1                            ████████████

2    A.      Yes.  Using the e-mail kind of, and

3    understanding the request from ████, yes.

4    Q.      But I'm saying, you understood how the

5    Chase system worked, such that when you hit the

6    button the approval or the release button, it

7    would then move to ██ for his approval,

8    correct?

9    A.      Mechanically, yes.

10   Q.      So you understood that when you hit the

11   approval or release button that was your way of

12   telling the system that it had been approved by

13   you?

14   A.      Yes.

15   Q.      Was there any reason in particular that

16   you approved the transaction before ██?

17   A.      I -- not that I'm aware of.  Potentially

18   because of timing of who was asked.  You'd have

19   to ask ████████.  She came to me first.

20   Q.      Did you help ████████ to access the

21   Chase system too?

22   A.      He asked for help in how to log in.

23   Q.      So did you watch him log in then?

24   A.      I recall I did watch.

25   Q.      Did he have to go through the same

1                       ████████████

2    process you went through in terms of entering a

3    user ID, a password and some sort of number

4    from his fob?

5    A.       Yes.

6    Q.       And did you watch him as he approved the

7    wire transfer?

8    A.       I recall that I did.  I don't exactly,

9    remember.

10   Q.       So is it fair to say then, in order for

11   this wire transfer to go out there had to be

12   two people separately log in to the Chase

13   system?

14   A.       There was someone that had to authorize

15   and someone that had to release.

16   Q.       So you were the one who authorized and

17   he was the one who released?

18   A.       Yes.

19   Q.       So even with -- strike that.

20            Was there anything -- strike that.

21            Was ████████████ the only person who could

22   release a wire?

23   A.       No.  Anyone of the authorized signatores

24   (sic) could do either/or it was my

25   understanding.

1          ██████████████

2     Q.     So in terms of the timing perspective,

3     ███████████ logging into the system and

4     releasing the wire was the last step that

5     actually sent the money out?

6     A.     I am not fully aware of the mechanics

7     once they were approved, but from our

8     perspective that was the end.

9     Q.     Does Medidata have an IT department?

10    A.     Yes.

11    Q.     Do you know who the head of that

12    department is?

13    A.     We have multiple IT departments.

14    Q.     That was a bad question then.  In terms

15    of internal technology like help desk and how

16    your computers work, is there some sort of

17    internal IT department?

18    A.     Yes.

19    Q.     What is that department called?

20    A.     Help desk support.

21    Q.     Were you ever provided any training

22    prior to September 2014 on e-mail scams?

23    A.     I can't recall.

24    Q.     Have you been provided any training

25    after September 2014 on e-mail scams?

1                        ████████████████

2    A.      Yes.

3    Q.      Have they told you to look out or watch

4    for certain types of signals or red flags?

5    A.      Yes.

6    Q.      What have they told you to watch out

7    for?

8    A.      I think they've kind of highlighted this

9    case and talked about some of the things, the

10   urgency factor.  The phone calls.  We weren't

11   really privy to those, so the only

12   documentation that we received were the e-mails

13   from ██████.  So a lot of the red flags that were

14   raised we would not have seen or I would not

15   have seen.

16   Q.      What about the phone calls have you been

17   told was a red flag?

18   A.      Getting a phone call and asking

19   information requests.  I did not receive any of

20   those in this case.

21   Q.      What do you mean by information

22   requests?

23   A.      Asking about information about the

24   company or about signatories, things like that.

25   Q.      Anything else you've been told to be on

**A**

ability 15:13
able 13:25 35:4
Absolutely 6:24
  7:18
accepting 26:6
access 12:9,11
  12:22 13:8,17
  14:10,12 31:2
  31:4,9,16,17
  31:17,19 32:4
  39:4 50:20
accessed 13:20
  32:10 33:21
account 30:24
  31:2,24
accountant 8:6
accounting 7:23
  9:15,21 20:16
  36:23
accounts 10:21
  38:18
accurate 56:14
acquire 27:8
  29:4,10,11,12
  29:14,15
acquiring 20:23
  20:25
acquisition
  34:16,19,21,24
  35:3,15,19
  36:14,18 37:22
acquisitions
  21:6 27:23
  36:12
action 1:5 56:17
actions 32:15,17
  32:20
Adam 2:8 4:20
added 22:12
addition 29:25
additional 13:12
  32:13,15 33:3
administer 3:15
affirmatively
  32:21
aforesaid 56:9
aggregate 22:11
agree 32:11

**AGREED** 3:3,8
  3:12
ahead 7:16
alert 15:25 16:10
  54:2
  ■■■ 16:6 23:9
  23:15 30:16
  34:17 37:24
  38:18 41:22
  46:8 50:19
  ■■■ 37:17
  45:21
alleged 29:7
  32:11 44:12
allowed 45:25
amount 35:18,20
  35:24 43:16,16
  43:19 48:16,21
  49:4,7
analysis 10:8
answer 6:5,9 7:8
  7:15,16 18:14
  26:7 36:3 46:3
  46:5
answers 6:15,18
  42:17
Anthony 10:13
anticipate 6:3,5
  ■■ 16:2,5 38:18
  54:5
appear 45:4,6,17
appeared 33:23
appears 31:10
  38:5 44:4 46:2
applies 26:4
approach 23:16
approached
  23:10,20 24:7
  27:10,16
approaching
  24:18
appropriate
  45:22
appropriately
  9:16
approval 14:8
  15:24 16:11
  17:21 29:20
  30:2,4 39:21
  40:21 41:19

48:14 49:23
  50:6,7,11
approve 11:11
  13:21 14:4,6
  21:24 22:5
  23:21 24:10,20
  25:19 27:11,17
  34:4 40:9 41:4
  41:7 48:20
approved 14:22
  15:18,22 16:16
  17:7,12,16,19
  22:13 36:13
  37:8 40:7
  41:17 47:21
  50:12,16 51:6
  52:7
approving 23:16
  32:21 33:5
  40:12 46:25
approximately
  8:4,12 9:7 10:2
  10:25
area 8:18
areas 23:8
asked 7:4 30:11
  30:17 41:4
  44:21 50:18,22
asking 20:19
  23:25 24:23,25
  25:22 53:18,23
assets 29:14
assigned 13:2
  39:21
assistant 12:3
  15:6
assume 7:3
assumption 26:3
  26:6,8
assurance 8:20
  8:21
attached 18:5
attempt 41:12
attempted 15:15
attempts 18:11
attorney 3:18
attorneys 2:6,12
  3:4
audit 8:24
audits 8:22

**August** 11:6,9
authorities
  27:25 28:2
authority 21:10
  23:12,21 24:9
  25:18 26:4
  27:11,17
authorize 23:12
  26:20 49:11,15
  51:14
authorized 3:14
  10:20 11:10,21
  14:25 15:10
  21:24 51:16,23
available 13:24
  37:17
aware 20:21
  24:14 32:8,9
  46:8 50:17
  52:6
awareness 54:4
a.m 1:22 4:2
  43:6 46:18,21
  54:18,19

**B**

B 55:7
Bachelor's 7:22
back 41:13
  46:20
background
  7:20
bad 52:14
bank 10:21
banking 48:22
  49:7
based 34:7,22
basis 26:15
Bates 19:22
  39:11 40:17
Battery 1:20 4:8
behalf 4:19,21
  11:19 28:20,24
  34:4
believe 14:7 15:4
  15:15 19:19
  24:12 28:4
  30:19 31:16
  34:15 37:25
  41:8 43:6,15

49:11
beneficiary
  48:16 49:3
**BENSON** 2:5
best 38:8
bill 9:17 37:2
blank 18:3
blood 56:17
Bonfiglio 10:13
boss 47:8
bottom 19:21
  38:7,13,14
  39:8
break 7:6,9
  46:16
brief 10:14
Broadway 2:6
business 20:23
  28:13,18,22,25
  34:23 38:20
button 14:8 38:7
  49:10,11,12,14
  49:20,23 50:6
  50:6,11
buy 26:21,25
  28:7 29:15
  37:2

**C**

C 2:4 5:3 56:1,1
call 53:18
called 11:3
  41:14 49:15
  52:19
calls 53:10,16
capital 19:24
  20:17
case 45:19 46:4
  53:9,20 57:3
cash 9:10,18
CEO 10:15
  21:14,21
certain 53:4
certificates 7:25
certification 3:6
certify 56:7,16
CFO 15:4 21:5
  21:13,17 35:12
  35:13
chance 20:9

change 10:3,6
57:6
charge 3:18
47:18
Chase 12:14,20
12:22 14:10
32:7,18 33:5
37:20 40:9
41:6 48:3,7,13
48:15,19 49:2
50:5,21 51:12
chat 16:13
check 11:18
checks 11:3,7
Chicago 2:14
chief 9:21
██████ 15:8 30:15
35:22 36:7
50:20 51:21
██████ 52:3
choose 48:6
chose 49:20
chosen 48:14
Civil 1:5
clarifies 24:24
clarify 19:13
36:21 42:13,15
clearer 6:11
click 49:10
coach 26:11
coaching 26:12
Colistra 9:20
10:10,18 47:9
collected 9:18
collections 9:11
column 45:20
come 6:10 7:11
26:7 34:15
36:6 40:18
comes 48:9
comfortable
17:17
coming 25:25
commencement
56:11
COMMISSION
57:25
common 29:22
communicated
20:24 21:2

40:14
communication
16:14 21:4
34:10 35:2
37:13,24 40:21
communications
35:8,13
companies 8:22
company 1:9
4:12 5:15
20:25 22:20
23:6 25:2,5
26:18,21,25
27:2,8,13,18
27:20 28:7,10
28:14,16,20
29:4,8,10,15
29:23 35:8
36:9,14 37:14
38:24 53:24
computer 31:13
32:3,5 33:21
34:18 37:17
computers 52:16
concludes 54:17
confusing 26:14
confusion 25:25
connection
27:12 34:16
36:14
constant 21:4
constantly 21:6
contained 43:13
containing 41:21
44:13
content 42:15,18
context 20:10
47:21
contracts 9:14
9:17
controller 12:3
15:5,6
conversation 6:2
35:21 36:8
conversations
25:15 34:7
copy 3:17 33:20
corporate 19:2
19:10,15 22:25
45:12,14,18

55:11
correct 8:15
12:14,16 22:17
22:18 25:2,3,5
25:8,12 27:23
31:13 32:18,22
34:13 35:11
42:4,5 44:4
47:25 48:7,11
49:17 50:8
Cory 10:15
21:18
counsel 4:15
count 15:19
course 11:2,13
25:14 48:5
court 1:1 3:17
4:13,22 5:22
5:24 6:6,14,23
courtesy 6:10
coverage 5:16
CPA 8:2,3
CRCC 4:5,23
create 31:23
created 13:7
currently 9:2
34:2

**D**

D 55:1
data 13:21,23,24
35:17 49:7
date 4:3 10:24
19:4 23:2
41:24 43:23
57:4
David 9:20
10:18 47:9
Davis 12:4
day 11:2 54:23
56:21 57:23
days 11:14
day-to-day
37:15
de 21:20 23:11
23:20 24:9,20
25:7,18 26:4
26:19,24 27:7
27:11,17 30:10
32:2,11 33:19

38:12 40:19
44:12,12,16
deed 37:2
deemed 20:16
Defendant 1:10
1:18 2:12 4:19
Defendant's
19:3 41:23
43:22 55:8
define 28:22
definition 20:20
degrees 7:24
department
20:16 38:17,21
52:9,12,17,19
departments
52:13
depending 16:22
42:17
depends 45:7,9
deposition 1:17
3:13 4:6 5:17
5:18 7:12
54:17 57:4
describe 6:20
12:6
designee's 39:21
desk 52:15,20
details 43:10,14
43:21 44:3
48:22 49:3
55:15
DiCataldo 10:14
different 24:16
42:17 47:24
differently 47:17
directly 20:25
29:20
██████ 9:5,23
9:24 10:4
directory 45:14
disagree 26:9
Disc 4:10
discussion 40:6
discussions 40:3
dispute 5:16
District 1:1,2
4:13,14
document 19:6,9
19:21 22:21

24:23 25:23
26:23 39:2
documentation
16:16 17:21
29:17 30:5
36:18,24 37:3
53:12
documented
37:10
documents
16:25 25:16
27:3 28:2 39:5
door 32:14
dots 44:8,9,10
Douglas 10:15
21:18
duly 5:4 56:10

**E**

E 2:4,4,18,18
55:1,7 56:1,1
57:1,1,1
earlier 34:25
37:12 39:4
earn 8:3
easier 5:25 6:7
educational 7:20
effect 3:16
Eileen 47:10
either 16:12
35:22
either/or 51:24
elicit 18:12
elipsey 38:6
emergency
39:12,19
employed 9:2
ensure 9:13,15
9:17
entails 9:12
enter 13:21,23
14:5
entered 13:13
entering 51:2
entire 22:21
entitled 7:13
environment
21:7
ESQ 2:8,15
establishes

19:23
██████ 16:6,15
23:10,16 24:6
24:18 27:9,15
29:18 32:22
35:7,22 36:8
38:17 40:3,11
40:15 41:22
42:4,7,11
**everyday** 6:2
**exact** 10:24
15:19 18:16
23:2 41:14
**exactly** 14:7
29:13 36:5
37:6 51:8
**examination**
3:17 5:9 55:2
**examined** 5:6
**exceed** 22:13
**exceeded** 22:16
**excess** 21:25
22:5 23:12,22
24:10
**execute** 11:22
**exhibit** 19:3,6
22:19 23:25
33:11,17 38:4
39:2 41:23
42:2 43:8,22
43:25 44:7
**EXHIBITS** 55:8
**existed** 27:21
**existence** 37:10
**expectations**
47:15
**expenditure**
20:17 23:12,21
24:10,21 25:19
27:12,18 28:6
28:13,18,23,24
**expenditures**
19:25 21:25
28:10
**experience**
36:22
**EXPIRES** 57:25
**explain** 9:12
34:11 36:17
**explaining** 26:15

**explanation** 17:4
**explicit** 34:10
35:16,20
**explicitly** 34:20
47:6,7
**expressed** 26:22
**extend** 6:9
**extent** 6:18
**e-mail** 16:12,12
18:11,18,22
29:20,23,25
30:6,21,24
31:2,6,9,24,25
32:2,4,6,10
33:2,17,18,23
34:19 37:11,13
37:16,24 38:4
38:11 40:15,18
41:15,21 42:3
42:6 43:7,9,12
43:19,21,25
44:6,11 46:14
49:6,17 50:2
52:22,25 55:13
55:14
**e-mailed** 41:13
**e-mailing** 45:3
**e-mails** 41:22
42:7,9,10,21
42:23 53:12

_____
**F**

**F** 56:1
**fact** 25:25
**factor** 53:10
**fair** 7:4 11:17
14:9 51:10
54:6,8
**fairly** 11:18
**familiar** 21:10
21:12
**familiarize** 23:5
**fashion** 6:7
**Federal** 1:9 4:12
5:15 57:3
**file** 47:13
**filing** 3:5
**final** 39:18 47:12
**finance** 7:23
39:20,23

**financial** 34:3,9
47:12
**finish** 6:8
**firm** 8:8
**first** 5:4 12:18
12:21 18:25
22:20,24 23:10
23:19 24:7
27:9,15 33:25
40:18 43:5,8
50:19
**five** 8:13 11:8,16
**flag** 53:17
**flags** 53:4,13
**flower** 45:24
**fob** 11:25 13:5
13:11,16,17
14:12 51:4
**focus** 23:7 54:4
**followed** 41:13
**follows** 5:6
**force** 3:15
**form** 3:9 18:2
33:24 42:15,19
**found** 18:15
**four** 8:12 9:7
**FP** 15:6
**frame** 11:7,10
11:14 15:3,11
20:17,22 35:14
35:16 43:3
**Franklin** 2:13
**fraudulent** 54:9
**FRIEDMAN** 2:5
**front** 37:9
**fruit** 45:23,24
**full** 20:10
**fully** 52:6
**fund** 29:7 35:25
37:21
**funds** 38:24
**furnished** 3:18
**further** 3:8,12
54:12 56:16
**future** 10:8
47:16

_____
**G**

**gain** 12:9
**general** 17:10,13

21:7 37:15
**generally** 17:2
18:4
**generated** 13:4
13:17
**gestures** 6:16
**Getting** 53:18
**give** 7:19
**given** 20:9 47:10
██████ 21:20
23:11 26:19,24
27:7 29:21,22
30:22 38:2
41:14 46:9,11
50:3 53:13
██████ 45:20
**Gmail** 31:3,6,8
31:25
**Gmail.com**
31:15
**go** 6:7 7:9,16
8:16 15:13
23:5 31:12,13
31:15 41:9,12
41:18 47:23
48:5,6,25 49:9
50:25 51:11
**going** 20:4,6
33:8 40:16
42:8 46:17
**Gordon** 1:20
2:12 4:7
**govern** 19:14
**Graduated** 7:22
**graduation** 8:12
**Grant** 8:9,10,11
8:16,19,23
**ground** 5:21
**group** 9:10 16:7
**guess** 24:23
28:22 29:13
36:21 37:6
**guy** 31:10

_____
**H**

**H** 5:3,3 55:7
57:1
**half** 10:2
**hand** 56:21
**handed** 42:6

**handle** 11:15
35:4,10 38:23
**happen** 37:15
**happened** 47:14
**happy** 7:7
**hard** 44:9
**head** 6:15 47:9
52:11
**heard** 24:19
25:17
**heightened** 54:3
**held** 1:19 4:7 9:6
56:9
**help** 50:20,22
52:15,20
**hereunto** 56:20
**Hi** 5:14
**highlighted** 53:8
**hit** 14:6 49:14,20
50:5,10
**hitting** 49:22
██████ 15:8 30:15
30:19 41:13
50:7,16
**hold** 9:25
**home** 31:17,20
**Hoolan** 4:23
56:5,24
**house** 37:2
**HR** 47:9
**hundred** 32:23
44:5
**hyper** 54:4

_____
**I**

**ID** 12:23 13:2,9
13:16 51:3
**identification**
19:4 41:23
43:23 55:9
**identify** 4:16
**Illinois** 2:14
**implications**
47:5
**implicit** 26:2
**impression** 29:3
43:18
**included** 32:17
32:20 33:4
40:2,5 43:19

indicated 24:9
    24:19
indicating 34:20
individual 22:7
    22:10,16 37:25
individuals
    21:24
information
    14:2,5 37:16
    37:23 43:9
    44:13 48:10,12
    48:15,18 49:2
    49:16 53:19,21
    53:23
infrequent 11:18
instance 24:13
instances 15:21
    17:6
insurance 1:9
    4:12 5:15,16
    57:3
insure 49:7
intended 28:16
    35:25
intentionally
    47:24
interested 56:18
internal 35:7
    52:15,17
internally 45:3
Internet 12:16
    12:19 31:13
    48:6
interpose 7:12
intranet 31:22
invoice 17:2
    36:25 54:5
involved 22:4
    28:5,6,9 40:24
involvement
    41:2
issue 11:18
issuing 11:7 12:7
    12:18

_____

                 J

J 5:3 6:1 7:1 8:1
    9:1 10:1 11:1
    12:1 13:1 14:1
    15:1 16:1 17:1

18:1 19:1 20:1
    21:1 22:1 23:1
    24:1 25:1 26:1
    27:1 28:1 29:1
    30:1 31:1 32:1
    33:1 34:1 35:1
    36:1 37:1 38:1
    39:1 40:1 41:1
    42:1 43:1 44:1
    45:1 46:1 47:1
    48:1 49:1 50:1
    51:1 52:1 53:1
    54:1
Jeanette 4:23
    56:5,24
job 5:25 6:6
joined 22:20
    30:23

_____

                 K

KASOWITZ
    2:5
Kathy 2:19 4:4
keep 14:14,17,19
kept 14:18
key 11:25 12:5,9
    12:10 13:5,11
kind 42:8 47:11
    50:2 53:8
know 7:2 14:25
    15:8,23 18:14
    18:18 19:17
    20:15 23:9,20
    27:9,15,19,21
    31:5 34:14
    36:22 37:19
    39:16 40:7
    41:11 44:8

JP 12:22
July 10:25
June 1:21 4:3
    10:25 56:21
    57:4
J.P 12:14,20
    14:10 32:7
    33:4 37:20

45:25 46:3,4,6
    47:11 52:11
    54:8

_____

                 L

L 2:18 3:1 56:5
    56:24
lawyer 7:12
    39:10
layer 13:12
leads 9:10
learn 18:25
    40:18 54:6
legal 9:13
legitimate 35:9,9
    35:15,18,25
    40:19
Let's 42:22
    46:15
limit 24:14
limitation 26:3
limitations
    27:16,20
limits 27:10
LINE 57:6
link 31:23
little 39:8
LLP 1:20 2:5,12
located 4:8
location 14:15
log 12:8,19
    31:22 32:25
    33:7 41:6 45:2
    45:17 47:23,24
    48:6 50:22,23
    51:12
logged 37:19
    47:20 48:13
logging 31:3
    32:17 33:4
    52:3
long 9:6,25
longer 47:18
look 13:25 39:6
    40:16,17 49:5
    53:3
looked 42:10
    49:6
looking 21:6
    48:24

Looks 45:23
lot 29:24 35:2
    37:12,14 53:13

_____

                 M

management
    21:5
███████ 16:3,5
    38:18
marked 19:3,5
    33:9,17 38:25
    41:22,25 43:22
    43:24
marriage 56:18
Maryland 7:22
    8:2
matched 49:7,16
matter 4:11
    56:19
mean 8:7 28:22
    29:12 31:20
    42:25 43:2
    53:21
meaning 13:15
    49:3
Mechanically
    50:9
mechanics 52:6
Medidata 1:4
    4:11 8:17,24
    9:2 10:20
    11:19 18:12
    19:12,15 20:15
    20:22 28:8,25
    30:23 31:18,20
    32:7 45:3,10
    47:21 52:9
    57:3
Medidata's
    10:21 34:23
    36:9 38:20
memorialize
    17:21
mentioned 36:11
    37:12 42:2
    47:8
mentioning
    37:18
met 47:8,9
Meyer 46:6

Mike 46:6
million 21:14,25
    22:6,9,14,17
    23:13,22 24:11
    24:15,21 25:20
    26:20,25 27:8
mind 38:6
missed 43:17
moment 32:12
money 17:17
    28:7,12 29:5
    33:3 37:20
    38:2 41:18
    52:5 54:10
months 9:7
Morgan 12:14
    12:20,22 14:10
    32:7 33:4
    37:20
move 50:7
moving 49:24
multiple 22:8
    30:20 52:13

_____

                 N

N 2:4,18 3:1
    55:1
name 5:11,12,14
    13:13 38:12
    44:14,23 57:3
    57:5
names 34:2
natural 6:3
nature 6:17
    17:22
need 6:17,20
    12:23 13:9
    34:3
needed 13:17
    14:11 32:12
    33:3
never 15:15
    26:22 27:3
    28:9 41:19
New 1:2,20,21
    1:23 2:7,7,4 4:9
    4:9,14 5:5 56:6
Nods 6:15
noncapital 19:24
Non-Party 1:17

**non-standard** 24:13
**normal** 11:2,13 38:20 48:5
**normally** 16:9 17:24 38:21
**North** 2:13
**Notary** 1:22 5:5 54:25 56:5 57:25
**note** 43:8
**Noted** 54:19
**notes** 56:15
**Notice** 1:19
**notified** 16:2
**number** 13:16 13:17 41:21 42:7 51:3
**numbers** 19:22 39:8,11 40:17

**O**
**O** 2:18 3:1 5:3
**oath** 3:15
**objecting** 26:13
**objection** 7:13 18:13,23 19:16 20:18 24:22 25:21 26:15 28:19,21 29:2 36:2,20 37:5 48:2
**objections** 3:9
**occur** 35:15
**occurred** 10:23 41:19
**October** 11:6
**office** 4:7 14:17 14:19
**officer** 3:14 9:21
**offices** 1:19
**Okay** 6:11,23 7:9,10,17 24:2 39:17
**once** 13:20 48:13 52:7
**ones** 23:8 42:23
**one-by-one** 42:8
**operation** 34:3,9
**operations** 9:5

**9**:23,24
**operator** 4:4
**order** 9:10 13:8 14:9 17:3 32:13 36:25 47:22 48:4 49:9 51:10
**orderly** 6:7
**originals** 33:13
**outcome** 56:19
**outgoing** 38:24
**overview** 47:10

**P**
**P** 2:4,4,18 3:1
**page** 19:20 20:2 21:9 31:17,20 39:6 43:8 44:17,17 55:2 55:9 57:6
**paper** 6:16,19 18:3 33:20
**paragraph** 39:15
**Park** 1:20 4:8
**particular** 50:15
**parties** 3:5 56:17
**party** 17:18 22:10
**Paschal** 2:19 4:5
**password** 12:24 13:4,6,9,14,16 51:3
████████ 38:19
████████ 38:21
38:23
**payment** 34:4 39:13
**payments** 39:19
**pending** 7:8
**people** 25:4 45:13 51:12
**people's** 45:3
**percent** 11:8,16 32:23 44:5
**percentage** 11:5
**perfectly** 6:3
**perform** 9:14
**performed** 8:22
**period** 10:16

**periods** 10:8
**person** 14:23 37:21 51:21
**personal** 31:6,9
**perspective** 31:11 52:2,8
**Peter** 10:13
**phone** 30:20 32:3 53:10,16 53:18
**physical** 14:12
**picked** 6:21
**picture** 33:21 44:16,24 45:7 45:9,19,21,22 46:2
**pictures** 45:4,12 45:15,17,18
**pixilated** 33:22
**place** 15:24 56:9
**Plaintiff** 1:5 2:6 4:21
**planning** 10:7
**plans** 36:9
**Plaza** 1:20 4:8
**please** 4:15,24 5:11,12 7:2 26:10,11
**point** 10:19
**Pointing** 6:21
**policies** 22:25 23:3,6 25:11
**policy** 19:2,10 19:14,23 55:12
**portion** 42:20,22
**position** 9:4,6,9 9:22,25
**Potentially** 50:17
**practice** 8:18 17:10,13 29:22
**practiced** 8:5
**prepared** 21:8 35:3,10
████████ 21:13
21:19
**pretty** 29:22
**previously** 33:16
**printed** 43:20
**prior** 15:17,21

**16**:9 17:5,10 17:19 24:17 27:5 36:15 42:25 52:22
**private** 8:5
**privy** 53:11
**probably** 6:4
**procedure** 39:5
**procedures** 19:3 19:11,24 22:25 23:3,6 25:11 55:12
**proceed** 5:8 46:22
**process** 5:22 9:11 20:22 34:4 38:22 40:21 49:25 51:2
**procurement** 19:2,10 22:25 23:23 55:11
**procurements** 19:15
**program** 16:12 16:13
**properly** 9:14
**provide** 16:15 16:18,21 48:22
**provided** 12:2 12:10 16:4 17:8,25 22:19 22:24 23:3,4 25:10 27:3,25 29:17,25 30:4 30:24 35:14,17 42:3 48:10,15 48:18 49:6 52:21,24
**Public** 1:22 5:5 54:25 56:6 57:25
**purchase** 17:3 27:12 28:10,14 28:16 29:8,14 35:10,25 36:9 36:24,25 37:11
**purchases** 28:3
**purchasing** 27:18,20

**purposes** 7:14
**pursuant** 1:19

**Q**
**question** 3:10 6:4,8 7:15,16 23:25 24:4,6 24:16,17 26:2 26:17 52:14
**questions** 7:2,9 26:14 54:13,14
**quickly** 37:15

**R**
**R** 2:4,18 5:3 56:1 57:1,1
**raised** 53:14
**read** 20:5,7,9 23:7 25:16 39:15 44:9
**ready** 14:4 15:23 16:11 20:12,13
**really** 53:11
**reason** 17:4 50:15 57:6
**recall** 10:23 15:7 17:5,6,9 18:6 18:11,16 38:16 43:18 44:5,15 49:5,13 50:24 51:8 52:23
**receive** 11:22 53:19
**received** 18:22 29:20 30:21 33:2,18,22,24 41:15 53:12
**recess** 46:19
**recipient** 48:21
**recognized** 9:16
**record** 4:2 6:10 7:14 20:7 46:18,21 54:18
**red** 53:4,13,17
**Rees** 1:20 2:12 4:8
**reference** 31:25 43:20
**referenced** 12:5 30:11 32:2

33:18 34:8,25
39:4 46:9
**referencing** 6:20
38:2 44:2
**referring** 16:25
18:20 30:13
37:7 48:3
**reflected** 28:2
**reflecting** 43:9
**regards** 38:8
**related** 23:8
56:16
**relating** 18:22
**release** 49:12,15
49:23 50:6,11
51:15,22
**released** 51:17
**releasing** 52:4
**remember** 10:24
14:7 15:19
23:2 41:14
43:15 51:9
**repeat** 23:14
27:14
**repercussion**
47:13
**rephrase** 36:4
**report** 9:19,20
10:17 16:7
**reported** 10:9,12
10:13
**reporter** 4:23
5:23 6:14,23
**reporter's** 5:25
6:6
**represent** 4:17
5:15
**representing**
3:19
**reprimanded**
46:24 47:4
**request** 7:7
18:19 40:20,24
41:3 50:3
**requested** 29:18
**requests** 39:13
40:23 53:19,22
**require** 12:9
17:11 39:19
**required** 16:3,15

**reserved** 3:10
**respective** 3:4
**responsibilities**
9:8 10:3
**rest** 20:5
**result** 46:25
██████ 9:5,16
9:23,24 10:8
**review** 13:24
**right** 25:2 33:14
37:21 44:18,24
45:20
**Rob** 39:25 40:5
**Robert** 10:14
**roles** 10:7
**roughly** 8:14
**rules** 5:21

---

## S

**S** 2:4,8,18,18 3:1
3:1 5:3,3 55:7
57:1,6
**sale** 37:2
**sales** 9:10
**saw** 25:16 38:11
42:3,10,14,22
43:5 44:2,11
**saying** 50:4
**says** 19:22 21:13
26:23 33:25
34:2 39:12,19
44:7
**scale** 35:4
**scams** 18:11
52:22,25
**Schloss** 47:10
**Schmookler**
2:15 4:18,19
5:10,14 20:6
20:11 22:22
24:5 26:10
33:11,14 36:4
42:20 44:19
46:15,23 54:12
55:3
██████ 1:18
4:10 5:13 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
54:17,21 55:3
56:8 57:5,20
**Scott** 2:15 4:18
5:14
**sealing** 3:5
**second** 18:18
40:20,24 41:3
41:11,19
**section** 6:20
**secure** 14:14
**security** 13:12
**see** 19:21,25
21:9,13 26:23
33:12 34:5
38:5 39:12,18
42:24 43:17
44:6,8,9,10,16
44:23,23
**seeing** 43:15,18
**seen** 19:6 24:8
24:17 39:2
42:25 43:13
53:14,15
**select** 46:2
**Semantics** 29:16
**send** 29:24 33:3
██████ 9:5,23
10:4
**sense** 54:3
**sensitive** 29:24
**sent** 17:18 38:3
42:4 52:5
**sentence** 20:5,10
39:18
**separate** 49:10
**separately** 51:12
**September**

10:16 11:10
15:2,11,17,21
16:10 17:5,11
17:20 18:8,21
21:17,19,21
22:4 23:9,15
27:6 28:12
29:7 36:15
39:24 40:4,8
40:13 43:4
48:25 52:22,25
54:2
**services** 8:20,21
15:5 39:20,24
**set** 15:14 32:22
32:24 33:6
41:16 56:20
**shared** 15:5
39:20,24
**Sharif** 21:22
**Shaw** 10:14
39:25 40:2,5,7
**sheet** 17:25 18:3
**shoulders** 6:16
**show** 17:3 19:5
33:8,16 38:25
41:25 43:24
45:21
**showed** 34:17
38:4
**shown** 44:6
46:13
**shrugs** 6:15
**sic** 51:24
**side** 40:5 44:17
44:18,22,24
**sides** 44:20
**sign** 11:3 17:24
**signals** 53:4
**signatores** 51:23
**signatories** 15:2
53:24
**signatory** 10:20
11:21
**signature** 16:3
17:22
**signed** 3:13,16
**signers** 15:10
**significantly**
10:5

**sir** 19:25
**site** 31:22
**situation** 47:11
**six** 15:7
**slightly** 24:16
**small** 46:16
**software** 14:11
**Solutions** 1:4
4:11
**sorry** 29:16
30:15 39:9
**sort** 16:16 17:7
17:20 28:3,18
35:14,17 40:12
47:10 51:3
52:16
**Southern** 1:2
4:13
**speak** 30:7
**speaking** 4:4 6:6
**specific** 8:18
27:19 36:10
**specifically**
18:24 19:18
26:19 27:4,7
31:24
**spell** 5:11
**spend** 11:7
**spoke** 30:12,15
34:17 35:6
**spoken** 25:4,7
30:17 37:18
46:9
**stamp** 39:11
**stamps** 42:9
**standard** 18:5
54:5
**standards** 19:23
**start** 5:21 6:5,9
42:22
**state** 1:22 4:16
5:5,11 8:2
19:18 56:6
**stated** 25:23
**States** 1:1 4:13
**stenographic**
56:15
**stenographica...**
56:12
**step** 12:18,21

**steps** 32:13 33:3
49:24 52:4
**Steven** 12:3
**STIPULATED**
3:3,8,12
**Street** 2:13
**strike** 21:16
22:22 47:20
51:19,20 54:7
**string** 41:21
42:6 55:13
**strings** 46:14
**strongest** 29:24
**structured** 9:14
**struggle** 26:16
**struggling** 26:7
**subject** 23:10
**Subscribed**
54:22 57:22
**subsequently**
18:15 43:2
**suggest** 35:23
**suggested** 25:17
**Suite** 2:13
**summary** 7:19
**support** 16:4,18
16:20,24 17:8
17:11,14,15
18:4 29:18
43:20 52:20
**supporting**
36:18 37:3
**sure** 5:13 19:14
20:11,19,21
23:15 24:5
28:24 32:23
36:22 37:8
49:16
**swear** 4:24
**sworn** 3:14,16
5:4 54:22
56:10 57:22
**system** 11:25
12:8,11,13,14
12:20,23 13:8
13:18,20 15:14
15:24 31:8,25
32:7,8,18 33:5
33:7 37:20
40:10 41:6,17

45:2,10,18
47:24 48:3,7,9
48:14,16,19
49:2 50:5,12
50:21 51:13
52:3
**S-C-H-W-A-R...**
5:13

---

**T**

**T** 2:18 3:1,1 5:3
55:7 56:1,1
57:1,1
**table** 21:10,11
23:23 27:24
**tables** 27:25
**take** 5:17 6:14
6:17 7:6 32:12
46:15
**taken** 1:18 5:18
6:22 32:16
45:12 46:19
56:12
**talk** 5:25 18:7
**talked** 24:18
53:9
**talking** 6:19
12:13 42:13,14
42:18 44:22
**Tarek** 21:22
**team** 21:5
**technically**
14:18
**technology**
29:23 37:14
52:15
**tell** 26:19,24
27:5 30:9 42:9
46:11 47:15
**telling** 50:12
**template** 18:5
**tenure** 10:19
**terms** 33:24
35:18 47:16
51:2 52:2,14
**testified** 5:6
**testifying** 3:19
**testimony** 56:8
56:11,12
**thank** 44:7

**thing** 39:11
**things** 6:16
29:25 37:14
53:9,24
**think** 20:12
22:11,13 23:24
25:24 38:6
42:16 53:8
54:3
**Thornton** 8:9,10
8:11,16,19,23
**thought** 29:21
**thread** 37:25
**three** 13:15
**tie** 32:6
**tied** 43:16
**time** 3:10 4:2 7:7
7:11 10:14
11:5,6,10,14
15:3,11 18:20
20:17,21 23:19
25:4,11 29:21
32:12 34:23
35:6,14,16
36:19 37:8
40:12 42:9
43:3,6 46:7
54:19 56:9
**times** 30:20
**time-stamped**
43:5
**timing** 18:16
50:18 52:2
**today** 5:17,23
**Today's** 4:2
**told** 7:14 21:16
21:23 24:7
27:7 40:11
47:3,6 53:3,6
53:17,25
**top** 17:25 19:25
**TORRES** 2:5
**totalled** 22:8
**training** 11:22
11:24 12:2
52:21,24
**transaction**
16:23 22:4
24:14 26:5
30:3,10 36:10

37:4 50:16
**transactions**
35:5
**transcript** 56:14
**transfer** 11:19
11:23 12:7,7
12:19,20 13:22
14:2,5,10
15:14,18 16:10
16:17,19 17:4
17:7,12,16
18:2,7,10,12
18:19,22 23:11
23:17 26:20,24
29:19 32:8,14
32:21 33:5
34:15 36:13,19
37:9 40:4,8,13
41:16,18 43:10
43:14,21 44:2
44:13 46:7,25
47:22 48:4,10
48:25 49:9,24
51:7,11 54:7,9
55:14
**transferred** 29:6
35:24 37:21
**transfers** 11:9
11:11,15 14:22
15:22,23 17:19
47:16,19,22
**trial** 3:11
**true** 56:14
**turn** 19:20 21:9
31:12
**two** 51:12
**type** 16:20 38:21
**typed** 38:12,14
**types** 16:24 35:5
53:4
**typical** 54:5
**typically** 16:20
33:24

---

**U**

**U** 3:1
**unaware** 40:22
**uncovering**
18:17
**undergoing** 34:2

**underneath**
33:25
**understand** 6:25
18:6
**understanding**
14:21 28:11,15
28:17 29:5,9
34:8,22,24
35:7 45:8,16
50:3 51:25
**understood** 7:3
7:15 49:22
50:4,10
**unilaterally**
24:20
**United** 1:1 4:13
**University** 7:21
**urgency** 40:12
40:14 53:10
**use** 11:24 12:19
31:9 32:3
40:16 46:12
**user** 12:23 13:2
13:9,13,16
51:3

---

**V**

**v** 57:3
**various** 25:10
**vary** 16:22
**verbal** 6:14
16:13
**verbalize** 6:18
**verbally** 30:10
**verbatim** 5:24
**verified** 30:9
**versus** 4:12
**vice-president**
39:20,23
**video** 4:4 6:22
**videographer**
2:19 4:1,22 5:7
6:13 46:17,20
54:16
**videotaped** 1:17
4:6
**voice** 4:15
**VP** 15:5,6
█████ 21:20
23:11,20 24:9

24:20 25:7,18
26:4,19,24
27:8,11,17
30:10 32:3,11
33:19 38:12
40:19 44:12,12
44:16

**W**

**W** 5:3
**wait** 7:8
**waived** 3:7
**want** 17:15 24:3
42:12
**wanted** 36:5
49:15
**wants** 7:12
26:20,25
**warning** 47:12
**wasn't** 18:5 20:6
36:5
**watch** 50:23,24
51:6 53:3,6
**way** 49:23 50:11
56:18
**went** 7:21 8:17
18:7 40:8
47:13 51:2
**weren't** 24:14
53:10
**we're** 5:16 12:13
18:6 21:5
42:13,14,18
46:20 54:18
**WHEREOF**
56:20
**wire** 11:9,11,15
11:19,23 12:7
12:7,18,20
13:22,25 14:4
14:10,21 15:14
15:18,22,23
16:10,17 17:7
17:12,16,19
18:2,7,10,12
18:19,22 22:5
22:7,16 23:11
23:16 27:8
29:6,18 32:8
32:13,21 33:5

34:15 36:13,19
37:9 40:4,8,13
41:4,7,9,11,16
41:17 43:10,13
43:21 44:2,13
46:7,25 47:16
47:18,22,22
48:4,10,14,16
48:19,24 49:3
49:9,24 51:7
51:11,22 52:4
54:7,9 55:14
**wired** 28:13
43:16
**wires** 22:8,12
**witness** 1:18
3:19 4:21 5:2,3
20:9 24:2 26:5
26:16 42:16
55:2 56:10,20
**WITNESS'S**
57:5
**wondering**
25:14
**word** 5:24 46:12
46:13
**words** 6:21
**work** 8:10 9:13
31:12 38:17
52:16
**worked** 8:9,11
8:20 24:25
30:2 50:5
**working** 36:12
**works** 5:22 12:6
**world** 36:23
**writing** 24:8

**X**

**x** 1:3,11 55:1,7

**Y**

**yeah** 7:21,23
9:13 19:18
43:4
**year** 10:2
**years** 8:13 25:2
**York** 1:2,21,21
1:23 2:7,7 4:9
4:9,14 5:5 56:6

**Z**

**Z** 5:3
**Zero** 11:8,16
**Ziffer** 2:8 4:20
4:20 18:13,23
19:16 20:4,8
20:12,18 23:24
24:3,22 25:21
25:24 26:12
28:19,21 29:2
29:16 33:9,12
36:2,20 37:5
39:10 42:12
44:18,21 45:23
48:2 54:14

**$**

**$1.5** 21:25 22:5
23:13
**$4** 23:22 24:11
24:15,21 25:20
26:20,25 27:8

**1**

**1** 2:13 4:10
27:24 39:2
**1.5** 21:14 22:9
22:13,16
**1:15-cv-00090...**
1:6
**10:29** 46:18
**10:39** 46:21
**10:50** 54:18,19
**10004** 1:21
**10019** 2:7
**11** 19:3,6 22:19
55:11
**11:12** 43:5,7
**12** 41:23 42:2
43:8 55:13
**13** 43:22,25 44:7
44:17 55:14
**14** 10:25
**15** 15:20
**16** 23:9 36:15
40:4,8,13 43:4
48:25
**16th** 18:8,21
22:4 23:15
27:6 28:12

29:7 54:2
**1633** 2:6
**19** 55:12

**2**

**20** 57:23
**2006** 7:22
**2007** 8:4
**2010** 8:14
**2014** 10:16 11:6
15:2,11,17,22
16:10 17:5,11
17:20 20:17,21
21:17,19,21
39:24 52:22,25
**2015** 1:21 4:3
54:23 56:21
57:4
**25** 1:21 57:4
**25th** 4:3
**29th** 56:21

**3**

**3** 19:20 33:11,17
38:4

**4**

**41** 55:13
**43** 55:15

**5**

**5** 15:20 55:3

**6**

**60606** 2:14

**7**

**729** 39:6,7
**758** 19:22

**8**

**800** 2:13

**9**

**9** 21:9
**9:29** 1:22 4:2