[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


MEDIDATA SOLUTIONS, INC.      )
                              )
                              )
Plaintiff,                    )
                              )  No.
     vs.                      )  1:15-cv-00907ALC
                              )
FEDERAL INSURANCE COMPANY,    )
                              )
                              )
Defendant.                    )


          The discovery deposition of
CHRISTOPHER AREHART, called by the
Plaintiff, for examination, pursuant to
notice, taken before LAURA MUKAHIRN, CSR, a
notary public within and for the County of
Cook and State of Illinois, at One North
Franklin Street, Chicago, Illinois, on
July 9, 2015, scheduled to commence at 2:30
o'clock p.m.

1    language was drafted by Federal Insurance

2    Company; is that correct?

3              MR. SCHMOOKLER:  Object to form.

4              THE WITNESS:  I can't confirm

5    who drafted this policy.

6    BY MR. SUGZDA:

7        Q.    Do you have any reason to

8    believe that any of the individual

9    provisions of the policy were not drafted

10   by Federal?

11       A.    The policy was not drafted by

12   the customer.

13       Q.    And if you didn't draft any of

14   this language, did you play any role in

15   approving the language that appears in the

16   policy form?

17       A.    No.  This edition date is 2004.

18   So I was a young underwriter at that point.

19       Q.    Might have been precocious.

20             And the form part of the

21   policy, leaving aside the endorsements, was

22   this designed specifically for Medidata, or

23   is it the same form that's sold to other

24   policyholders?

25       A.    This policy form was not

1    designed specifically for Medidata.

2        Q.    And it is sold to other

3    policyholders?

4        A.    Yes, it is.

5        Q.    Do you have any idea

6    approximately how many?

7        A.    I'm not going to disclose what

8    our -- the amount of our business is unless

9    we go confidential.

10              MR. SCHMOOKLER:  Go off the

11    record for a second.  Let me consult with

12    him about what he actually knows on this.

13              MR. SUGZDA:  Okay.  Sure.

14              THE VIDEOGRAPHER:  We are off

15    the record at 3:10 p.m.

16                  (Short break taken.)

17              THE VIDEOGRAPHER:  We are back

18    on the record at 3:16 p.m.

19              MR. SCHMOOKLER:  We've gone off

20    the record, just so it's clear, to consult

21    on a matter of proprietary information.  So

22    why don't we have the question read back,

23    and Chris will try to answer it to the best

24    he can without disclosing any trade

25    secrets.

1           (Record read back.)

2                THE WITNESS:  Chubbs book of

3      business for commercial crime is analyzed

4      by the Surety and Fidelity Association in

5      North America, and they publish an annual

6      statement that gathers information from the

7      Schedule P data that's available publicly

8      for all organizations to read and pull down

9      from the internet.  And it captures that

10     information and aggregates it together.

11     Our book of business inclusive of this

12     policy form, as well as other policy forms

13     that we write, is approximately

14     $265 million in written premium in any one

15     year, and the largest writer of that

16     business in North America.

17     BY MR. SUGZDA:

18          Q.    So just to be clear, the

19     objection to -- based on proprietary or

20     trade secret information is to an

21     approximate amount of policyholders to

22     whom --

23                MR. SCHMOOKLER:  This exact form

24     is, because you really -- If you ask him

25     where this form -- who this form is issued

[Page 43]

1    to, you'd be able to derive some kind of

2    how we structure our business.

3                MR. SUGZDA:  Okay.

4                MR. SCHMOOKLER:  Strategically

5    how we structure it.

6                MR. SUGZDA:  Just wanted to make

7    sure.

8                MR. SCHMOOKLER:  Yes.

9    BY MR. SUGZDA:

10        Q.    And from your review of the

11   underwriter file and as Federal's

12   representative, is it correct that there

13   was no negotiation back and forth between

14   Medidata and Federal about the content of

15   the policy form?

16        A.    From my review of the

17   underwriting information that was provided

18   to me to prepare for this deposition as

19   well as my conversation with Ms. Herald,

20   no, I don't see any discussion regarding

21   back and forth over the terms and

22   conditions of the policy, crime section.

23        Q.    And -- So you mentioned terms

24   and conditions.  Does that include the

25   endorsements that were issued?

[Page 44]

1          A.     Terms and conditions would

2     include endorsements.

3          Q.     So there was no back and forth

4     between Medidata and Federal about the

5     endorsements as well?

6          A.     I don't recall seeing any in

7     the file.

8          Q.     Then you would have no reason

9     otherwise to think that there was?

10          A.     Negotiations are commonplace in

11     these lines of business.  So it's not

12     beyond the realm of possibility that

13     conversations about which endorsements

14     should or should not be put on the policy

15     were had in the file.  I don't recall

16     seeing anything as to any endorsement of

17     any substantive nature that would apply to

18     the crime section.

19          Q.     And while there might have

20     been -- well, it's conceivable there was

21     some back and forth about which endorsement

22     should be included, the content of those

23     endorsements was not something that was

24     negotiated; is that correct?

25          A.     Not that I recall seeing in the

1   the terms that are used, was the intent of

2   this coverage to require a hacking incident

3   for there to be coverage?

4        A.     The computer fraud coverage

5   is -- was created to address the actions of

6   outsiders attacking the organization.  You

7   have to read the entire words of the policy

8   including all of the definitions which

9   speak to these outside interlopers

10  attacking computer systems so as to create

11  the loss associated with that action.  So

12  the transfer of money, securities, or

13  property, again, reading the policy form,

14  and the words that are provided herein.

15       Q.     But the intent of the policy

16  was not to limit the scope of those outside

17  interlopers to just hackers; is that

18  correct?

19            MR. SCHMOOKLER:  Object to form.

20            THE WITNESS:  Again, I can't

21  speak to what these words specifically --

22  You're creating a supposition that these

23  words say one thing when they say exactly

24  what they say on the page.

25

[Page 58]

1    BY MR. SUGZDA:

2        Q.    I'm just referring to your

3    previous answer where you said the intent

4    was to protect against outside interlopers

5    attacking the system.  I'm not asking you

6    to interpret any of the specific words in

7    the policy.  I'm asking you to just -- I'm

8    asking a follow-up question based on your

9    explanation of the intent.  And I'm asking

10   when you said the intent was to protect

11   against outside interlopers, that intent

12   was not to limit those outside interlopers

13   to just hackers?

14           MR. SCHMOOKLER:  Object to form.

15   Don't offer any legal opinions as to the

16   words.  You're not going to disclose our

17   legal interpretation of the policy.

18           THE WITNESS:  The coverage

19   addresses outsiders using methodologies by

20   which to access computer systems.  We

21   referred to those types of things in the

22   definitions in the policy as they're

23   written.  I'm not going to add or subtract

24   anything from these words.

25

[Page 59]

1    BY MR. SUGZDA:

2         Q.    And in terms of the outsiders,

3    or outside interlopers, those outsiders or

4    outside interlopers could take the form as

5    imposters as well as hackers?

6              MR. SCHMOOKLER:  Object to form.

7    Calls for speculation.

8              THE WITNESS:  We don't speak to

9    the nature of who those individuals are.

10   They're outsiders, not insiders.  They're

11   not employees, and as a result can be

12   others that aren't employees.

13   BY MR. SUGZDA:

14        Q.    So in terms of the underwriting

15   intent of Insuring Clause 5, the primary

16   concern was a distinction between employee

17   and nonemployee rather than the exact

18   nature of the nonemployee?

19              MR. SCHMOOKLER:  Object to form.

20              THE WITNESS:  Can you rephrase

21   your question?

22   BY MR. SUGZDA:

23        Q.    I was just seeking to distill

24   or summarize what you had just said and say

25   that the primary distinction in terms of

[Page 60]

1    underwriting intent when crafting Insuring

2    Clause 5 as well as the surrounding terms

3    and the terms used within Insuring Clause 5

4    was a distinction between the employees and

5    nonemployees and not necessarily the nature

6    of the nonemployee; is that correct?

7                    MR. SCHMOOKLER:  Object to form.

8    You can answer if you understand the

9    question.

10                    THE WITNESS:  Yeah.  I don't

11    understand your question.  I'm -- I'm

12    confused as to what you are trying to ask.

13    Truthfully, it's not a summary.  It's not a

14    restatement of what I said.

15    BY MR. SUGZDA:

16       Q.    Fair enough.  I'll move on.

17                    Mr. Arehart, is it correct that

18    the crime coverage section of the policy

19    does not mention the term hacking?

20       A.    I'm not aware of the term

21    hacking being used in the policy form.

22       Q.    And you have no reason to

23    believe that it is used anywhere?

24       A.    I have no reason to believe or

25    I'm not knowledgeable that the word hacking

[Page 61]

1     is included in this policy form issued to

2     Medidata.

3         Q.     Moving away from the specific

4     computer fraud insurance coverage, when

5     underwriting a policy, is it sometimes the

6     case that certain protective safeguards are

7     required to be in place to obtain a certain

8     amount of coverage?

9             MR. SCHMOOKLER:  Object to form.

10            THE WITNESS:  The underwriting

11    of a crime policy includes, it's not

12    limited to, the review of control

13    information on an application.  It's an

14    underwriter's job to evaluate those

15    controls and assess the risk and determine

16    whether -- what the price should be, the

17    deductible or retention, attachment point,

18    and limit to be offered relative to the

19    risk presented.  There are no absolutes in

20    underwriting.  One customer may not have

21    the appropriate control but be willing to

22    take a retention that is substantial enough

23    to make an underwriter comfortable that the

24    lack of that control is not a -- something

25    that would keep them from writing that

**A**

**ability** 7:19 50:16 68:25
**able** 33:12,13 43:1
**absence** 54:8
**absolutes** 61:19
**accepted** 70:8
**access** 58:20
**accessed** 52:24
**accesses** 53:18
**accomplish** 80:6,21
**accomplished** 80:20 82:5
**accord** 35:22
**accountants** 73:2
**accounts** 14:22
**accurate** 68:1 69:6 82:6 88:23
   90:5
**action** 5:13 9:10 57:11
**actions** 57:5
**activities** 76:13,15
**actual** 31:17 80:12
**actuarial** 31:8
**actuarially** 31:11
**adaptions** 17:8
**add** 58:23
**added** 20:12 68:7 70:15 75:21
   76:20
**addition** 73:6
**additional** 8:4 29:3,9 68:3,6
   70:10,11 72:23
**address** 57:5 76:14
**addressed** 65:6 75:13 76:15
**addresses** 39:7 58:19 76:9
**adequacy** 31:6,14
**adequate** 31:7
**adjustor** 50:4
**admitted** 73:25
**advice** 36:12
**advised** 85:8
**Advisen** 24:9
**aforesaid** 87:11
**afternoon** 4:2 5:10,11
**agency** 83:13
**agents** 14:21 72:10 75:12,13
**aggregates** 42:10
**ago** 15:1
**agree** 78:4

**agreed** 4:14 30:8 38:18 48:21
**ahead** 30:9 52:14 85:23
**Alex** 2:4 4:19 5:12 56:8
**alive** 17:25
**allow** 73:10 74:3 81:17
**allowed** 74:22
**altogether** 66:5
**amend** 48:7,19
**amendatory** 71:8
**amended** 48:24 49:2
**amends** 47:25
**America** 42:5,16
**amount** 31:8,10 41:8 42:21
   61:8
**analysis** 23:5 24:3,23 25:4
   28:23 31:9 55:5,24 62:15
**analyzed** 42:3
**Angeles** 11:3 12:3 13:6
**annual** 42:5
**answer** 5:23,24,24 6:6,18,22
   7:9,10,13 16:13 27:4 30:6
   41:23 46:2 50:20 56:3,4,6
   58:3 60:8
**answers** 66:4 88:25
**apart** 84:19
**apologize** 27:3,7,16 38:4
   79:25 80:15
**Appeared** 2:5,10
**appears** 40:15 48:13
**applicant** 33:20,21
**application** 33:2,2,7,15,22
   34:10,12,19 35:8 51:4 61:13
   62:13,14 71:16
**applications** 24:11 34:23
   74:21
**apply** 44:17 45:23
**approach** 75:4
**approaches** 81:24
**appropriate** 18:19 61:21
**appropriately** 12:17
**approval** 28:6 29:15,15 69:4
**approvals** 68:19
**approve** 29:5
**approved** 28:1,14 68:23
**approver** 28:23 29:3,4,6
**approving** 40:15
**approximate** 42:21

**approximately** 14:7 41:6
   42:13 67:20
**arc** 18:7
**area** 74:12
**areas** 24:23 28:24 34:1
**Arehart** 1:10 4:4,18 5:4,10
   22:1,13 23:1 51:8 52:14
   54:18 56:23 60:17 66:2 83:6
   87:15 88:9,18 89:1 90:3,25
**arrange** 21:12
**aside** 10:1 40:21 80:18,22
**asked** 21:22 51:17 52:6 88:24
**asking** 19:20 21:24 22:2
   29:14 35:7,14 39:24 56:8
   58:5,7,8,9 63:6 80:1 81:8
**asks** 33:22
**aspects** 79:5,9,14
**assess** 24:13 61:15
**assigned** 13:21
**assigning** 32:14
**assigns** 31:3
**assist** 81:10
**assisting** 16:23,24
**associated** 12:14 25:21 34:7
   53:4 54:2 57:11 65:10 73:3
   74:4 76:13,19,22 79:2
**Associates** 35:21 83:10
**Association** 42:4
**assume** 13:3
**assuming** 15:1
**assumption** 33:6
**assure** 56:18
**attach** 21:7
**attached** 6:20 21:16 71:7,10
**attachment** 61:17
**attacking** 57:6,10 58:5 76:9
**attend** 10:15
**attention** 50:10
**audibly** 5:24
**audio** 4:12
**August** 28:14 67:7
**author** 83:15
**authored** 36:4
**authority** 25:7,10,12,16,18
   25:24 26:1,21 28:7,10
**authorize** 25:10
**authorship** 84:8

**automatically** 71:10
**available** 15:21,24 36:5 42:7
   63:19,22,25 67:7 68:15 69:3
   69:14,18,21,25 70:4,7,22
   71:4 72:7,11 74:13,16 75:7
   78:17 84:23 85:3
**aware** 7:15 15:23 18:25 21:25
   34:2 47:8 60:20 62:20 65:13
   66:15 74:18 84:15,24,25
   85:4,5,14
**awareness** 72:15,17 74:11
**A.D** 89:9

---

**B**

**B** 3:4
**back** 6:15 29:2,17 38:25
   41:17,22 42:1 43:13,21 44:3
   44:21 50:10 54:18 62:24
   64:10 65:23 71:1 76:17
   82:18
**background** 10:14
**Bank** 11:3
**based** 21:5 25:12 26:25 28:11
   38:14,17 42:19 45:17 48:10
   58:8 62:3 69:4,9 78:4
**bases** 51:2
**basically** 31:20
**basis** 52:9
**Beach** 13:8
**bear** 63:1
**began** 11:9,18 13:4 14:21
**beginning** 4:16 45:10
**begins** 45:9 80:25 82:1
**behalf** 2:5,10 4:20,23 9:7,22
**believe** 8:15 21:21 40:8 47:23
   49:1 50:5 55:20 60:23,24
   63:22
**Benson** 2:2 4:21
**best** 36:3 41:23 63:21
**better** 12:11 19:5 36:9
**beyond** 20:2 44:12
**bit** 36:9 63:15
**body** 85:6
**bolded** 53:13
**Bolder** 10:19
**book** 13:14 42:2,11
**bookkeepers** 73:1

**bottom** 8:8 83:19
**Boulevard** 4:11
**bounds** 51:25,25
**break** 6:19,22,23,25 7:2
   18:15 21:12,23 41:16 65:17
   65:22 82:17
**breaks** 6:18
**brief** 11:2 32:9
**briefly** 82:11
**bringing** 72:17
**broad** 78:10,16 79:12 81:23
**broader** 75:3
**Broadway** 2:3
**broker** 67:1 70:13,16,22
   71:20,23 75:14
**Brokerage** 66:24
**brokers** 13:20 17:15 20:11
   72:10 74:11 75:12
**build** 13:19 49:17
**business** 10:18 13:15,18
   14:17,18 16:23 17:10 24:17
   24:25 41:8 42:3,11,16 43:2
   44:11 53:1,18 79:2
**businesses** 79:3
**buy** 68:9
**buying** 17:4

---

**C**

**C** 2:1 19:9 52:15 53:11
**calendar** 67:13
**California** 10:17
**call** 50:4
**called** 1:10 5:5 35:21 83:10
   88:9
**calling** 72:22
**Calls** 59:7 81:21
**captures** 42:9
**care** 7:3
**career** 11:1 14:5 15:14
**careful** 38:24
**Carla** 66:23
**Carrie** 27:6
**carrier** 73:11
**carry** 78:6
**case** 4:5 31:12 33:12 34:4
   39:10 61:6 65:1 68:13 85:22
   89:4

**cases** 29:5
**categories** 34:17
**caused** 39:12,14
**Cave** 66:23
**caveat** 79:12
**caveats** 25:17
**center** 8:8
**certain** 61:6,7 69:3 74:9
**certainly** 7:15 17:5
**certified** 4:25 88:4
**certify** 87:6 88:7,22 90:3,5
**cetera** 11:23 34:1 54:5 71:17
   72:15 74:24
**change** 16:25 17:1,2,11 18:8
   19:8,9 20:13,17 47:10 48:18
   49:6 71:9
**changed** 14:12 16:18 18:7,17
   19:21,24 33:8,10,16 48:2
**changes** 20:2,3,4,8 33:3 34:24
   34:25 35:1 47:15 49:5
**changing** 17:14
**characteristics** 32:10
**characterize** 68:1
**charged** 48:21
**chart** 29:21
**chase** 80:17
**check** 82:10
**Chicago** 1:15 2:8 4:8,12 15:1
   88:14
**Chris** 30:10 38:25 41:23
   50:21 55:2 65:18 80:17
**Christopher** 1:10 4:3,17 5:4
   87:15 88:8,17 89:1 90:3,25
**Chubb** 10:23,25 11:9,12,17
   12:24 15:12,14,20 16:17
   20:24 24:15 31:2 32:14
   35:17,20 63:2 64:1 70:24
   72:12 73:17 78:18 85:6
**Chubbs** 42:2
**circulated** 84:12
**claim** 25:20 50:19 51:1,5,11
   51:11,20,20 52:3,5
**claims** 50:4 73:4
**clarity** 38:14
**classes** 18:18
**clause** 39:10,11 54:22,25 55:9
   55:10,22 56:24 59:15 60:2,3

**clauses** 39:11 64:6
**clear** 19:24 35:5 41:20 42:18
**cleared** 7:25
**clearly** 5:24
**client** 35:7 39:10 56:16 75:2,5
**clients** 16:24 17:4 66:25 67:1
  75:12
**cloth** 17:19 20:13
**college** 10:15,16,21 11:4,6,7
**Colorado** 10:19
**comfort** 33:9
**comfortable** 9:21 61:23
**commence** 1:16
**comment** 51:13
**commercial** 13:6 17:23 25:20
  42:3
**commit** 79:15
**commonplace** 44:10
**community** 85:7
**company** 1:6 4:5,24 9:8 15:22
  33:13 40:2 49:13 55:4,25
**company's** 56:10
**compile** 24:20
**compiling** 24:12
**complete** 88:23
**completing** 13:3
**complexity** 14:18
**component** 65:5
**computer** 48:7,12,22 49:2
  52:15,19 53:5,20 54:22
  56:24 57:4,10 58:20 61:4
  63:3 64:1,4,22 75:19 76:6,8
  76:11
**computers** 49:9 52:21,22
  54:5
**con** 81:6
**conceivable** 44:20
**concept** 81:23
**concepts** 63:5 64:3
**concern** 28:25 59:16
**concert** 66:23
**condition** 7:18
**conditions** 18:11 39:16 43:22
  43:24 44:1 48:16 64:8,16
  74:19 76:19 78:22 80:5,13
**confidence** 81:2
**confidential** 30:7,15 41:9

**confirm** 33:15 39:22 40:4
  47:21 49:20
**confirmed** 22:1 33:7
**confused** 60:12
**confusion** 38:5
**conjunction** 67:3 68:7
**Connecticut** 12:9
**connection** 21:20
**consider** 19:2 63:3 64:1
**consideration** 48:20
**considered** 20:4 70:15
**considering** 32:21
**consistently** 11:1
**consisting** 87:8
**constructions** 12:12
**consult** 41:11,20 65:18
**consulting** 35:24
**contact** 75:15
**contained** 33:11 46:10
**content** 43:14 44:22
**context** 54:17 55:12,13,16
  56:25 78:21
**continuation** 18:2
**continued** 14:22 18:21 19:7
**continuing** 72:20 78:25
**control** 48:11 61:12,21,24
**controls** 33:10,18,24 34:20,21
  61:15 62:5,12,23
**convenience** 34:13
**conversation** 28:22 43:19
  62:19
**conversations** 44:13
**Cook** 1:14 87:2 88:2,6 89:8
**copy** 10:8 74:2 76:23 77:7
**corner** 38:21
**correct** 12:25 23:17,18 26:9
  26:17 27:4 32:1 34:23 37:5
  39:21 40:2 43:12 44:24
  45:18 46:16 47:5 48:14
  52:19 53:12 54:24 57:18
  60:6,17 62:5 64:17 65:11
  68:5,12 69:23 73:15 77:4
  81:19 83:14 85:12,13 87:10
**CORRECTION** 90:8
**corrections** 90:6
**correlate** 78:22
**correspondence** 74:16

**counsel** 4:14 7:5 10:6 88:15
  89:5
**County** 1:13 87:2 88:2,6 89:8
**couple** 82:10
**course** 12:1 15:13 23:9 24:3
  36:15 52:25 53:18
**court** 1:1 5:1 6:1,14 22:16
**cover** 53:20 54:12 64:15,21
  64:21 65:3 68:6
**coverage** 11:21 24:19 25:13
  26:1,4,7,12,20 28:20 32:16
  32:24 36:24 38:20 39:5,7,16
  48:23 53:7 54:22 55:1,21
  56:24 57:2,3,4 58:18 60:18
  61:4,8 64:22 68:14 69:3,10
  69:24 70:11,16,21 72:11
  73:16 74:12,19 75:6,20
  78:17 79:6,11,19 80:19,22
**coverages** 17:20 72:3
**covered** 51:1,20,21 52:8,9,10
  72:3
**CPE** 72:20,25 73:9
**crafting** 60:1
**create** 57:10
**created** 16:2 17:18 18:16,18
  20:14 25:3 36:7,13 57:5
  72:8 74:24 83:23 84:18
**creating** 31:23 57:22
**creation** 16:8,19 20:10
**credit** 72:25
**crime** 11:22 12:21 14:24 15:4
  15:11 17:23 18:2 21:8 25:20
  26:14,20 28:12 29:20,23,24
  31:16,18 32:14,16 36:24
  37:11,14,20,25 38:1,19 39:5
  39:7,14:23 43:22 44:18
  45:8 60:18 61:11 64:22 67:5
  68:7 73:5
**critical** 74:14
**CSR** 1:12 89:14,15
**culminating** 82:2
**current** 14:6 15:8
**currently** 7:17 15:2 32:4,6
  63:7
**customer** 24:20 32:18 40:12
  61:20 68:21 78:13
**customers** 13:16 17:15 18:18

20:9 64:7 69:1 70:9 72:21
**customer's** 20:20
**cut** 80:16

## D

**D** 3:1
**data** 24:9 42:7 45:13,16,22
46:16 47:6,16,25 54:3
**date** 40:17 67:9,21 90:25
**day** 10:24 87:18 89:9
**dealing** 8:3
**December** 15:2
**decrease** 17:10
**deductible** 61:17
**deem** 24:24
**defendant** 1:7 9:10
**Defendants** 2:10
**define** 16:6 79:4
**defined** 45:16 47:5 48:22
53:11,14 77:17 78:20
**definitely** 6:12
**definition** 45:8,10,13,17,22
46:15,25 47:2,6,10,16,25
48:1,7,12,13,19 49:1,7,8,16
49:23 52:16,18,21 53:14,24
54:9,10
**definitions** 48:23 50:2 53:25
57:8 58:22
**degree** 10:18,22 11:14
**deleted** 20:12
**department** 72:14 74:10 84:2
84:11 85:12
**depend** 32:17
**depending** 26:6 28:3 66:4
74:6
**deposed** 5:14
**deposition** 1:9 4:3,6 8:2,22
9:5 10:4 21:13 22:6 23:10
43:18 45:3 50:11 70:19 87:7
87:10 88:8,13
**derive** 43:1
**describe** 14:11 15:14,17
16:12 32:3 39:5 82:7
**described** 78:20
**describes** 77:18 78:11
**description** 29:24
**designate** 30:6

**designated** 9:18 30:14 50:12
51:14
**designed** 15:24 19:10 40:22
41:1
**detail** 34:20
**determine** 25:14 54:1,11
61:15
**determined** 73:18
**developed** 69:7 73:17 75:18
**development** 16:1
**dictate** 71:3
**dictionary** 53:25 54:10
**difference** 76:5
**different** 12:14 14:19 17:6,9
18:11 20:11 21:5 24:19 26:6
28:3 32:20 33:20 37:21 39:8
39:13 52:11 64:6,24 69:14
69:15 75:24,25 78:11,24
81:24
**dig** 28:23
**diligence** 32:13
**direct** 3:3 5:8 50:9 75:15
**directed** 27:15
**direction** 88:12
**director** 72:5
**Directors** 11:21
**directs** 7:8,14
**disclose** 41:7 45:25 47:12
49:12 55:4,23 56:1 58:16
**disclosed** 35:11
**disclosing** 41:24 46:3 55:7
56:2
**discovery** 1:9
**discussed** 46:4
**discussion** 43:20 70:20
**distill** 59:23
**distinct** 63:4
**distinction** 56:13 59:16,25
60:4
**DISTRICT** 1:1,1
**division** 11:20 12:16
**document** 8:9,13,25 9:13,25
22:9,18 23:2,4 24:21 25:8
28:22 33:12 46:10 66:7,19
66:21 82:23 83:5,7,16,23
**documentation** 27:5 36:18
70:13

**documents** 7:23 8:14 10:10
23:9 36:21
**doing** 5:20 13:9 63:7
**dollar** 25:13
**draft** 39:17 40:13
**drafted** 39:20,22 40:1,5,9,11
75:23
**dramatic** 17:10
**drawing** 56:13
**driven** 20:10
**due** 32:12
**duly** 5:6 88:18
**duties** 13:10 14:11
**D&O** 12:20 26:11

## E

**E** 2:1,1 3:1,4 23:19 90:2,2,2
**earlier** 50:6 69:22 77:24
83:13 84:15
**easier** 6:4 16:4,6 27:16
**ED** 83:19
**edification** 6:24
**edition** 19:19,19 40:17 84:1
**editions** 84:16
**educate** 72:10
**education** 72:21 79:1
**either** 31:10 74:4
**elected** 71:12,14
**element** 26:14 38:1
**emerging** 72:24
**employ** 31:2
**employed** 82:3
**employee** 59:16
**employees** 39:9 59:11,12 60:4
**employment** 10:20 11:23
**ended** 6:10
**endorsement** 20:25 21:4,16
44:16,21 47:15 48:2,3,8,11
49:3,8 52:16 53:8 54:14
63:1,18 67:5,17,25 68:2,5,8
68:25 70:4,12 71:1,2,15,25
72:2,6,16 74:3,15 75:17,21
76:2,22 77:8 78:1,18,21,23
79:19,20,22 80:2,8,13
**endorsements** 20:10 40:21
43:25 44:2,5,13,23 45:4,5
47:17 48:17 68:18 69:14

70:14 71:5,8,12
**engaged** 83:14
**engineering** 20:25 21:4,15
    63:4,19 64:2,5,12 65:5,9,15
    67:2,4,17,25 68:2,4 69:2,24
    70:4 71:25 73:6,16 75:17
    76:6,16 77:2,4,16,21,25
    78:2,7,10,19,19 79:5,10,15
    80:22,25 81:18,22 82:5,7
    83:9 84:21,22
**English** 53:24
**ensure** 66:15
**enter** 72:5,13
**entire** 12:23 54:16 55:12,17
    57:7
**entirely** 48:24
**et** 11:23 34:1 54:4 71:17
    72:15 74:24
**evaluate** 61:14 74:3
**evaluation** 71:18
**event** 31:18
**eventual** 64:13
**everybody** 69:21 71:6
**exact** 42:23 59:17
**exactly** 57:23 76:21
**examination** 1:11 3:3 5:8
    9:14
**Examinations** 3:2
**examined** 5:6 88:20
**example** 25:18 71:7 72:17
**exception** 90:6
**exchange** 29:14
**exclusion** 65:10,15
**exclusions** 76:20
**exclusive** 26:18 63:5 64:3
**excused** 86:2
**executive** 13:5,24 14:3 15:15
    16:4,8,19,21 17:17,21 18:6
    19:14 20:21 21:1,7 23:22
    24:4,15 25:15 26:7,10
**exhibit** 3:6,7,8,9 8:16,25
    22:10,15,19 38:9,12,16
    50:10 66:8 82:24
**exhibits** 7:24 8:5,6
**existed** 17:20
**experience** 15:15,18 18:22
    28:25

**explain** 30:2
**explains** 31:25
**explanation** 58:9
**exposure** 31:17
**exposures** 72:25
**extension** 65:8
**extent** 6:5 8:11 22:3 46:2
    50:25 52:8 55:6 74:7
**external** 24:8
**E&O** 12:21
**e-mail** 29:14 52:23 53:6 85:1
    85:9

---

## F

**facets** 33:24
**fact** 7:9 26:24 33:15 64:12
**factors** 12:14 53:3 54:2
**facts** 65:1
**Fair** 38:3 60:16
**familiar** 20:24 66:18 83:4
**faster** 69:5
**Federal** 1:6 4:5,24 9:7,23
    11:3 39:20 40:1,10 43:14
    44:4 45:5 73:18
**Federal's** 43:11 50:13
**fee** 35:22
**feel** 7:11 51:25
**Fidelity** 42:4
**field** 68:24
**file** 10:6 25:7 27:1 28:3,4 29:4
    29:9 31:3 32:5,11 33:5 37:4
    43:11 44:7,15 45:1 62:4
    70:6,18
**files** 27:12
**fill** 33:22
**Finance** 24:11
**find** 21:18 46:14,15,24 53:7
    87:9
**fine** 81:12 82:14
**finish** 6:7,9
**firms** 74:10
**first** 5:6 10:24 11:16 27:15
    29:23 72:1 73:20 84:12
    88:18
**first-time** 33:20,21
**five** 17:13 31:5 37:21
**five-minute** 6:25 65:17

**flags** 12:16
**flip** 9:12
**focus** 15:4
**focusing** 13:5 14:23 79:8,9
**follow** 31:21 32:2
**followed** 12:8
**following** 30:12
**follows** 5:7 48:24
**follow-up** 58:8
**foregoing** 87:7 88:23 90:4
**forever** 51:12
**form** 16:10 18:9 19:3,18 20:6
    20:9,22 21:3,6,15,16 33:22
    35:6 36:20 39:17 40:3,16,20
    40:23,25 42:12,23,25,25
    43:15 45:5,24 46:17,21 47:2
    47:11 49:11,24 50:7 53:22
    57:13,19 58:14 59:4,6,19
    60:7,21 61:1,9 63:18 64:18
    65:12 71:17 76:7 77:5 78:8
    79:17 81:20
**format** 18:1
**forms** 18:19 42:12 75:24
**forth** 43:13,21 44:3,21 88:16
**forward** 31:25 33:9 38:12
**foundational** 52:4
**frame** 63:15 67:21
**Franklin** 1:15 2:7 4:7 88:14
**fraud** 20:25 21:4 54:22 56:24
    57:4 61:4 63:3,4,19 64:2,2,4
    64:5 65:5,9,15 67:2,5,17,24
    68:2,4 69:2,24 70:4 71:25
    73:7,16 75:17,20 76:6,6,8
    76:16 77:2,4,17 78:1,3,7,10
    78:19,20 79:6,10,16 80:22
    80:25 81:18,23 82:5 83:9
    84:21,22 85:2
**frauds** 77:21 80:20
**fraudsters** 39:14 82:3
**free** 7:11
**Friedman** 2:2 4:21
**front** 8:15 38:8 76:23 77:8
    80:4
**full** 67:7
**fully** 16:14
**fund** 31:11
**further** 29:1 88:22 90:5

| G | H | |
|---|---|---|
| | | impacted 73:7 |

**G**

gained 14:15
gaining 81:2
gather 24:7,14 25:4 81:25
gathered 81:16
gathers 42:6
general 12:18 13:13 20:22
  36:3 73:9,12 76:25 77:18,20
  78:1,5 79:1
generalists 24:17
generally 14:11 24:2 28:2,18
  29:8 32:23 39:4 76:4 80:25
  84:12,14
geographic 14:16,20
getting 29:9
give 6:6 7:11 83:15
given 26:13 35:9 49:13 50:23
  55:3,25 56:3 62:9 67:10
  78:3,3 87:11
giving 6:5
global 15:10
go 4:14 5:17 8:5 17:7 24:6
  27:6 29:2,17 30:9 32:23
  41:9,10 46:14 74:22 75:3
going 5:21 6:1,8 7:10 8:1 27:8
  27:23 30:6 31:25 38:12 41:7
  50:21 51:13 58:16,23 64:10
  77:9,23 79:21,22 81:3,12
good 4:1 5:10,11 16:7
Google 24:10
GORDON 2:7
gotten 22:3
graduate 10:22 11:5,13
graduated 11:7
graduating 10:21
graduation 11:10
granted 28:6 29:15
great 22:4
ground 5:18
group 12:2 35:20 75:10 83:10
guess 67:18
guide 24:23 83:8
guidebook 36:11
guidebooks 36:1
guides 31:9
guys 37:15

**H**

H 3:4 90:2
hacker 76:10,14
hackers 57:17 58:13 59:5
hacking 54:25 55:10,21 57:2
  60:19,21,25
halfway 45:14
handbook 36:6
handbooks 85:1
handing 22:13 82:21
handle 51:24
handled 14:17,18
handy 21:11
happen 68:16 73:1 74:17,17
happened 26:25
happening 82:8
happy 51:18 56:16
hard 16:12
head 67:12
help 24:13
helps 24:22
Herald 23:20,22 25:25 28:12
  37:6 43:19 62:19 70:20
hereinabove 89:2
higher 31:13
highest 31:5
highlight 28:24
history 18:15
hit 82:12
hitting 38:25
holder 71:24
honest 27:14
hopefully 10:1
hosting 52:23 53:6
hour 6:25
hypotheticals 69:13

**I**

idea 41:5 65:4 73:14
identification 22:11,20 66:9
  82:25
identify 4:15
Illinois 1:14,15 2:8 4:8,12
  87:1 88:1,6,15 89:8
immediately 69:21
impact 80:12

impacted 73:7
impair 7:19
impersonated 81:5
impersonation 82:2
important 5:22 6:3
imposter 77:3 78:6 79:15
  80:21 81:19
imposters 59:5 76:17
impressions 47:13 49:12
incidences 65:3
incident 55:1,21 57:2
include 28:21 36:20 43:24
  44:2 49:9 52:20 71:5
included 10:7 44:22 47:2
  61:1
includes 37:3 61:11 81:23
including 24:8 57:8
inclusive 42:11 87:9
incremental 18:7 20:3
incrementally 19:8
incumbent 70:22
indicate 27:22,25 28:5,8
indicated 37:7 70:7
individual 25:9 26:6 39:25
  40:8 75:1
individually 14:10
individuals 59:9
industry 73:8
inform 75:5
informal 85:6,11
information 24:1,7,12,15,21
  25:2 28:11 29:3,6,9,12
  33:11 34:17,21 35:10 36:20
  41:21 42:6,10,20 43:17 49:9
  53:16 54:3 61:13 62:18,20
  62:22 67:14 72:23 73:3,12
  73:13 78:12,14 81:16,25
  82:1
initial 34:12,19
insiders 59:10
instances 29:1
instruct 56:4
instruction 46:18
instructions 49:25
insurance 1:6 4:5,24 9:8
  11:19,22 12:18 13:17 14:24
  17:23 40:1 61:4 64:5 66:24

78:17
**insured** 32:18 36:18 53:21
  71:4,13,14
**insureds** 36:2 75:15
**insuring** 54:22,25 55:22
  56:24 59:15 60:1,3 64:6
  75:20
**intended** 46:6 49:15 50:14,17
  51:15 52:6,20 53:9,20 54:12
  64:14,20,21 75:18 76:2
**intent** 56:11 57:1,15 58:3,9
  58:10,11 59:15 60:1
**intention** 46:8
**interact** 72:9 74:22 75:11
  76:2
**interested** 67:2 72:23 73:2
  75:6 84:13 89:4
**interface** 72:9
**interlopers** 57:9,17 58:4,11
  58:12 59:3,4
**intern** 11:4
**internal** 25:6 33:24 34:20
  73:23 74:16
**internet** 24:10 42:9
**interpret** 46:1 50:3,22 51:14
  56:9 58:6 79:23
**interpretation** 55:8 56:11
  58:17
**interpreting** 45:20 50:7
**interrogatories** 88:21
**introduced** 18:22 19:11,15
**investigation** 74:7
**involved** 5:21 14:19 28:19
**issuance** 62:8
**issue** 26:1,11 72:17
**issued** 19:17,22 20:18 21:19
  24:5 42:25 43:25 61:1 64:11
  65:11
**issuing** 32:15 62:3
**iterations** 17:7 75:25
**it'd** 6:8

### J

**Jackson** 4:11
**Jeff** 85:18
**job** 6:4 13:23 16:3 61:14
**joined** 11:17

**July** 1:16 4:8 10:24 67:18,19
  88:7 89:9
**June** 19:16 20:17 23:7,7
  63:19 64:11 69:25
**jurisdiction** 72:7 74:9
**jurisdictions** 69:4 74:15
**justify** 62:8

### K

**KASOWITZ** 2:2
**keep** 7:1 61:25 62:21 81:12
**Kennedy** 27:7 28:13
**kept** 53:16
**key** 32:10 79:5,9,14
**kidnap** 11:22 14:24 15:5,11
**Kimberly** 23:19
**kin** 89:4
**kind** 32:12 36:23 43:1
**know** 6:7,13,16 7:3 21:10
  22:24 27:2 31:9 65:1 67:6
  67:14 72:1 80:19 83:3
**knowledge** 10:11 36:22 63:21
  85:6
**knowledgeable** 60:25
**known** 81:4
**knows** 41:12 52:2,4
**Knuth** 2:13 4:9

### L

**lack** 12:11 61:24
**landscape** 16:17
**language** 39:18,21 40:1,14,15
  46:8 65:14 74:4
**large** 25:23
**largely** 17:20 20:10
**larger** 14:21,22
**largest** 42:15
**late** 69:25
**launch** 67:4
**Laura** 1:12 5:1 22:13 88:4
  89:14
**lawyer** 46:7
**leaning** 38:25
**learned** 12:12
**learning** 79:3
**leased** 49:10
**leaving** 40:21

**left** 8:3
**legal** 4:10 45:25 47:12 49:12
  55:5,7,24,24 56:2 58:15,17
**let's** 10:23 13:4 81:11
**level** 62:10
**levels** 14:10
**liability** 11:22,23 31:24
**lied** 22:16
**limit** 25:19,24 26:12 31:24
  32:6 57:16 58:12 61:18
**limited** 25:21 61:12
**line** 13:16 26:6 27:24 28:19
  29:23 32:19 68:8 90:8
**lines** 11:20 13:18 24:16,19,24
  44:11
**list** 70:16 75:2
**listed** 90:7
**litigation** 10:12 49:22
**little** 36:9 63:15
**LLP** 2:2
**local** 72:4 74:22
**locality** 69:10
**located** 4:11 68:22
**long** 12:5 18:1 22:25 33:22
  47:21 66:5
**longer** 17:24
**look** 13:15 17:13,16 20:11
  21:17 22:23 27:13 33:1
  38:15 46:20 47:1,17 50:1
  53:23 54:15 62:14 76:11,18
  83:2
**looked** 62:12,23
**looking** 27:20 29:6 39:15
  52:18 54:21 56:23 66:15
  77:12
**Los** 11:3 12:3 13:6
**loss** 35:23 36:1,3,12,23 57:11
  64:13,15 73:3
**losses** 39:12 67:3 73:7 85:9
**lot** 24:1 27:12 75:14
**low** 26:12
**Lowers** 35:21 83:10
**lowest** 31:5
**L-O-W-E-R-S** 83:11

### M

**Maillet** 50:23 51:6,22 52:10

**making** 5:21 74:18
**manage** 13:14 17:11
**management** 35:18 72:24
  83:12
**manager** 15:11 27:6 72:5
**manner** 17:21 74:20 75:8
**MANSUKHANI** 2:7
**mark** 2:13 4:9 82:22
**marked** 7:25 8:16 22:9,14,18
  66:6,7 82:23
**market** 16:7,11 68:25 73:19
**marketed** 72:3
**marketing** 72:8,13,15 73:11
  74:9,23 75:3 84:1,10 85:12
**marketplace** 72:6 74:23
**marking** 72:5
**mass** 74:14
**Master's** 10:18
**match** 33:14
**material** 33:3 34:25 35:1 36:7
  36:23 37:8 72:13
**materially** 33:16
**materials** 72:8 74:23
**matter** 4:4 36:15 41:21
**matters** 9:13
**mean** 15:18 21:17 46:20 54:1
  56:8,15 83:22,25 85:11
**meaning** 46:9,24 47:3 85:10
**means** 30:3 46:22 56:18,18
**meant** 18:12
**medications** 7:17
**Medidata** 1:2 4:4,20 5:14
  19:17 20:19 21:20 23:6 24:5
  32:22 35:6 36:25 40:22 41:1
  43:14 44:4 49:10,20 61:2
  62:6 63:25 65:11 69:9,25
  70:1,5 71:20,22
**Medidata's** 29:24 31:17 32:8
  34:12 64:11
**meets** 49:22
**memorized** 77:10
**mental** 47:13
**mention** 49:5 60:19
**mentioned** 13:19 34:16 43:23
  53:6 62:13,25
**methodologies** 58:19 82:3
**methods** 39:14

**middle** 8:8 39:12
**Mike** 50:5
**million** 25:19 32:6,9 42:14
**mind** 7:1 20:4 33:10
**minutes** 82:10
**misnomer** 68:11
**misunderstanding** 80:1
**Mm-hmm** 29:19 48:5
**modify** 47:9
**moment** 22:23
**momentous** 37:8 66:24
**money** 57:12
**months** 12:7
**monumental** 18:15 19:2
**morning** 50:24 52:11
**move** 35:5 60:16 81:11
**Moving** 61:3
**Mukahirn** 1:12 5:1 88:4
  89:14
**multiple** 24:8,16
**mutually** 26:17 63:5 64:3
**myriad** 64:24

**N**

**N** 2:1 3:1
**name** 4:9 5:12 28:5,8
**narrow** 63:15
**nationwide** 69:20
**natural** 54:16
**nature** 12:18 44:17 59:9,18
  60:5 71:2
**necessarily** 60:5
**necessary** 45:21 46:1,14
**need** 6:13 7:2 9:3 26:2 31:11
  47:20 79:14
**negotiated** 44:24
**negotiation** 43:13
**Negotiations** 44:10
**neither** 74:5
**network** 53:20 75:14
**new** 1:1 2:3,3 13:16,16 32:19
  36:6,11 70:21 72:3,24 74:12
  75:6
**Newport** 13:8
**nice** 6:8
**nine** 12:7
**nodding** 5:25

**nonemployee** 59:17,18 60:6
**nonemployees** 60:5
**nonpublished** 85:11
**normal** 20:2 52:25 53:18
**North** 1:14 2:7 4:7 42:5,16
  88:14
**notary** 1:13 87:22 88:5 89:7
**note** 7:12 37:9 72:19
**noted** 17:9 34:14
**notes** 65:19 72:20 82:11
**notice** 1:12 8:22 9:4 16:24
  17:1 36:19 50:11 51:7 56:17
**number** 8:12 31:23,25 33:23
  38:9 39:8 75:24,25 78:11
  81:24 84:2,4,5,11
**numbered** 83:18
**numbers** 8:7,8,10 31:22
**numerous** 75:10

**O**

**oath** 7:16
**object** 7:6 16:10 18:9 19:3
  20:6 40:3 45:24 46:17 47:11
  49:11,24 53:22 56:19 57:19
  58:14 59:6,19 60:7 61:9
  64:18 65:12 76:7 77:5 78:8
  79:17 81:20
**objected** 7:10
**objection** 7:7,12 42:19 46:18
  49:25 56:21
**objective** 79:3
**obtain** 61:7 78:12
**obtained** 33:13
**obviously** 10:5 23:25
**occur** 77:22
**October** 83:24 84:1,16 85:3
**offer** 16:5 47:12 55:3 58:15
**offered** 15:20 16:18 61:18
  64:6
**offering** 17:3 56:20
**office** 12:3,9 13:7,8
**officers** 11:21
**offices** 75:10
**official** 89:6
**Oh** 26:5 84:4
**okay** 11:16 12:23 13:2 22:7
  23:25 26:19,24 27:11 28:18

29:17 34:9,14 35:3 38:23
39:4 41:13 43:3 45:7 68:13
80:7 84:6 85:16,23,24
**once** 22:22 25:3 72:6 74:14
75:16
**online** 82:1
**open** 81:16
**operate** 50:17 52:20 54:12
64:14 75:18
**operated** 52:22
**operates** 51:10,17,19
**operation** 50:14 51:4,15 52:7
53:10
**opinion** 45:25 49:18 55:3,24
56:10
**opinions** 47:12 55:7 56:2
58:15
**opportunities** 13:16
**optional** 71:13
**oral** 88:20
**order** 81:5
**organization** 25:22 33:25
39:9 49:23 57:6 73:10 76:10
76:16
**organizations** 12:17 42:8
**organize** 36:9
**original** 35:8 62:23
**originally** 19:22
**outline** 70:17
**outside** 29:10 36:4 39:14
45:22 46:14 57:9,16 58:4,11
58:12 59:3,4
**outsider** 76:9
**outsiders** 39:12 57:6 58:19
59:2,3,10
**overall** 18:7 26:13 31:23
56:25
**owned** 49:10 52:21
**o'clock** 1:17

---

**P**

**P** 2:1,1 42:7
**page** 3:2,5 8:6,7,10,12 9:13
27:15,19,20 28:12 29:17,18
45:9,12,14 46:7 47:5,7 48:3
50:11 54:19 57:24 66:25
67:8 72:20 78:23,25 79:9,13
80:9,12 83:18 90:8
**pages** 87:8
**pamphlet** 84:20
**pamphlets** 84:21 85:1
**part** 5:20 9:13 15:25 28:4
34:3 40:20 64:13 70:15
**participant** 77:19
**particular** 53:4 68:20 72:18
**particularly** 72:2
**parties** 36:4 39:13 52:23
84:13 89:5
**partnered** 35:20
**party** 78:12 81:5 83:15
**passed** 73:22
**pay** 35:23
**pending** 6:21
**people** 84:23
**perils** 39:8
**period** 12:5 19:12 21:21
36:13
**person** 28:5,9 51:11,12 77:2
**personally** 21:19
**perspective** 51:9 63:2 85:8
**ph** 19:9
**picked** 6:1
**pieces** 24:18
**pile** 7:22
**place** 4:7,13 27:16 32:4 61:7
62:6 67:17 72:1 89:1
**plain** 46:9 47:3 53:24
**plaintiff** 1:4,11 2:5 4:20 5:13
49:22 88:9
**Plaintiff's** 3:6,7,8,9 8:16,25
22:10,14,19 38:16 66:8
82:22,24
**play** 40:14 64:25
**played** 64:13
**please** 4:15 5:1
**plenty** 6:6
**point** 12:9,19 40:18 61:17
**points** 82:13
**policies** 12:1,13,15,21 15:16
17:6,7,12,15 37:22 62:5
75:19
**policy** 10:8 16:20 17:18,22
18:2,6,10,16,19,22 19:1,7
19:10,14,18 20:8,11,14,17

20:18,20,22 21:1,20 23:6,16
24:5,14 25:11 31:10 32:3
34:7 36:13,14,20 37:10,12
37:14,16,24,25 38:1,7,18
39:6,23 40:5,9,11,16,21,25
42:12,12 43:15,22 44:14
45:3,8,17,20,23 46:1,5,13
46:15,21 47:2,4,7,9 48:16
49:23 50:3,7,15 51:1,5,10
51:16,17,19 52:7 53:12,15
53:19 54:9,11,19 55:12,17
56:25 57:7,13,15 58:7,17,22
60:18,21 61:1,5,11 62:1,3,9
62:12,21 64:9,11,14,16,20
64:23 65:10,14 67:5 68:7
70:1 71:10,23 73:5 75:22,23
76:3,12
**policyholder** 21:5 34:18
36:16 49:21 50:19 52:22,25
53:17 70:23
**policyholders** 32:15 35:19
40:24 41:3 42:21 74:11 85:8
**portfolio** 15:16 16:9,20 17:11
17:18,22 19:14 20:22 21:1,8
**portion** 30:7,12
**position** 11:17 13:2,9,12 14:6
15:9 50:13,25 51:2 66:4
**possibility** 44:12
**potential** 28:24
**PR** 72:14 74:10
**practices** 11:23 36:4
**precocious** 40:19
**premium** 31:7,14,25 42:14
48:21 62:9
**premiums** 64:7
**premium-bearing** 71:15
**prepare** 10:3 43:18
**preparing** 23:10 45:3 46:13
**prescribed** 75:8
**presence** 72:11
**present** 2:12 4:15 54:13 73:5
88:15
**presentation** 36:11 66:22
67:9 72:16,18,22 77:13,22
**presented** 61:19
**preserving** 7:7
**president** 15:10

**press** 72:12
**preventing** 83:8
**prevention** 35:24 36:1,3,12
    36:23
**previous** 17:6 58:3
**previously** 13:19 48:13 88:16
**price** 61:16
**pricing** 12:17 74:20
**primary** 59:15,25
**prior** 23:12 32:15 85:3
**privilege** 34:8
**probably** 6:24 68:11
**problem** 38:13
**proceed** 7:13 22:24 75:2
**process** 18:3 24:7 28:19
    32:13,19,22,23 33:19 67:23
    71:5,16
**procure** 36:21
**produced** 10:11 34:5
**producing** 34:13
**product** 15:11,19,24,25 16:2
    16:5,9,12 46:4 56:20 67:24
    68:2,10 74:1
**production** 21:22 22:5 34:3
**products** 14:25 15:6 16:17
    17:2,3
**program** 12:7
**progressed** 14:14
**promotion** 14:2
**promotions** 14:5,13
**property** 57:13
**proprietary** 41:21 42:19
**prospect** 13:15
**prospective** 32:15 34:18
    35:18
**protect** 58:4,10
**protection** 13:5,24 14:3 15:15
    16:4,8,19,21 17:17,21 18:6
    19:14 20:21 21:1,7 23:23
    24:4,16 25:15 26:7,10
**protective** 61:6
**protocols** 34:1
**provide** 31:21 34:19 35:17,21
**provided** 10:7 24:12 28:9
    29:7,10,13 36:2,15,19,24
    43:17 57:14 66:23 73:12
**providers** 24:10

**provision** 47:9 54:17
**provisions** 40:9 50:14,17 62:6
**public** 1:13 33:13 87:22 88:5
    89:7
**publicly** 42:7
**publish** 42:5
**published** 84:3
**pull** 33:8 42:8
**pulls** 24:22
**purchase** 68:21
**purchased** 68:6 69:10
**purchases** 64:1
**purporting** 81:1
**purpose** 39:5
**pursuant** 1:11 9:5
**put** 25:2 37:17,23 44:14 51:7
    84:2,4,5
**puts** 84:11
**putting** 80:18,22
**p.m** 1:17 4:9 41:15,18 65:21
    65:24 82:16,19 86:1
**P21** 38:10,11

----

## Q

**question** 6:8,12,21,23 7:11
    16:14 35:13 41:22 52:4 56:6
    58:8 59:21 60:9,11 63:13
    66:11 77:24
**questions** 5:23 7:6 29:1 33:23
    35:2 66:3 85:21 88:24
**quickly** 22:3
**quite** 18:1

----

## R

**R** 2:1 90:2,2
**raise** 72:15 74:10
**ranking** 31:4
**ranks** 14:15
**ransom** 11:22 14:24 15:5,11
**Rasowitz** 4:21
**rated** 29:25 30:2
**rates** 74:4
**rating** 31:2,3
**reach** 14:17 74:14
**reaction** 17:14
**read** 18:12,12 41:22 42:1,8
    46:6 48:24 49:15,16 50:2

    54:17 55:11,12,16 57:7 87:6
    90:4
**reading** 57:13
**ready** 22:24 73:19 83:3
**really** 35:25 42:24 50:4,6
**realm** 44:12
**reask** 35:2
**reason** 22:2 40:7 44:8 47:23
    49:1 60:22,24
**recall** 37:1 44:6,15,25 47:14
    47:22,24 49:5 62:11 67:9,11
    67:14,22 70:17 76:21 84:17
    84:20
**receive** 14:1 74:2
**received** 14:4
**recognize** 23:1
**recollection** 85:15
**record** 4:2,14 7:7 37:18,24
    41:11,15,18,20 42:1 65:21
    65:24 82:16,19 86:1 88:24
    90:5
**recording** 4:13 67:7
**red** 12:16
**reduced** 88:11
**REES** 2:7
**reevaluated** 17:12
**reexamination** 33:17
**refer** 8:6,10 10:2 25:8 26:2,14
    37:24 38:12,18 77:8
**reference** 76:13
**referral** 28:21 35:25 83:13
**referred** 27:23,25 28:12
    58:21 83:13 89:2
**referring** 8:7 26:19 28:19
    37:25 38:19 58:2
**regard** 37:9 53:9
**regarding** 43:20 85:1
**regardless** 7:9
**region** 13:20
**regions** 14:20
**regular** 8:12
**regulator** 68:23 74:1
**regulators** 69:16 73:20,25
**regulatory** 68:19 69:4 71:5
    74:7
**related** 36:24
**relationships** 13:20

**relative** 31:7,14 61:18
**releases** 72:12
**relevant** 8:2
**relocation** 14:19
**remainder** 75:23 76:3
**removed** 20:12
**renamed** 17:19
**renewal** 17:4 24:4 25:10
  28:13 32:19,22,23,25 33:1,9
  34:10,22 36:14,25 37:9
**renewals** 13:15 16:23 68:15
**renewed** 70:1
**repeat** 6:14
**repeated** 6:13
**rephrase** 6:16 19:4,20 56:8
  56:14 59:20
**reported** 88:10
**reporter** 5:1 6:2,14 22:16
  88:5
**represent** 5:13
**representative** 43:12
**request** 21:22 34:11 36:2,6,10
  70:10,11,16,23 71:17,24
**requested** 9:14 20:9
**requesting** 70:14
**require** 26:16 29:2 54:25
  57:2
**required** 34:22 55:21 61:7
  71:4,6 74:2,8,21
**Rereading** 27:5
**research** 67:13
**Reserve** 11:3
**resort** 54:9
**resources** 68:24
**respond** 64:23
**response** 16:7,12 50:23
**responsibilities** 13:11,14
  14:12
**responsibility** 14:16
**restatement** 60:14
**result** 59:11
**retention** 31:24 32:7 61:17,22
  62:9
**revenue** 25:23 26:13
**revenues** 25:21 32:8
**review** 9:4 10:10 23:13 26:25
  37:4 43:10,16 45:2 61:12

62:4,16,18 73:23 82:11
**reviewed** 10:6 23:9 70:19
**reviewing** 46:12
**revised** 36:17
**re-underwriting** 29:8
**right** 37:12 67:15 68:16 84:10
**right-hand** 38:20
**risk** 12:13 24:13 31:8,12,14
  33:4 34:20 35:17 61:15,19
  72:24 83:12
**risks** 12:17 13:6 79:1
**role** 13:8 15:1 40:14 53:8
**rolled** 68:14 69:8
**rollout** 67:16 68:17,18 69:20
**rules** 5:18

**S**

**S** 2:1 3:4 90:2
**safeguards** 61:6
**saying** 19:21 80:11
**says** 9:13 56:17 67:6 78:25
  79:22 80:3 83:19
**scenario** 54:13 64:25
**Schedule** 42:7
**scheduled** 1:16
**Schmookler** 2:9 4:22,23 8:18
  16:10 18:9 19:3 20:6 21:14
  22:7 30:5,9 34:5,14 35:4,12
  37:11,15,19 38:24 40:3
  41:10,19 42:23 43:4,8 45:24
  46:17 47:11 49:11,24 50:20
  52:1 53:22 55:2,23 56:7,15
  57:19 58:14 59:6,19 60:7
  61:9 63:6,10,14 64:18 65:12
  66:10 76:7 77:5 78:8 79:17
  80:16 81:7,11,20 82:14
  85:20,24
**school** 12:8,11,20 13:3
**scope** 14:17 29:10 57:16
**Scott** 2:9 4:22 21:9 34:2
  81:10 85:19,20,23
**screen** 39:1
**SCULLY** 2:7
**seal** 89:7
**second** 41:11 72:19
**secret** 42:20
**secrets** 41:25

**section** 21:8 28:13 29:20
  38:20 39:6,17 43:22 44:18
  45:8,10 46:25 48:14,23
  60:18
**securities** 57:12
**see** 6:9 8:9,17 9:15 10:24 13:4
  21:10,23 28:24 29:20,25
  43:20 45:4,9,13 47:17 48:6
  55:11 66:25 83:20
**seeing** 21:17 44:6,16,25 47:24
  70:18
**seeking** 59:23 82:1
**seen** 8:24 23:12 34:10 62:25
  70:5
**seminar** 72:21 79:1
**send** 36:17 56:16
**sense** 16:16 18:2 71:19
**sent** 21:12
**sentences** 31:20 32:2
**separate** 52:7 68:8,10,14
**servers** 53:17
**services** 35:18,23,24 52:24
**set** 9:25 80:8 88:16
**she'll** 6:14
**Short** 41:16 65:22 82:17
**Shorthand** 88:5
**shortly** 15:22 18:23 19:15
**shrugging** 5:25
**side** 80:9,10
**sign** 29:4
**signature** 89:6
**significant** 20:4,17
**similar** 17:25 33:5
**simple** 29:14
**simply** 31:6
**simultaneously** 37:22
**single** 65:1
**sir** 11:15 13:1
**sits** 75:22
**situations** 28:2
**six** 14:8,13 15:1
**Skipping** 52:14
**slide** 67:8 77:12,18 79:4
**slotted** 13:7
**small** 79:2,3
**social** 20:25 21:3,15 63:3,19
  64:2,4,12 65:4,9,15 67:2,4

67:16,24 68:1,4 69:2,23
  70:3 71:24 73:6,16 75:16
  76:5,16 77:1,3,16,20,25
  78:2,7,9,18,19 79:5,10,15
  80:21,24 81:17,22 82:4,6
  83:9 84:21,22
**sold** 40:23 41:2
**solely** 15:4 37:25 38:19
**Solutions** 1:2 4:20 23:6 49:21
**somebody** 25:22 81:1,1,3,4
**sorry** 8:24 13:22 27:10 36:8
  37:13 39:2 62:16 67:25
  70:11 83:18 85:23
**sort** 45:25 46:3 55:3,4
**sources** 24:8,9 33:14 81:16
**SOUTHERN** 1:1
**speak** 33:23 36:3 50:6 53:2
  54:6 57:9,21 59:8 64:20
  69:16 72:14 76:1,12 77:6
  79:20
**speaking** 26:4 48:1 79:1
**speaks** 31:6 76:17 79:19
**special** 18:5
**specialization** 14:23
**specializing** 12:20
**specialty** 11:19 12:24 13:18
**specific** 16:2 39:24 58:6 61:3
  62:20 65:3 67:21 73:8,11
  77:25 84:20
**specifically** 7:8 13:17 26:20
  40:22 41:1 50:18 54:21
  57:21 75:5 85:15
**specifics** 69:12
**speculate** 16:1 77:9 79:21
  80:2
**speculation** 59:7 81:21
**spoke** 10:5,8 37:6
**spoofing** 85:2,9
**spot** 12:16
**SS** 87:1 88:1
**staff** 72:4
**standard** 21:3,6,15 53:24
  54:10,15
**stands** 23:20
**start** 7:21 45:7 74:10 81:17
**started** 15:20,22 18:23 19:16
**Starting** 10:14

**state** 1:14 68:20 87:1 88:1,6
  89:8
**statement** 32:10 42:6 69:6,22
**states** 1:1 14:20 69:15,16
  75:11
**statistics** 73:4
**stealing** 39:9
**stenographically** 88:10
**step** 73:21
**stickers** 7:23
**stipulation** 6:20
**stored** 49:9 54:4
**Strategically** 43:4
**strategies** 36:12
**strategy** 46:4 47:13 55:5,7
**Street** 1:15 2:7 4:7 88:14
**strictly** 25:12
**strike** 27:3 36:8 52:16 62:16
  63:16 71:21
**structure** 43:2,5
**study** 12:10
**subject** 34:8,13 48:15 54:16
  64:15,23 68:19
**submitted** 73:20
**Subscribed** 87:17
**Subsection** 48:22 52:15 53:11
**subsequent** 10:21 11:10 14:2
  21:13 22:6 25:1 34:22 36:7
  49:2
**subsequently** 48:18
**substantial** 61:22
**substantive** 44:17
**subtract** 58:23
**suffering** 7:18
**sufficient** 29:13 62:8
**Sugzda** 2:4 3:3 4:19,19 5:9,12
  8:20 16:15 18:20 19:6 20:15
  21:9,24 22:8,12,21 30:8
  31:15 34:9,15 35:9,15,16
  37:17,23 38:4,6 39:3 40:6
  41:13 42:17 43:3,6,9 46:11
  46:23 47:19 49:19 50:8
  51:23 52:13 54:7 55:15
  56:14,22 58:1 59:1,13,22
  60:15 62:2 63:8,12,16,17
  65:7,16 66:1,12,17 76:24
  77:11 79:7,24 81:9,13 82:20

83:1 85:18,22
**Suite** 2:8
**summarize** 59:24
**summarized** 78:4
**summary** 60:13 77:15
**superior** 28:20
**supervisor** 27:24
**Support** 4:10
**supposition** 57:22
**sure** 14:14 16:13 30:4 34:9
  38:22 41:13 43:7 73:15,24
  82:12
**Surety** 42:4
**surrounding** 33:24 60:2
**swear** 5:2
**sworn** 5:3,6 87:17 88:18
**system** 31:2,3 48:7,12,22 49:2
  52:15,19 53:5 58:5
**systematically** 71:11
**systems** 57:10 58:20

**T**

**T** 3:4 90:2,2
**take** 6:18,22,25 7:3 9:3 22:23
  22:25 47:16,20 59:4 61:22
  65:16 66:5 83:2 85:10
**taken** 1:12 33:6 41:16 65:22
  82:17 88:9,13
**talk** 6:4 50:21,24 51:8,12,18
  51:22
**talking** 19:13 37:16,20
**target** 78:13
**team** 16:1
**teamed** 11:25
**tell** 7:16,19 26:3 46:7 56:3,17
  88:18
**ten** 17:13 19:21 20:5,8
**term** 23:6 24:14 45:16 46:15
  47:4 48:21 53:10,11 60:19
  60:20 65:14 68:3 71:21
  76:11 78:10,16,20 79:12
  82:7
**terminology** 38:2
**terms** 6:18 14:16 17:9 18:11
  20:12 39:16 43:21,23 44:1
  48:15 51:5 57:1 59:2,14,25
  60:2,3 64:8,16,24 65:4

74:19 76:14,18,25 78:22
79:13,13 80:4,12
**testified** 5:7 48:11 51:6
**testify** 9:18 50:13,16
**testifying** 9:6,7,22
**testimony** 90:4,6
**text** 77:25
**thank** 22:8 31:1 38:11 81:9
**thief** 81:4
**thing** 7:22 57:23
**things** 19:23 58:21
**think** 6:7 8:19 44:9 56:5,12
80:17,23 82:9 85:16
**third** 39:13 52:23 78:12 81:5
83:15
**third-party** 24:9 53:17
**thought** 6:10 18:3 45:5
**thoughts** 24:22 25:5
**threshold** 25:23
**tier** 29:24 30:2 31:2,13,16,23
32:14
**time** 6:6 7:2,5,5,12 9:3 10:2
11:2,13 12:23 13:11 14:2
16:20 17:8 18:1,4 19:2,12
34:12 36:25 47:16,20 62:7
63:15,23,25 64:10 67:20
68:16,24 69:8,18 77:22 89:1
**timeline** 73:15
**times** 69:15 70:12
**title** 13:23 48:6
**titled** 72:20 78:18
**today** 5:18 7:16,25 9:6 22:4
63:24
**top** 67:11 79:4
**topic** 35:5 50:12 51:3,14 52:8
52:10,11 55:25
**topics** 9:18,22 50:22
**Torres** 2:2 4:21
**totality** 82:8
**trade** 41:24 42:20
**trainee** 11:19,24 12:6,7
**transcript** 5:19,21 30:7,13
82:11 87:7,10 90:4
**transfer** 34:1 57:12
**transformation** 19:1
**transmitted** 54:4
**trend** 73:6

**trends** 72:24
**triggered** 55:1
**true** 87:9 88:23 90:5
**trust** 81:4
**truth** 7:16,19 88:19,19,20
**Truthfully** 60:13
**try** 6:4,16,24 36:8 41:23
**trying** 16:16 51:24 60:12
71:19 80:5,14,18,23
**turn** 45:21 48:3 83:17
**turning** 38:7 45:12 54:18
62:24
**two** 8:3 63:4 64:5
**type** 28:8 54:12 67:2 73:4
**types** 12:14,21 58:21 80:19
**typewriting** 88:11
**Typically** 75:13

## U

**ultimate** 28:6
**ultimately** 25:5 27:6 82:2
**unavailable** 69:9
**undergraduate** 10:17 11:8
**underlying** 31:22
**undersigned** 89:3
**understand** 5:22 6:12,15,17
9:6,17 19:5,23 22:5 24:13
28:15 35:13 38:17 45:23
51:23 60:8,11 77:19 80:3
83:22
**understanding** 16:20 28:16
46:21 50:15 54:16 63:24
70:2 77:1,16,20 78:2,5
79:11 80:10,11 81:14
**understood** 52:12 77:21 79:8
**underwrite** 12:13,15 74:20
**underwriter** 10:9 13:5,25
14:3 16:4,22 23:16,19,23
25:19 26:8,11 29:2 31:9
33:1 37:7 40:18 43:11 46:12
46:21 49:6 61:23 70:14
71:17 72:4 75:1,9
**underwriters** 11:25 12:3 24:6
24:16 74:18
**underwriter's** 25:15,18 61:14
**underwriting** 10:6 11:18,20
12:1 13:13 14:15 23:5 24:3

24:4 25:6 27:1 32:5 37:4,21
43:17 51:9 59:14 60:1 61:5
61:10,20 62:4,7,15,16,17
63:2 64:7 70:6,10,18 71:16
72:4 75:9 85:7
**United** 1:1 14:20 75:11
**University** 10:19
**updated** 18:16 36:18
**upper** 38:20
**use** 8:12 24:24 25:7 53:5
55:10 71:21 72:8,12 78:14
**usually** 81:15
**utilize** 53:25
**utilized** 53:10,21
**utilizing** 48:19
**U.S** 4:10
**U/W** 23:20

## V

**vacuum** 50:18
**value** 25:13
**variables** 25:14
**varied** 82:4
**variety** 39:13
**various** 35:23 80:4
**vectors** 81:24
**vendor** 33:25
**version** 17:19
**versus** 69:19
**vetted** 73:17
**Vice** 15:10
**video** 4:12 5:19
**videographer** 2:13 4:1,10,25
41:14,17 65:20,23 82:15,18
85:25
**videotaped** 4:3
**violation** 76:12
**violence** 14:25 15:12
**violence-related** 15:5
**vs** 1:5 4:5

## W

**waiting** 66:12
**walk** 14:9
**want** 6:21 37:16 51:16 63:10
63:14 75:2,3,4 78:15 82:12
**wanted** 35:12 43:6 51:19

**warranting** 33:17
**wasn't** 15:25 21:19 63:25
**way** 6:17 18:12 19:5,10 65:3
   82:6
**ways** 64:24 78:11
**went** 10:16 31:22
**weren't** 21:25
**West** 4:11
**we'll** 6:9,22 7:3 8:3 25:7
**we're** 5:18,20 8:5 27:19 30:6
   38:19 39:15 51:18 56:13,20
   85:25
**we've** 7:25 34:5 38:15 41:19
   46:4 50:22 51:14
**whatsoever** 52:3,5
**Whittier** 10:16,17
**willing** 61:21
**wire** 34:1
**wish** 17:15
**wishes** 68:21
**witness** 4:16,17,23 5:2,3,5
   16:11 18:10 19:4 20:7 31:1
   37:13 38:3 39:2 40:4 42:2
   46:5,19 47:14 49:14 50:1
   53:23 55:9 56:5 57:20 58:18
   59:8,20 60:10 61:10 64:19
   65:13 66:14 76:8 77:6 78:9
   79:18 80:24 81:22 86:2 88:8
   88:17,25 89:6
**wondering** 20:1
**word** 12:11 45:22 46:22
   55:10 56:17,18 60:25 76:10
**wording** 76:1
**words** 17:5,8,14 18:17 46:6,9
   46:20 47:3 49:15 53:5 55:13
   55:17 56:9,11,12 57:7,14,21
   57:23 58:6,16,24 76:12,21
   77:9 78:24
**work** 13:4 24:18 46:3 56:20
   81:6
**worked** 10:23,25 11:2 12:2
   14:21 38:15 66:24
**working** 11:9,12 24:21 26:8
**workplace** 14:25 15:12
**works** 75:22 81:15
**wouldn't** 36:14
**write** 13:17 32:6 42:13

**writer** 42:15
**writing** 61:25 62:21
**written** 17:25 32:3 42:14
   58:23 64:22 65:2 83:9

---
### X
---

**X** 3:1,4

---
### Y
---

**Yahoo** 24:10
**yeah** 19:25 27:10,18 37:13
   60:10
**year** 15:3 34:7 42:15
**yearend** 32:8
**years** 10:25 15:1 17:13,13
   18:17 19:22 20:5,8 33:6
**yellow** 7:23
**York** 1:1 2:3,3
**young** 40:18

---
### $
---

**$10** 25:19
**$25,000** 32:7
**$265** 42:14
**$29,500** 32:7
**$5** 32:6

---
### 0
---

**084-003592** 89:15

---
### 1
---

**1** 9:18 31:4 39:10
**1/2004** 19:19
**1:15-cv-00907ALC** 1:5 4:6
**10/14** 83:19
**10019** 2:3
**11** 48:22
**1231** 29:18
**1232** 27:20 28:12
**1257** 54:19
**1258** 45:9
**1259** 45:12 47:5,7
**1289** 48:4
**14** 8:16 77:12
**15** 10:25 48:3 49:8
**1633** 2:3
**18** 3:6 8:18,21,23,24 9:1

   50:10

---
### 2
---

**2** 9:19 50:12
**2:27** 4:8
**2:30** 1:16
**200** 4:11
**2000** 10:24 11:7,17
**2004** 40:17
**2009** 35:7,8 62:13
**2014** 19:16 20:18 23:7 28:14
   34:7 36:25 63:20 64:11 67:8
   67:19 69:25 83:24 84:1,16
   85:3
**2014/15** 38:7
**2015** 1:16 4:8 23:7 87:19 88:7
   89:9
**21** 38:12,16
**212)506-1700** 2:4
**22** 3:7
**24th** 89:9
**25** 23:7,7
**276** 32:9

---
### 3
---

**3:10** 41:15
**3:16** 41:18
**3:48** 65:21
**3:58** 65:24
**31** 10:24 67:8
**312)565-1400** 2:9
**33** 3:7 22:17,20,22
**34** 3:8 22:11,15,22 66:6,9
**35** 3:9 82:22,25

---
### 4
---

**4** 28:14 29:25 30:3 31:13
   66:25 67:7
**4:21** 82:16
**4:32** 82:19
**4:36** 86:1

---
### 5
---

**5** 3:3 9:13 31:4 50:11 54:22
   54:25 55:22 56:24 59:15
   60:2,3
**50** 69:15,16

|  | 6 |
| --- |
| **60606** 2:8 |
| **66** 3:8 |

|  | 8 |
| --- |
| **8** 3:6 |
| **800** 2:8 |
| **82** 3:9 |

|  | 9 |
| --- |
| **9** 1:16 4:8 39:11 88:7 |