UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEDIDATA SOLUTIONS, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | 1:15-cv-00907ALC |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The discovery deposition of MICHAEL MAILLET, called by the Plaintiff, for examination, pursuant to notice, taken before LAURA MUKAHIRN, CSR, a notary public within and for the County of Cook and State of Illinois, at One North Franklin Street, Chicago, Illinois, on July 9, 2015, scheduled to commence at 9:00 o'clock a.m.

factual summary of the claim; is that correct?

A. I might. It might be a very simple summary because, obviously, the insured is aware of the claim as well as I am.

Q. And that summary would include the facts that you considered important to that claim?

MR. SCHMOOKLER: Object to form.

THE WITNESS: It would consider facts that I consider important in discussing the claim with the insured.

BY MR. SUGZDA:

Q. And those facts would change over time as you became aware of new facts?

A. It might.

Q. Turning now to the specific facts of the wire transfer loss at issue in this case. You were assigned to handle a claim that came in from Medidata Solutions, Inc.; is that correct?

A. Yes.

Q. In September of 2014?

A. In or about then, yes.

Q. And you came to understand that that claim was started based on an e-mail that a Medidata employee received; is that correct?

MR. SCHMOOKLER: Object to form.

THE WITNESS: I mean an e-mail received by a Medidata employee was part of the facts of the case, yes.

MR. SUGZDA: I don't know if we need to mark this. Just give me one second to check. Scott, I believe this was already marked as Exhibit 14, is that correct, if you want to look?

MR. SCHMOOKLER: It was marked. I don't remember what number, but if you say it's 14, I'll trust you.

MR. SUGZDA: Let me check. So, Scott, the screen shot was marked. I'm going to mark this as a separate Exhibit.

MR. SCHMOOKLER: Yeah. Go for it.

MR. SUGZDA: Can you mark this as Exhibit 19?

these things are done. But it's likely that it would be difficult for someone to actually -- the person could sign their name and then scan it. I really don't know.

BY MR. SUGZDA:

Q. Leaving the signature issue aside for a moment, would you agree that in a genuine, nonfraudulent e-mail, that the from line of the sender reflects -- the from line reflects the e-mail address of the person who actually sent the e-mail?

MR. SCHMOOKLER: Object to form.

THE WITNESS: To the best of my understanding, that would be correct.

BY MR. SUGZDA:

Q. And in the e-mail in front of you marked Exhibit 19, the from line shows ██████████' real e-mail address at Medidata?

A. That's what I've been told, yes.

Q. However, in the course of your investigation, you learned that ██████████ did not send this e-mail; is

clears that up.

BY MR. SUGZDA:

Q. Mr. Maillet, do you see the date of this letter is December 24, 2014?

A. Yes.

Q. And you -- And the conclusion you reached in this letter was that the claim Medidata made was not covered under its policy for Federal Insurance Company?

A. Yes.

Q. So this letter represented the facts as you understood them at the end of your investigation; is that correct?

A. Yes.

Q. And so based on that investigation, you understood that there was a series of fraudulent e-mails; is that correct?

A. Again, that's, yeah, I understood that was the allegation made by Medidata.

Q. And in the course of that investigation up until December 24, you hadn't seen any evidence to contradict that understanding?

A. That's correct.

Q. And is the document marked as Exhibit 19 one of the e-mails you understood to be part of the series of fraudulent e-mails?

A. Yes. It's one of the series of e-mails which Medidata was alleging were fraudulent.

Q. And, again, you had no evidence to contradict that allegation?

A. Correct.

Q. So returning to Exhibit 19, I would ask you, again, do you consider this to be a fraudulent e-mail?

MR. SCHMOOKLER: Object to form. Don't disclose our legal strategy or mental impressions or work product, Mike. All of that, what we're intending to do going forward is privileged. But you can answer in terms of what you did during your investigation.

BY MR. SUGZDA:

Q. And to be clear, for the record, Scott, I'm asking him about how he characterized it in the final letter of his

objecting to. But if you go ahead.

BY MR. SUGZDA:

Q. Would you like the question read back to you?

A. No.

Q. Okay.

A. I would say that that -- Well, actually, maybe I should have the question read back.

(Whereupon the following was read back: "And is the from line of an e-mail a representation of information?")

THE WITNESS: I would say I have no reason to think it wouldn't be a representation of information. Yes.

BY MR. SUGZDA:

Q. And in the e-mail marked as Exhibit 19, the from line, based on your understanding which you had no evidence to contradict in your investigation, the from line is a misrepresentation of information?

MR. SCHMOOKLER: Object to form.

THE WITNESS: I would say that

not sent by [REDACTED]?

A. That's what I was told, and I have no reason to believe otherwise.

Q. And, again, it's your understanding based on your investigation that this e-mail was created by somebody typing [REDACTED] actual e-mail address in the from line of an e-mail and a different e-mail address in the reply to line of the e-mail?

MR. SCHMOOKLER: Object to form.

THE WITNESS: That's my understanding of what's alleged by Medidata, yes, and I have no reason to believe otherwise.

BY MR. SUGZDA:

Q. And in this e-mail, the individual purporting to be [REDACTED] instructs two other individuals -- I'm sorry. Let's back up. Strike that.

This e-mail is addressed to what appears in this e-mail as [REDACTED] and [REDACTED]; is that correct?

A. That's what appears on the the e-mail, except that it also mentions

the bottom to send the confirmation to Michael when you receive it.

Q. In the course of -- Strike that.

Given the series of fraudulent e-mails that you identified in your December 24 letter, would you consider -- Did you form a conclusion as to whether or not this was an instruction in the context of that series of e-mails?

MR. SCHMOOKLER: Object to form.

THE WITNESS: I formed a conclusion that there was an instruction to do a wire transfer. As to whether this particular document was an instruction, it doesn't appear to be, no.

BY MR. SUGZDA:

Q. But you did form a conclusion that in the course of these e-mails there was an instruction to complete a wire transfer?

MR. SCHMOOKLER: Object to form.

THE WITNESS: Yes.

BY MR. SUGZDA:

Q. And did you form a conclusion

transfer would not have gone forward?

MR. SCHMOOKLER: Object to form. Calls for speculation.

THE WITNESS: It does call for speculation. There could have been other ways in which this could have been carried out.

BY MR. SUGZDA:

Q. But given the understanding based on the facts of this claim that you became aware of during your investigation, this specific transfer was only carried out because the individual purported to be [redacted] [redacted], the [redacted] of Medidata?

MR. SCHMOOKLER: Object to form. Mike, only answer based on what you learned in the investigation. Don't talk about or disclose anything we've -- any conclusions we've drawn off the current depositions.

THE WITNESS: I wouldn't agree that the e-mails were the only reason that the transaction took place.

BY MR. SUGZDA:

Q. So based on your investigation, do you see a series of causal events

causing the ultimate transfer?

MR. SCHMOOKLER: Object to form. Mike, only disclose that to the extent you reached a conclusion in your investigation. Don't talk about or disclose what our intended strategy will be on summary judgment.

THE WITNESS: There were a number of circumstances which led to the transfer.

BY MR. SUGZDA:

Q. And the first of those circumstances was the e-mail from the individual purporting to be [REDACTED] that we've marked as Exhibit 19?

MR. SCHMOOKLER: Object to form.

THE WITNESS: Chronologically, yes.

BY MR. SUGZDA:

Q. I'd like to -- We've delved into this a good amount already, but I'd like to formally change facts from the actual underlying facts of the claim to your investigation of the claim. You were assigned to this claim on September 26,

2014; is that correct?

A. On or about that time, yes.

Q. Do you know why you were assigned to this claim?

A. Yes.

Q. And why was that?

A. There was a discussion within the claim department, and considering the amounts involved, it was decided that I would be the best person to handle it.

Q. And did you have any understanding of why you were the best person to handle it given the amounts involved?

A. Given my role as regional claim technician, part of my responsibility is to be involved in the more complex and large dollar amount claims. And this was considered one of those.

Q. But specifically it would have had to have been a large dollar amount claim in the fidelity or crime context, correct?

A. Right.

Q. And do you have an

understanding as to whether there were any other regional claims technicians who had your same background or experience with e-mail spoofing claims?

A. In the fidelity claim context, the answer is no. I'm the only one.

Q. So when we discussed earlier using your experience in prior claims to inform your handling of new claims, in fact you were the only regional claim technician at Federal who would have been able to apply prior e-mail spoofing experience to Medidata's claim?

MR. SCHMOOKLER: Object to form.

THE WITNESS: The only person in that position, yes.

BY MR. SUGZDA:

Q. And that position being regional claim technician, correct?

A. Right.

Q. Okay. Did you receive any assistance from other regional claim technicians in the handling of Medidata's claim?

A. I'm sorry. Could you repeat

that applied both to employee theft and the other coverages?

A. As related to a claim under the insuring clauses under which claim was being made, yes.

Q. So you don't know whether or not if an insider had been involved that the claim would have been covered under the employee theft coverage; is that correct?

A. Correct, without conducting an investigation of that type of claim.

Q. And your investigation of the claim did not reveal that an insider had been involved with the fraud; is that correct?

A. That's correct. I had no reason to -- I was told that Medidata's investigation did not reveal any insider involvement, and I had no reason to question that.

Q. Now, starting with the next paragraph that begins "MO advised." Do you see the first line where it says, "MO advised that Medidata's systems were not penetrated"?

MR. SCHMOOKLER: Object to form.

THE WITNESS: I had enough information to know that that was what was being alleged by Medidata, yes.

BY MR. SUGZDA:

Q. And at that point you had not received any information that would cause you to doubt that characterization?

A. Correct.

Q. And if you turn over on to Page 714, there are a series of numbered paragraphs. Do you see those?

A. Yes.

Q. And is it correct that this is information that you thought would be necessary to properly evaluate the claim?

A. I thought it was information that might be helpful in evaluating the claim.

Q. With the exception of the report prepared by Fulbright & Jaworski which you were advised was privileged that you requested in No. 5, do you have any reason to believe you did not receive the rest of the information you requested?

A. No. I have no reason to believe that.

Q. And is it correct that at no point in this letter did you request any information pertaining to the internal policies and procedures at Medidata governing wire transfers?

A. I think that information would be part of what I was requesting in Paragraph 5, and I assumed it would be included in any reports by Fulbright & Jaworski or our forensic experts.

Q. So you believed that information about the internal policies and procedures at Medidata regarding wire transfers would be helpful in the investigation of this claim?

A. I don't recall specifically at the time whether I believed that.

Q. Based on this letter, do you believe that at the time you thought that information was -- would be helpful?

A. I think by requesting -- the requesting in Paragraph 5, I was seeking as

A. Right. That's including the last sentence you left out some words, but that's correct.

Q. Okay. And you were aware at this point as a result of your investigation that the perpetrator of the fraud had purported to be the [redacted] of Medidata?

A. It appeared to be the case, yes.

Q. And appeared that way in e-mail correspondence to Medidata employees?

A. That's what appeared to be the case, yes.

Q. And those e-mails were viewed on Medidata's computer system?

MR. SCHMOOKLER: Object to form.

THE WITNESS: That's what I was told, yes. I had no reason to believe otherwise.

BY MR. SUGZDA:

Q. And your statement here is that you believed that that individual was authorized to act as Medidata's [redacted] on Medidata's computer system?

Q. But your conclusion -- You had no evidence that the from line of the e-mail was altered?

A. Correct.

Q. So based on your understanding of the facts of the fraud during and immediately after your investigation, the perpetrators of the fraud put something in the from line that wasn't supposed to be there and took what was supposed to be in the from line and put it somewhere else, but they didn't alter the from line?

MR. SCHMOOKLER: Object to form. Calls for speculation. Asked and answered numerable times.

THE WITNESS: I don't know exactly what the people that sent the e-mail did. As it was related to me that that's what was related, but I agree with your last statement that there's nothing to suggest that they altered anything in the from line.

BY MR. SUGZDA:

Q. Just to close the loop on that question, you don't know what the

perpetrators of the fraud did. That's correct?

A. I don't know precisely what they did. That's correct.

Q. But you do know that what was in the from line of the e-mail should not have been there, correct?

MR. SCHMOOKLER: Object to form.

THE WITNESS: I'm not sure how to answer that question. When you say should not have been, you know, I don't know who's the judge of what should be or what shouldn't be. What was in there purported to be the e-mail of [REDACTED] and apparently it wasn't.

BY MR. SUGZDA:

Q. And [REDACTED] didn't send the e-mail?

MR. SCHMOOKLER: Object to form. Asked and answered.

THE WITNESS: That's what I've been told and have no reason to disagree.

BY MR. SUGZDA:

Q. So [REDACTED] e-mail should not have been in the from line?

A. Yes.

Q. Are you aware if the word hacking appearing anywhere in the Federal Executive Protection Portfolio Policy issued to Medidata?

A. Not that I'm aware of, no.

Q. Do you have any reason to believe that it appears anywhere in that policy?

A. No.

Q. If you could refer to the policy, if you'd like, for this next question. What language in the policy do you think supports the contention that hacking is required under the computer fraud coverage?

A. I would say the policy as a whole, and the language requiring a fraudulent entry of data into or deletion of data from a computer system, or the fraudulent change to data elements or program logic of a computer system which is kept in machine readable format, or introduction of instructions, programatic or otherwise, which propagate themselves

given you.

THE WITNESS: It might include the actions of imposters if they hack into the insurance systems.

BY MR. SUGZDA:

Q. It could include the actions of imposters to the extent those actions otherwise satisfy the computer violation definition?

MR. SCHMOOKLER: Objection. Same instruction.

THE WITNESS: It could include the actions of imposters to the extent they comply with the definitions of computer violation and all the other terms and conditions of the policy.

BY MR. SUGZDA:

Q. And you stated earlier that while you consulted Mr. Robbibaro's letter that was marked earlier, in creating this letter you omitted certain language that you didn't think was relevant to the Medidata claim. Is that true?

A. That would have been my

50,000?

A. Yes.

Q. Are you aware as a result of your investigation of any facts that would support the application of exclusion 12(k) listed in the third affirmative defense to Medidata's loss?

A. Yes.

Q. And what facts are those?

A. Looking back at Exhibit 19, the initial e-mail purporting to be from ████ ████████ starts out by saying, "In regards to an acquisition that we are currently undergoing." And so that suggests to me that the transaction, the purported transaction or the intention of sending the money by wire was in connection with an acquisition, which would be a purchase.

Q. And are you aware of any facts indicating that Medidata received anything for the purchase price it paid?

A. No.

Q. And are you aware of any facts indicating that in exchange for the $4.7 million it wired that Medidata

received anything in that exchange?

A. No.

Q. Moving down to the fourth affirmative defense, are you aware over the course of your investigation or as Federal's representative of any fraudulent, dishonest, or criminal act committed by an authorized representative of Medidata in connection with this claim?

A. I wouldn't say that I'm aware of any fraudulent, dishonest, or criminal act committed by an authorized representative. But I'm aware of forgery, computer fraud, funds transfer fraud as those terms are defined which are alleged by Medidata to have been committed by an authorized representative of an insured acting alone or in collusion with others.

Q. What authorized representative are you referring to?

A. The employees of Medidata who conducted the wire transfer.

Q. So Federal's position is that the employees of Medidata who conducted the wire transfer may have committed forgery,

## A

**ability** 7:11
**able** 106:11 130:9,17
**absence** 118:22
**absolutely** 107:25 163:6
**access** 152:22 154:6
**accompanying** 150:8
**account** 49:4,8,11 97:24 99:19,24
**accountants** 176:16
**accounts** 97:19
**accurate** 20:19 47:22 62:20 64:18 114:5 144:3 149:10 184:23 186:5
**accurately** 50:17
**acknowledge** 15:20
**acknowledged** 98:22 112:5
**acquisition** 25:6 179:13,18
**act** 153:24 155:21 156:10 172:23 180:7,12
**acted** 40:7,25 92:17
**acting** 180:18
**action** 5:13 177:25
**actions** 169:21 170:3,7,8,14
**actual** 36:13 37:21 64:19 78:7 98:9 104:23 134:12 156:18 177:3,4
**add** 50:3 152:3 160:3
**added** 73:9 75:3,8,14,15,19 75:23 171:6
**adding** 171:2
**addition** 124:19
**additional** 119:22
**address** 25:25 26:17,25 29:21 30:4 34:11,19 35:8,9,20,21 36:13 37:1,3,6,21,22 38:6 48:13 51:2,3,12 66:10 68:23 68:24 69:3 70:12,23 71:16 71:17,18,24 72:18 75:24 77:12 78:7,9 82:15,17 102:7 129:17,21,22 133:3,4 155:1 155:6 156:18 157:1,6,11,18 160:7,9,15,16 162:24
**addressed** 24:15 78:21 135:5
**adjustor** 10:13,21
**admitted** 10:7
**advice** 111:7 150:21 151:3 168:9 169:25 181:4,9
**advised** 68:17 93:24 125:22 125:24 127:25 128:2 134:14 135:13 136:22 166:18 168:7 168:11,19
[redacted] 24:15 72:19
**affirmative** 165:20 177:23 178:12 179:6 180:4 181:20 182:9
**aforesaid** 183:11
**agent** 112:3 132:15,23
**ago** 95:1
**agree** 34:8 38:3 97:16 103:20 117:23 135:18,20 158:19 161:20 171:22 172:23
**agreed** 4:14 36:12 161:9
**ahead** 57:1 80:13 111:16 120:14
**Alex** 2:4 4:20 5:12 163:16
**aliases** 79:8
[redacted] 72:18
[redacted] 79:1
**allegation** 42:20 43:10 181:21 182:1
**alleged** 41:3 44:17 62:21,22 63:9 78:13 123:2 136:4 173:2 180:15 181:11 182:13
**alleging** 43:7
**allow** 68:21
**allowing** 56:18 173:16
**alter** 55:3 158:12
**altered** 152:25 156:15 158:3 158:21
**alters** 54:24
**amount** 81:14,24 82:2,4 104:21 105:18,21 111:14 178:17
**amounts** 105:9,13
**analysis** 46:17,21,22 47:3 58:1 59:22 110:22 111:1,4 124:10,12,23 146:4 163:7 168:13
**analyze** 119:10
**analyzed** 124:24
**analyzing** 54:4 59:19
**Andrew** 110:9
**answer** 6:15 7:4,5 9:19 32:7 36:5 43:19 44:3 58:19 62:24 63:15,16,17,18 68:9 69:21 103:16 106:6 118:14 130:17 150:19 159:10 163:4 164:5 176:25 177:23 181:3
**answered** 50:2,11 51:6 158:14 159:20 160:2
**answering** 74:8
**answers** 5:24 184:25
**anybody** 146:17 155:13,19
**anyway** 41:25
**apologize** 82:23 96:16
**apparently** 98:16 159:15
**appear** 48:10 86:16 157:1,7,8 157:12,15 172:4,13,15
**appeared** 2:5,10 33:19 127:23 129:21 153:9,11,13 157:2,19
**appearing** 167:3 172:17
**appears** 39:20 53:4,9 67:7 69:1 74:12,12 77:21 78:22 78:24 81:11 82:3 127:17 129:16 132:10 167:8
**applicable** 124:18
**application** 179:5 181:19 182:3
**applied** 125:1
**apply** 81:20 106:12
**appreciate** 55:22
**apprise** 164:11
**apprised** 109:21
**appropriate** 110:22
**approval** 16:12 83:19
**approve** 17:11 79:20
**approved** 83:20 89:7
**Approximately** 18:5
**area** 14:14 55:23
**argue** 56:24
**arguing** 163:8
**arguments** 47:15
**arose** 171:20
**arrived** 73:7
**art** 114:17 127:4,6,8
**articulate** 169:24
**aside** 9:4 34:8 45:22 79:25

144:14 149:10,12,15
**asked** 50:2,11 51:6 58:17 129:15 158:14 159:20 160:2 163:11 164:3 172:25 184:24
**asking** 41:15 43:24 44:4,6 58:15,16,23 63:9,23 85:4 164:5 165:10
**asks** 98:1
**aspect** 114:22
**assigned** 21:20 104:25 105:4 111:24
**assignment** 45:20 165:16
**assist** 13:16,20,23 14:2 144:11
**assistance** 15:1 106:22
**associate** 114:14
**associated** 141:22 176:20
**assume** 29:9
**assumed** 26:24 137:10
**assumption** 26:16
**assumptions** 27:4
**attach** 19:1,1
**attached** 24:10 39:12
**attachment** 174:18
**attachments** 138:24 139:1 174:19 175:22
**attempt** 133:14
**attempting** 120:15
**attend** 10:2,4
**attorney** 119:20,23
**audible** 5:25
**audibly** 6:5
**audio** 4:12
**audit** 174:1
**author** 46:8 67:13
**authorities** 166:19 168:20
**authority** 16:4,7,13,18 102:13,18,20 107:7,12 108:2
**authorization** 76:16
**authorized** 153:24 154:11,16 154:21,23,25 155:3,5,17,20 155:22 156:3,4,10 180:8,12 180:17,19
**authorizes** 155:12
**authorizing** 155:12
**automatically** 32:3 73:9 75:3
**available** 92:7,18
**aware** 7:7 21:5,16 25:12 54:23 59:24 60:4 66:20,23 69:24 70:6 75:22 79:13 87:20 90:12 91:8,14,17,19 91:22 103:11 109:19 113:7 113:16 115:19 127:12 129:11 130:2 142:13 145:12 153:4 167:2,6 179:3,19,23 180:4,10,13 181:18 182:2 182:11,14
**A.D** 185:9
**a.m** 1:16 4:9 45:6,10 59:5,9 96:9,12

**B**

**B** 3:4
**back** 6:9,11 28:17 35:25 36:3 45:9,13 50:12,13 57:4,9,11 59:8 61:4 68:8 71:8 78:20 85:11,14 94:20,21 96:11 100:20,22 107:2 118:12,13 119:6,7 122:23,25 123:7 144:15 151:6 169:5 173:8 174:7 176:9 179:10
**background** 10:1 106:3
**balance** 39:15 97:24 99:18
**balances** 97:20
**bank** 89:6
**banks** 97:23 99:18
**bar** 124:20
**barring** 117:19 118:7,23
**base** 146:7
**based** 14:3 18:3,6 20:20 22:2 40:21 42:15 47:17 48:21 50:15 55:24 56:13 57:20 63:1 65:12,18 71:12 74:25 75:9,23 78:5 83:14 84:18 90:18 91:24 92:17 93:4 94:4 95:2,13 98:4 100:13 103:10 103:16,24 113:12 115:9 123:24 132:7,16 133:8 137:21 152:3 156:7 158:5 165:5 168:8 172:16 181:4
**bases** 145:11,15,17,19 146:20
**basis** 56:6 132:20 163:25
**basketball** 165:13
**Bate** 9:22
**battle** 111:11
**Bear** 96:1
**bearing** 161:8
**becoming** 12:11
**began** 11:15 13:2
**beginning** 4:16
**begins** 40:7,18 68:16 113:2 125:22 152:17
**behalf** 2:5,10 4:23 8:11 45:17 79:21 85:18 177:24
**believe** 9:24 11:24 22:11 23:19,21 38:23 44:18 49:22 51:19 62:9 65:19 66:15 71:9 72:6 73:14 74:16 76:19 77:10 78:3,15 79:11,17 81:2 82:2,20 83:4,21 85:8,10 87:24 88:16 92:6,8 93:1 95:13 97:5 98:7 100:4,8,16 101:3 102:11 107:12 108:2 108:8,13 109:8 110:5 113:14,21 115:7 119:16,19 120:1 126:8,10 127:24 136:24 137:2,22 142:5,16 142:24 144:18 147:13,25,25 148:9,14 149:18 151:7,13 151:14,20 153:19 154:10 162:9 166:12 167:8 169:19 171:15 173:22 174:17 175:7 176:4,10
**believed** 92:3 137:14,20 153:23
**beneficiary** 81:18,20 87:4,19 88:7 91:20 93:9,17 98:10,23 99:5,15,21,23
**Benson** 2:2 4:21
**best** 6:7 34:14 98:17 105:10 105:12 118:1
**better** 80:7
**beyond** 181:5
**Bill** 68:10 120:13
**blanket** 56:1
**block** 30:8,12,19
**blocking** 97:25
**blown** 52:25
**bolded** 61:1,18,25
**bond** 182:12

**book** 80:9
**borders** 164:9
**bottom** 23:19 29:16 30:17 31:11 39:21 53:12 72:11,15 73:25 86:1
**Boulevard** 4:11
**bounds** 165:12
**break** 6:12,16,19 39:1 44:20 96:5,10
**breaks** 6:14
**briefly** 168:25
**broad** 169:20
**Broadway** 2:3
**budget** 133:15,21 134:13
**business** 28:19
**button** 166:13

**C**

**C** 2:1
**call** 12:23 15:18 17:15 68:4 103:4 112:23 113:3,13 115:5 119:13,25 120:2 131:4,22 132:4,7 135:14
**called** 1:10 5:5 13:5,8 81:10 110:19 174:24 184:9
**calls** 51:25 89:21 93:16 102:4 103:3 158:14 163:4
**capitalized** 61:1,17 62:1
**carried** 90:11,13 103:6,12 128:11
**carry** 90:21
**case** 4:5 21:20 22:8 50:20 68:25 94:17 140:19 141:23 148:9 152:4 153:9,14 185:4
**cases** 17:2,3 139:25 168:8
**categorize** 128:13
**category** 116:6
**causal** 89:11 101:5,9 103:25
**cause** 89:3 136:7
**caused** 88:25 101:14 171:8,15 171:16
**causing** 101:21 104:1
**center** 53:12
**certain** 37:17 66:5 74:10 92:13 98:15 110:6 115:8 124:19 142:6 143:25 144:1 148:10 170:22
**certainly** 28:7 29:2 31:19 132:23 133:8
**certification** 10:16
**certifications** 10:11
**certified** 4:25 184:4
**certify** 183:6 184:7,22 186:3 186:5
**challenge** 108:24
**chance** 27:17
**change** 12:24 21:15 37:13,16 37:18 49:1 52:7 104:22 167:21 172:24
**changed** 12:13 35:20 36:8,9 37:2,9 48:9 49:23 50:5,9,22 51:23 52:2,4 130:12 143:20
**changes** 52:13
**characterization** 136:8 144:3 164:8,24
**characterize** 128:6 135:23
**characterized** 43:25
**charge** 58:7
**Chase** 85:10
**check** 22:11,17 29:15 33:21
**checks** 33:14
**Chicago** 1:15 2:8 4:8,12 184:15
[redacted] 79:8,20
**chronologically** 24:9 104:17
**chronology** 114:25 138:23
**Chubb** 11:15,19 12:11 15:8
**circumstances** 17:20 27:10 28:2 90:6 95:22 101:20,24 104:9,13 148:12
**claim** 12:2,8,16,17,19,22,25 13:2,4,5,8,10,12 15:11 16:9 17:9,24 18:18 21:1,5,9,13 21:21 22:2 24:3 26:11 39:12 42:8 45:20 46:25 49:5,11 54:4 55:13,19 56:21,22 58:8 58:21 59:19 60:5,19,21 61:9 61:13 62:8 63:25 64:5,11 65:3 69:17 77:8,24 80:20 81:25 97:4 100:15 103:10 104:23,24,25 105:4,8,15,22 106:5,10,13,19,22,24 107:6 107:15,17 108:7,21,22 109:18 110:19 111:24 112:5 112:24 113:20,25 114:1,4 114:12,12,15,17,19 115:12 115:21,22 116:1,4,10,12 117:19 118:8,21 119:24 122:4,6 124:3,21 125:3,4,8 125:11,13 127:22 128:4,7 131:17,21,24 132:2,13 133:8,21 134:1 136:16,19 137:18 140:13 141:10,11,14 142:13 143:4 147:20 148:15 149:5,9 151:24 163:8 165:7 165:11,15,18 170:24 176:19 176:23 177:1,8 180:9 181:6
**claims** 10:13 11:25 12:3,5,12 13:14,16,17,18,19,20,23,24 13:25 14:4,15,17,20,22 15:2 15:3,3,13,16,19 16:19,21,23 17:8,17,25 18:5 26:8,15 48:23 58:7 60:14 105:18 106:2,4,8,9 107:19 109:17 117:2 127:20 129:1,5 142:21,23 143:6,7,16 144:1 144:2,6,9 146:25 147:2
**clams** 13:24
**clarify** 41:20 45:16 92:25 171:15
**classified** 115:11
**classifying** 115:14
**clause** 60:12,22,25 124:15,17 124:18
**clauses** 60:23 124:21 125:4 145:21
**clear** 6:20 43:23 58:15 107:24 108:1
**clears** 42:1
**close** 93:6 126:5 158:24
**Cohen** 150:9
**Cohen's** 168:23
**collectible** 182:11
**collections** 141:22
**college** 10:2,5 11:7
**collusion** 180:18
**come** 76:2 102:21 144:15 146:3
**comfortable** 8:25 17:10 27:14
**coming** 140:21
**commence** 1:16

**committed** 180:7,12,16,25 181:13,22
**committee** 17:15,16,19 174:1
**communicate** 15:22
**communication** 110:16 175:6 175:12,21
**communications** 175:2,11,17
**Companies** 11:16,19
**company** 1:6 4:5 8:5,12 14:20 42:9 45:18 177:25
**complaint** 9:20 181:3,21 182:1
**complete** 86:20 184:23
**completed** 91:25 92:2
**completely** 19:24 90:2 124:10
**complex** 13:16 105:17
**comply** 170:15
**component** 47:24
**Compound** 50:11 156:1
**computer** 26:3 32:22 33:25 60:6,11,22,24 61:1,6,17,18 61:22,25 73:2 75:2 152:9,15 152:22 153:16,25 154:6,12 166:21 167:15,20,22 168:1 169:17,19 170:9,15 171:23 172:4,10 173:1,3,4 176:16 180:14 181:1,14,22
**conceivably** 149:4
**conclude** 160:19 165:25
**conclusion** 42:6 46:24 59:20 63:10,25 64:3,5,12,17 65:9 75:18 85:17,22 86:8,13,18 86:25 88:24 104:4 121:19 121:23 122:19 123:21 133:6 133:7 144:22 145:10 158:1 160:12,20,24 161:2 162:2 164:2 168:12
**conclusions** 58:22 100:14 103:18
**condition** 7:10
**conditions** 121:16 170:17
**conduct** 115:16
**conducted** 88:19 90:7 180:22 180:24
**conducting** 100:11 125:10
**conference** 119:20
**confidential** 25:6
**confidentiality** 98:3
**confirm** 46:9,20 132:9 134:2
**confirmation** 83:13 86:1
**confusing** 68:11
**connection** 179:17 180:9
**connotations** 123:10
**consider** 19:16 20:3 21:11,12 30:24 31:4,7,12,16 37:13 43:13 44:14 56:1 62:11,14 86:7 123:1 143:8
**considered** 20:20 21:8 32:12 40:13 44:5,16 105:19 122:21 139:11 145:1,16 146:6
**considering** 20:8 105:8
**consistent** 129:14
**consisting** 183:8
**constitute** 31:21
**constituted** 64:15 85:18
**constitutes** 63:11 126:23 172:24
**consult** 147:18
**consulted** 170:20
**contact** 24:23 30:5
**contain** 23:13
**contained** 47:21 91:9
**contains** 81:13
**contemplate** 164:14
**contemplated** 165:3
**contention** 48:8 167:14
**context** 26:11 50:25 86:9 105:22 106:5 127:14 163:17 163:19,22
**continue** 164:18
**continued** 149:18
**Continuing** 165:24
**contradict** 41:5 42:24 43:10 46:12 57:22 63:2 71:15 82:7 82:13
**contradictory** 69:7,12
**conversation** 67:23 68:2,10 97:9 98:7,21 112:16 119:17 126:7 132:14,15
**conversations** 68:12 88:13,16 91:5,10,13,16,21 93:12 94:3 95:4,8 98:12
**conveyed** 91:12,15
**Cook** 1:13 183:2 184:2,6 185:8
**copied** 76:21
**copies** 115:2
**copy** 82:24 96:17 141:25,25
**copying** 33:4
**corporate** 58:13
**corporation** 56:18,19
**correct** 15:14 19:15 20:5,13 21:2,22 22:4,13 26:1,12,19 27:1 31:14 32:14 34:15 35:1 35:10 36:14 37:23 38:16 42:13,18 43:1,11 45:21 46:5 46:18 47:1,4 48:3,14,24 49:5,18 51:4,14,23 52:16 60:7 65:15,17,20 67:14,15 67:24 69:9 70:1,14 71:19 72:3,11,24 73:10 74:18 75:11,20 76:11 77:17 78:23 79:9 82:10 90:14,15 91:2 92:5 95:5,10,17 97:18 100:1 101:6 102:23 105:1,23 106:19 107:9,10 108:7 109:7,8 110:4 111:8 113:21 115:3,22,23 116:24 124:25 125:9,10,15,16 126:1,16 129:19,24 130:13 132:4,13 133:23 136:9,14 137:3 138:17 139:10 142:4 143:9 143:17 144:23,24 145:8 146:1 147:1 149:21 151:12 153:3 155:1,1,8 156:15 157:3 158:4 159:2,4,7 161:12 162:5,17 163:19 166:3,8 171:7,12 172:5 174:12 176:23 177:11 178:14 181:24 183:10
**CORRECTION** 186:8
**corrections** 186:6
**correspond** 20:24 76:9
**correspondence** 20:16,19 153:12
**counsel** 4:14 6:24 7:3 9:7 63:13 110:17,21 150:21 151:4 166:18 168:7,9,12,20 173:16 181:4 184:16 185:5
**counting** 152:8,15

**County** 1:13 183:2 184:2,6 185:8
**couple** 13:1 38:25 108:14
**course** 19:3,13 25:11 28:19 34:23 42:22 51:8 74:21 77:7 77:22 79:13 80:19 83:11 86:3,19 108:20 121:18 138:15 139:12 141:13 147:19 160:24 180:5
**court** 1:1 5:1 6:10 162:21,23 163:2,6,13 165:13,13
**cover** 182:13
**coverage** 12:7 15:25 16:2,11 16:18 20:9 60:5,6,11,24 61:10 64:12 69:17 77:9,24 80:21 81:25 92:4 93:2,7 94:13 100:15 107:8,13,21 108:3,6,23,24 109:2,6 110:3 110:20 111:21 113:7,11,16 113:17 116:8,19,23 117:16 117:18,19 118:7,8,23 119:4 121:10,13 122:7 124:4,21 124:23 125:9 130:24 131:1 131:6,10,13 132:19 139:17 139:20 140:1 145:2,12,15 145:17,20 146:8,20 149:20 151:1 166:21 167:16 177:9
**coverages** 59:25 60:4 121:6,9 125:2 131:18
**covered** 42:8 61:13 116:2,13 117:2,3,9,20 118:9,22 121:1 124:3 125:8 165:19 178:16
**create** 5:22 67:16 69:25 70:7
**created** 65:22 66:1,6,8,10,18 66:22 69:9,19 78:6 82:13
**creating** 170:21
**crime** 15:3,4 17:24 48:22 105:22 144:2,6
**criminal** 180:7,11
**CSR** 1:12 185:14,15
**current** 12:12 14:7 16:1 55:16 56:25 58:12,24 103:19 119:3
**currently** 7:9 179:13
**cut** 32:4

**D**

**D** 3:1
**data** 35:18 36:20,24 37:17,18 49:22,24 51:22 52:2,7 54:12 54:14 55:7 62:1,3 71:23 72:1 129:6,7 130:11 148:23 148:25 149:19,24 161:5 167:19,20,21 172:24
**date** 42:4 67:16 186:25
**dated** 135:5
**David** 14:9
**day** 112:21 163:21 183:18 185:9
**days** 131:23 132:1,3,18
**de** 24:18,22 25:5,13 31:11 34:19,25 35:7,21 36:17,22 37:2,8,22 38:11,11,24 47:20 48:1,3 69:1 71:18,24 72:10 72:15 73:8 76:15,21 78:1,7 78:18 79:19 82:8,15 83:16 83:16 85:20 90:4,24 93:24 99:4 100:18 101:4 102:22 102:25 103:14 104:14 129:16,18 159:14,17,24 160:16 179:12
**December** 42:4,23 44:13 46:23 47:9 71:9 84:8 86:7 144:17
**decided** 105:9 149:8
**decision** 92:5 93:2,7 94:13 119:24 164:1
**declarations** 53:15
**declination** 140:12,16,22 141:17 144:21 148:5,8
**decline** 107:13 108:2 181:6
**declining** 131:21
**deem** 163:5
**defendant** 1:7 4:24
**Defendants** 2:10
**defendant's** 3:11,12 73:17 77:20 82:25 85:1 87:7
**defense** 178:12 179:6 180:4 181:20 182:10
**defenses** 165:20 177:23
**define** 121:15
**defined** 122:8 124:8 148:23 180:15
**definition** 54:2,12,19,22,25 55:7 58:2 61:6,11,12,16,21 61:24 121:22 122:11,12,16 123:19 148:25 149:18,19,24 152:9,15 161:5 169:17,20 170:10
**definitions** 55:3 61:5,15,21 62:7 124:17 170:15
**delete** 28:15
**deletion** 167:19
**delved** 104:20
**demonstrate** 166:19 168:9
**denial** 109:6 110:3 111:20 132:21 141:13 145:11,19 146:8 148:21 177:9
**deny** 133:7
**denying** 146:20
**department** 12:25 13:10 105:8 107:17 110:19
**depended** 116:9
**depending** 29:24 121:13 131:16
**depends** 27:9 28:1 31:5 140:18
**deposed** 5:15
**deposit** 97:25
**deposition** 1:9 4:3,6 7:14 8:4 9:6 178:3,7 183:7,10 184:8 184:13
**depositions** 41:13 94:16 103:19
**describe** 17:5 101:8
**described** 30:15 84:7,11,14 84:17 87:5 139:15
**describing** 112:16
**desk** 142:8
**despite** 7:5 32:21 132:25
**detail** 138:1
**details** 81:18,20 87:4,17,19 88:8 91:20 92:11,15,17 93:9 93:17 98:10,23 99:5,15,22 99:23 128:23
**determination** 15:25 16:11 27:21 107:8,21 108:6 139:18,20 145:2
**determinations** 12:8 16:2,18 65:13
**determine** 27:19 28:12,20,25

29:20 30:9,23 53:7 54:5 88:21 120:15 149:20
**determined** 178:16 181:5
**determining** 100:14
**differ** 17:12
**difference** 13:9 33:3,10
**different** 11:23 14:19 33:17 66:10 68:23 69:3 70:23 71:17,25 74:13 78:9 82:16 114:6 121:6 123:10 124:10 124:13,15 128:10 129:7 130:6 132:17 141:9,10,11 164:4 173:4 175:1,24
**differentiate** 139:24
**difficult** 34:2
**direct** 3:3 5:8 122:15 126:2,4 172:5
**directed** 63:15 168:1
**direction** 184:12
**directly** 11:6 18:10 128:16 143:24
**directs** 7:3
**disagree** 38:9 47:19 71:21 79:23 156:23 157:24 159:22 161:24 164:7,23 165:22
**disclose** 43:16 47:13,14 55:12 55:13 64:1,2 103:18 104:3,5 110:15 181:8
**discovery** 1:9
**discuss** 17:9 20:21 38:20
**discussed** 50:25 65:7 95:22 97:14 98:19 106:7 109:18 148:14 173:8
**discusses** 97:19
**discussing** 21:13
**discussion** 45:7 47:6 59:6 64:23 65:11 66:2 105:7 169:3
**discussions** 98:17 109:25 110:1,2 150:20
**dishonest** 180:7,11
**dispute** 62:22 156:9 160:18
**distill** 20:14
**distinction** 44:9 94:15,17 133:5
**distinguish** 113:25 115:21 130:9
**DISTRICT** 1:1,1
**document** 7:16,24 9:15,18 23:1,9,11,25 33:22 39:3,7 39:10,12,16 43:2 52:21 53:2 67:1,6 73:16 74:5 76:23 80:3 83:3,5,10,24 85:15 86:15 96:15,20,24 112:7,12 112:14 134:18 135:1,3 138:24 139:1 141:1,6,8 142:12 147:3,5,10,12 148:12 150:1,5,7 173:12,20 177:14,19,21 178:2,6
**documentary** 119:16
**documentation** 176:22 177:4
**documents** 9:9,11,14,16,22 19:2 33:15,16 141:22 175:11,17,19
**doing** 49:8 109:20 134:11
**dollar** 105:18,21 144:6
**Dominique** 108:17 148:1,15 150:24
**double-sided** 96:25
**doubt** 66:13 67:10 71:6 72:22 73:1,5 75:5 84:22 89:17 90:20 136:8 139:8 145:7
**drafted** 144:22 150:23 172:20
**drafting** 140:23 144:12 150:15 151:3,11
**draw** 41:17 63:10 94:15
**drawing** 44:10 56:11 59:20 94:18
**drawn** 103:19 133:6
**drew** 58:21 65:8
**drill** 118:16,19
**due** 13:9 163:10
**duly** 5:6 184:18
**duped** 114:8,12
**duping** 114:1,3,9,11,15,17 115:11,22 116:1,6,12 117:2 127:21 128:7

**E**

**E** 2:1,1 3:1,4 186:2,2,2
**earlier** 31:10 50:25 99:21 101:2 106:7 107:18 138:12 138:14 139:15,24 143:5 148:3 161:9 170:19,21 173:9
**eastern** 14:16
**effect** 173:5
**either** 11:5 32:2 66:5 93:8 114:21 150:23
**electronic** 18:21
**electronically** 31:23,24 33:20
**elements** 38:21 167:21 172:24
**else's** 68:22 160:17
**employee** 22:3,7 25:18 114:8 121:2,10,14,22 122:4,12 123:3 124:4,8 125:1,9
**employees** 40:7,25 79:6,14 88:18 89:8 95:23 100:10 108:5 121:20 122:20,21 123:12,13,18,19 135:24 153:12 180:21,24 181:13,22
**employment** 11:13,14
**ended** 101:20
**endorsement** 53:8 55:6
**endorsements** 55:1
**engineering** 171:9,16,17,20 172:3,8
**enter** 70:12
**entered** 64:23 71:23,25
**entire** 15:7
**entirely** 20:18 91:2 107:10,23 108:1 110:5 115:8
**entity** 85:1
**entry** 167:19
**escalation** 108:25
**essentially** 12:3 114:7
**estate** 28:6
**evaluate** 61:13 136:16 176:22
**evaluated** 119:23
**evaluating** 49:4,11 60:14,19 61:9 136:18 177:2
**evaluation** 45:20 62:8 69:16 77:23 148:20 165:17
[redacted] 24:23 51:11,21 52:5 72:18 76:4,9,14,19 81:9 83:15,25 87:14 88:6,17 89:7 93:24 95:3,21 97:8,13 98:8 98:15,22 99:9,14 102:13
**event** 133:25
**events** 51:9 103:25 138:23

**eventually** 88:18 178:16
**everybody** 96:7
**evidence** 35:4,15 41:4 42:24 43:9 46:12 57:21 63:2 69:7 82:7,12 119:16 152:21 156:14 158:2
**exact** 109:16 172:17
**exactly** 33:25 80:25 91:12 95:24 111:14 112:20 158:17
**examination** 1:11 3:3 5:8 8:16
**Examinations** 3:2
**examined** 5:6 77:7 184:20
**examiner** 11:25 12:2,8,12,16 12:19 13:3,4 141:11 142:21 143:6,16 146:25
**examiners** 13:17,20,24
**examples** 31:18
**exceed** 178:18
**excellent** 6:10
**exception** 136:20 186:6
**excerpted** 152:9
**exchange** 179:24 180:1
**exchanged** 24:6 93:16,18
**exclusion** 179:5 182:4
**exclusions** 124:17,20,24,25
**exclusively** 90:22
**Excuse** 61:11 149:14
**excused** 182:24
**executive** 53:16 116:2,13 117:3 167:4
**exhibit** 3:6,7,8,9,10,11,12,13 3:14,15,16,17,18,19,20,21 3:22 7:17 22:12,19,23 23:2 31:10 34:18 39:4 40:17 43:3 43:12 44:15 45:13 46:4,10 46:13,13 47:3,3,7,10 49:25 52:20,22 57:20 59:17 60:10 63:4 67:2 71:10 73:18 74:7 74:9 76:24 77:20 80:4 83:1 84:1,5 85:1,15 96:21 99:7 99:21 102:17 104:15 112:8 120:6 134:19,23 141:2 144:19 147:4,6 150:2 169:9 169:9 172:12,14,15,18,20 172:22 173:13 174:9,10,13 174:14,16 176:10,13 177:15 179:10
**existed** 66:14
**expenses** 133:22 176:19 177:1,5
**experience** 14:4 17:24,25 26:10,14 48:22,25 49:3,6,8 49:10 106:3,8,12 115:25 128:18
**expert** 26:4 33:25
**experts** 137:13 176:17
**explain** 17:8 110:16
**explaining** 56:2
**explains** 25:5
**explicitly** 117:18 118:7,23
**express** 168:18,21
**expressed** 6:4
**extensive** 138:23
**extent** 33:18 104:3 151:23 152:1,2 165:18 170:8,14 173:2 176:18,25
**extra** 16:10
**eyes** 109:1
**e-mail** 18:1,3,6 22:2,6 23:22 24:2,5,5,10,21,21 25:16,23 25:24,25 26:9,17,18,25 27:7 27:17,19,25,25 28:11,13,15 28:18,20,25 29:1,3,3,6,10 29:16,20 30:9,17 31:3,12,16 31:25 32:4,19 33:19 34:9,11 34:12,17,19,25 35:8,8,9,19 35:21 36:11,13,16,20 37:1,3 37:20,21,22 38:4,4,5,10,15 38:15 39:14 43:14 44:14 46:14 47:4,8,11,22 48:1,13 48:13,14,17 49:15 51:1,2,12 51:12,22 55:10 57:13,19 59:17 63:4,7 64:20 66:22 68:22 69:9,19,25 70:7,12,13 70:23,24 71:17,18,24,25 72:11,14,17,18,23 73:2,7,8 73:10,22 74:6,10,13,18,24 75:2,4,10,24 76:4,18,21 77:4,11,25 78:6,7,8,9,10,17 78:21,22,25 79:7,18,22 81:2 81:6,13,16 82:9,13,15,16 84:4 85:17 88:7 93:10,23 95:3 97:2,6,13,18,21 98:5 98:21 99:13 100:5 102:7,16 104:13 106:4,12 114:1,3,11 114:13,15,17,23 115:11,22 116:1,6,12 117:2 126:23 127:2,9,15,17,21 128:7,13 128:24 129:16,17,21 135:5 150:9 152:23,24 153:11 154:16,22,23 155:1,4,6,6,13 155:17,19,22,24 156:3,10 156:15,18 157:1,6,11,15,16 157:18 158:3,18 159:6,14 159:18,24 160:7 161:10 162:24 163:20 164:12 165:5 165:8 166:1,2,7,11,14 172:23 174:20 176:6 179:11
**e-mails** 19:1 23:13 24:6,11 26:10,16 40:8,12,14 41:1 42:17 43:3,5,7 48:23 62:17 64:14 65:22 66:9 71:16 74:15 77:7 80:18 84:7,11 86:6,10,19 88:15 89:11,19 90:2,8,23 92:11 93:22 94:5 95:13,21,25 97:3 98:14 99:3 100:9,18 101:3,14,18 102:6 103:21 114:10,21 115:2,4 115:10,18 126:19,19 127:22 128:3,5,6,6,18,19 129:24 132:12,16 133:1 135:23,25 139:5 153:15 173:3

**F**

**fact** 20:1 32:21 37:12 81:23 82:8 101:25 106:9 107:24 116:18,21 123:25 156:25 181:25
**factors** 102:5
**facts** 17:20 20:14 21:8,12,15 21:16,19 22:8 42:12 54:16 62:16 63:8 65:9 76:6,8,13 101:20,24 103:10 104:22,23 113:24 114:14 115:20 116:9 117:25 135:22 140:18 145:1 145:4 146:3 152:3 158:6 160:21 161:6 179:4,9,19,23 181:18 182:2,7
**factual** 12:4 21:1 113:23 163:25

**fair** 24:12 41:22 44:5 146:8,9
**fairly** 138:23
**fall** 116:18 131:18 164:13
**familiar** 5:18 23:12 27:12 77:5 147:9
**far** 48:11 50:19 166:11 177:22
**favor** 118:2
**federal** 1:6 4:5 8:4,11,23 42:9 45:17 53:18 65:3 106:11 108:5 152:17,20 167:3 177:24
**Federal's** 45:19 46:7 50:7,15 58:7 59:16 64:25 89:24 165:17 166:18 180:6,23 181:17 182:10
**feel** 8:25 51:16 55:19 92:19 160:3 161:15
**fell** 171:24
**felt** 93:5
**Femia** 110:10 111:6,19
**fidelity** 14:4 15:1,3,4 17:23 48:22 105:22 106:5 142:21 143:16 144:1,2,6 147:2
**field** 14:18,20,22 70:24 72:2 82:16,17
**fifth** 130:22 182:9
**figure** 80:14
**file** 19:21 109:1 141:10 142:1 142:3,8 151:17
**filed** 177:24
**final** 43:25 44:13 97:25 107:8 149:17 151:1
**finally** 7:7 134:14
**financial** 85:2,5,9
**find** 41:4 54:22 116:23 117:16 140:1,2 148:19 183:9
**fine** 24:13 41:10 56:23 94:14
**firm** 11:11,14 30:3,15 120:21 120:23 150:10 174:1,2
**first** 5:6,21 11:9 24:5,9 39:11 39:14 40:2,15 45:14 104:12 110:16 113:1 121:13 125:23 132:4 166:17 178:11 181:2 184:18
**fit** 116:5,7
**five** 10:22 45:3
**five-minute** 6:19 44:20 96:4
**flipping** 80:9
**focus** 15:6 59:20
**Focusing** 119:25
**follow** 27:18 134:15 135:13
**following** 57:10 59:15 60:3 62:13,25 64:10 65:2,14 69:15 70:10 71:13 94:12 166:19 168:8
**follows** 5:7 68:20
**Fordham** 10:3,6
**foregoing** 183:7 184:23 186:4
**forensic** 137:12 176:16,17
**foreshadowing** 111:14
**forgery** 180:13,25 181:13
**forgive** 123:4
**form** 6:25 21:10 22:5 24:25 25:7,19 26:2,20 27:2 29:11 29:23 30:10,21 32:5,15,24 33:6,23 34:13 35:11,22 37:4 37:24 38:7,17 41:7 43:15 46:15 47:12 48:4,15 49:19 50:10 51:5,15,24 52:9,17 55:11 57:24 63:6 65:3 69:10 69:20 70:2,15,25 72:4,12 73:3,11 75:12 78:11 82:18 84:9,16 85:16 86:8,11,18,22 86:25 87:15 88:1,5 89:4,13 89:20 90:16,25 95:18 100:5 100:6,19 101:10,16 102:3 102:15 103:2,15 104:2,16 106:14 116:15 117:5,12,21 118:10,25 121:3,11 124:5 127:10 128:8,21 129:9,25 130:14 136:1 138:7 145:13 146:13 149:2,22 153:17 154:14 155:9,25 156:6,20 157:4,13,22 158:13 159:8 159:19 160:10 161:22 162:2 162:6,13,19 163:3,16 166:9 169:23 171:10,18 176:1 178:20 182:5
**formal** 17:4,13,14
**formally** 104:22
**format** 23:18,22 52:3,4,8,8,11 74:10,13,15 80:25 81:3 90:7 90:13 167:23
**formats** 23:11,16 74:11
**formed** 75:18 86:12 127:20
**forming** 132:20
**forth** 30:4 83:20 184:16
**forward** 43:19 100:17 103:1
**forwarding** 39:15
**found** 35:4 148:15 175:9
**four** 16:8,9,19,23 164:3
**fourth** 180:3 181:20
**Franklin** 1:14 2:7 4:7 184:14
**fraud** 24:7 38:21 46:18 47:6 60:6,11,22,24 61:2,6,17 71:23 72:10 82:14 114:23 120:17,25 121:1,5,21 122:21 123:3,13,18 125:14 128:10 130:3,5,6 139:5 153:7 154:10 155:20 158:6 158:8 159:1 166:21 167:16 171:23 178:15 180:14,14 181:1,1,14,15,22,23
**fraudulent** 38:15,19 40:8,14 41:1 42:17 43:5,8,14 44:15 46:14 47:4,8,10 49:15 62:17 64:14 65:22 71:16 84:7,15 86:5 89:10,19 90:23 135:25 167:19,21 180:6,11
**fraudulently-entered** 75:9
**free** 55:20 160:3 161:15
**Friedman** 2:2 4:21
**front** 34:17 85:2,13 120:3
**Fulbright** 120:13 134:8,11 136:21 137:12 138:16 174:5 174:6,23 175:8,13 176:7,15 176:21 177:11
**full** 79:12,15 152:7,14 166:17
**function** 110:25 111:3
**functionally** 12:14
**functions** 110:25
**funds** 88:25 89:3,12 93:9,20 94:8 95:16 98:9 99:24 102:14 180:14 181:1,14,23
**further** 30:1 116:25 117:7 156:13 184:22 186:5
**future** 56:24

**G**

**Gallagher** 68:6
**gather** 117:25
**Gaudette** 68:5 112:3,17,24 113:4,9 115:6 119:14,17 120:1 132:4
[redacted] 24:18 77:12
**general** 114:18 116:5 118:16 127:3 131:10
**generally** 67:21 68:3 88:9,12 119:15 139:16
**genuine** 34:9 36:11,25 38:4 38:14 48:13 51:2 129:24
**getting** 15:23 113:19
**give** 5:24 15:1 22:10 102:17
**given** 54:6 79:17 86:5 92:13 103:9 105:13,15 148:3,23 164:4 170:1 181:9 183:11
**gives** 29:5
**giving** 99:14
[redacted] 24:18 25:13 31:11 34:19 35:21 36:17,21 37:2,7 38:11 38:11,24 47:20,25 48:2 72:10,15 103:13 179:11
[redacted] 81:7
[redacted] 24:22
**go** 4:14 5:18 6:3 11:6 17:7 22:20 28:17 54:5,9 57:1 59:1 80:12 93:21 130:21 149:24 163:15 168:24
**goes** 163:6 181:5
**going** 5:18,23,25 6:18 7:4 22:19 28:4 41:24 43:18 44:6 44:25 56:5 58:10 68:8 96:15 111:15 115:15 119:2 133:7 151:6
**good** 4:1 5:10,11 44:22 96:4 104:21 111:14
**GORDON** 2:7
**governing** 137:7
**graduate** 10:4
**greater** 18:13,15
**ground** 5:17
**grounds** 55:17 119:2
**Group** 11:16,19
**guess** 119:9 138:8 146:21
160:19
**guidelines** 6:17

**H**

**H** 3:4 186:2
**habit** 19:18
**hack** 170:3
**hackers** 169:22
**hacking** 166:24 167:3,15 168:4,5,10,14 169:18
**half** 14:16 165:12
**halfway** 68:13
**hand** 13:24 96:18
**Handing** 134:22
**handle** 12:3 13:14,21 21:20 105:10,13
**handled** 18:9,10
**handler** 58:7
**handling** 14:4 45:19 106:9,23 165:16
**handwritten** 19:18 20:11,15 31:20,22 33:4,12,21
**handy** 144:16 174:13
**happen** 163:18
**happened** 76:3 88:6 94:3,16
**happens** 76:2
**haves** 163:9,9,9
[redacted] 78:22 79:3
**header** 69:1 174:5
**heads** 6:20
**hear** 6:8 29:8
**held** 142:22
**help** 28:5 30:19
**helpful** 136:18 137:17,23 138:5 175:10
**helps** 30:22
**hereinabove** 185:1
**hesitating** 68:8
**Hillary** 109:11
**hit** 166:13
[redacted] 79:8
**Hoffman** 109:12 140:9
**home** 14:21 16:21,24 17:8 44:22 107:20,25 108:5,12 108:14,16 109:10,18 110:8 140:15
**honest** 26:21 174:25
**hopefully** 41:25
**hour** 6:19 44:19
**human** 146:16
**hypothetical** 28:11 118:15,21
**hypothetically** 118:6 119:8

**I**

**idea** 44:22 66:7 131:5,10,13 142:25
**ideas** 66:5 131:15
**identical** 77:18 90:1 129:2,17 129:21
**identification** 7:19 23:3 30:3 39:5 52:23 67:3 76:25 80:5 96:22 112:9 134:20 141:3 147:7 150:3 173:14 177:16
**identified** 27:24 59:17 63:4 86:6 93:25 132:19,22,24 133:2,9 155:7
**identify** 4:15 33:13 89:2
**Illinois** 1:14,15 2:8 4:8,12 183:1 184:1,6,15 185:8
**image** 69:2
**immediately** 59:15 60:2 65:2 158:7
**impair** 7:11
**implicate** 121:6,12
**implicated** 122:20 123:3,8 124:25
**important** 19:12,17 20:4,21 21:8,12 145:17
**imposters** 169:21 170:3,8,14
**impression** 126:6 127:21
**impressions** 43:17 47:13 55:12,19 56:22 58:12,21 119:3
**inbox** 155:18
**incident** 166:24 168:10,14 169:18
**incidental** 171:25 172:3,11
**include** 21:7 52:16 70:22 169:21 170:2,7,13
**included** 12:4 76:8,13 137:11 138:2,20 146:11 176:5
**includes** 61:17 95:15 161:5
**including** 69:2 153:1
**inclusive** 183:9

**incorporated** 122:11
**incorrect** 91:4 107:11,22 162:8,11
**indemnity** 182:12
**independent** 90:2 126:12
**indicates** 26:17 48:2 53:16
**indicating** 9:23 179:20,24
**indication** 20:3 29:6 93:7,14 94:6,9
**indirect** 101:5,11
**indirectly** 89:15
**individual** 17:7 19:7 33:13 78:18 81:10 85:19 90:3 99:3 101:4,25 102:11,21,24 103:13 104:14 110:8 116:10 153:23
**individuals** 78:19 108:9 109:10
**inference** 154:3
**info** 133:15
**inform** 106:9 116:25 117:7 168:7
**informal** 17:3,5
**information** 20:10 30:5,16 47:21 50:16 52:16 54:15 55:10 57:14,17,23 58:9 59:18 62:16 63:5 64:16 65:5 65:12,16 66:3 69:12 70:19 71:15 75:6,10 82:15 83:15 83:23,25 85:25 87:14,16 90:21 92:4,7,9,13,18,20 93:4,15 97:23 99:8,10,17 100:4 101:19 119:22,24 130:17 133:24 134:3,10 136:3,7,15,17,25 137:5,8,15 137:23 138:3,10,16,19,21 139:12,17,22 140:2,3,5,10 142:12 156:8 161:6,11 162:4 174:15 176:11,12 177:10
**informed** 76:14 151:3 162:7
**inhouse** 110:20
**initial** 24:23 93:22 95:2 109:2 109:6 110:3 111:20 113:20 115:1,4,9,19 140:12,15,21 141:17 148:5,8 151:2 179:11
**initially** 150:23
**inputting** 82:14
**inquiries** 113:23
**insider** 120:17,25 121:5,14 124:2,7 125:7,13,18
**instance** 6:2 31:9 108:3
**institution** 85:3,6,9
**instruct** 58:19 85:25 102:13
**instructed** 44:3
**instruction** 85:18,24 86:9,13 86:15,20 87:2 89:5 90:20 91:9,15 93:8,19 94:7 95:15 98:9,23 170:12
**instructions** 81:14 94:1,6 95:9,14 167:24
**instructs** 78:19 79:19
**insufficient** 92:22 93:1
**insurance** 1:6 4:5 8:5,12 10:12 11:16,19 26:11 42:9 45:17 170:4 177:24 182:12 182:15
**insured** 15:22 21:5,13 114:8 118:2 141:10 180:17
**insuring** 60:11,22,25 124:15 124:16,18 125:4 145:20 166:21
**intended** 104:6
**intending** 43:18
**intention** 179:16
**interact** 107:20,24 108:4
**interacted** 108:10,11,13 140:14
**interacting** 16:24
**interaction** 108:20 109:14 110:12 111:5,19 140:8
**interested** 185:4
**interject** 63:24
**internal** 110:19 137:5,15 151:1
**internet** 147:14,16 148:16,25 155:15
**interpose** 41:22
**interposed** 8:23 63:14
**interpretation** 55:17 149:1
**interrogatories** 184:21
**introduces** 24:24
**introduction** 167:24
**investigate** 15:13,24 144:1,5
**investigated** 142:14 165:9
**investigates** 143:25
**investigating** 18:18 26:15 48:22 61:8 108:21
**investigation** 12:5 15:17,19 17:21,24 18:20 19:4,5,13 25:12 34:24 41:5,9 42:13,16 42:23 43:21 44:1,14 45:19 46:11,25 47:14 55:5 57:22 59:15 60:3,16 62:7,14,25 63:1 64:1,6,11 65:2,15,24 69:8,16 70:10 71:14 74:22 75:17,21 76:1 77:8,23 78:5 79:2,14 80:20 81:4 82:6,12 83:11 85:16 87:13,24 88:4 88:21,24 89:25 90:19 92:1,3 93:6 94:10,12 97:4 100:13 103:11,17,24 104:4,24 109:5,15,22 110:13 115:15 117:11,25 119:13 121:19 122:19 123:17 124:1,7 125:11,12,18 137:18 138:15 139:13 144:23 145:11 146:2 147:19 153:6 157:21 158:7 160:25 162:3 165:10,16 168:13 173:7 177:8 179:4 180:5
**investigative** 133:22 176:19 177:1
**invoices** 177:3
**involve** 127:22
**involved** 98:8 100:10 105:9 105:14,17 109:5 119:21 120:17,25 121:5,21 122:7 124:2,9 125:7,14 128:3 139:5,19 144:9 150:17
**involvement** 125:19 148:4
**involves** 114:9 165:8
**involving** 18:1,6
**IP** 68:23 69:3
**issue** 21:19 28:6 34:7
**issued** 53:5,17 167:5
**issues** 113:7,12,16,17,19 130:24 131:1,7,10,13 132:19,22,24 133:2,3,5,9
**issuing** 140:15

**J**

**Jackson** 4:11
**January** 150:11 152:12 169:10
**Jaworski** 120:13 134:8,11 136:21 137:12 138:16 174:6 174:23 175:9,13 176:7,15 176:21 177:11
**Jersey** 10:9 11:3,5
**JG** 113:2,3
**Jim** 68:5
**job** 11:9 143:14
[redacted] 78:23 79:4
[redacted] 79:9
**JP** 83:8,22 84:25 85:5,8,9
**judge** 159:12 162:14,18
**judgment** 104:7
**July** 1:15 4:8 184:7 185:9
**June** 53:19,19

**K**

**Kasowitz** 2:2 4:20
**keep** 44:23,25 58:14 85:12 144:16 164:5 174:13
**keeping** 19:18
**kept** 109:21 141:19,21 142:7 167:23
**key** 20:14
**kin** 185:4
**kind** 56:17
**kinds** 15:2
**knew** 41:15 66:4 111:15
**know** 6:7,22 7:22 10:23 12:23 18:17 19:9,19 20:18 22:9 23:6 27:3,8,10,20 28:3,4,8 28:21 29:25 30:11 32:6 33:25 34:5 36:7,8 37:25 38:20 44:21 48:11 49:1,7 50:5,19 52:2,2,5,10 56:13 56:15 65:10,21 66:4 69:22 71:2 72:13 73:25 75:13 76:20 79:10,16 89:22 90:8,9 91:11,11 92:10,12 98:18 99:10 100:23 105:3 109:25 111:10 112:20 114:5,22 116:19 117:22 125:6 127:16 130:16 131:3,25 132:5 134:13 136:3 141:16 142:6 142:17 143:21 146:14,16,23 155:10,11 157:5,7,10 158:16,25 159:3,5,11,12 160:19,20 161:1 162:20 166:12 175:2,15
**knowing** 27:14
**knows** 44:8 66:18
**Knuth** 2:13 4:9

**L**

**labeled** 175:3
**language** 117:17,18 118:6,7 118:23 151:25 166:20,21 167:13,18 168:3 169:16,19 170:22
**large** 52:25 105:17,21 144:9 169:14
**Largely** 13:14
**larger** 13:15
**Laura** 1:12 5:1 6:10 39:1 184:4 185:14
**law** 10:6,8 11:7,10,11,14 174:1,2
**lay** 111:15
**layman** 26:4 48:16 49:2
**layman's** 58:3
**lead** 139:25 151:19
**leading** 90:6
**learn** 27:21 65:25 146:3
**learned** 34:24 65:13 103:16
**learning** 92:16
**Leaving** 34:7
**led** 104:9 131:21
**left** 74:17 77:16 153:2
**legal** 4:10 33:16,21 38:19 43:16 46:17 47:5 55:14,16 56:25 58:1,1,12,18,24 63:10 63:21 110:22 111:1,3,7 119:1 150:21 160:20 163:6
**legs** 6:21
**Leone** 68:10 120:13,20,22
**letter** 39:15,16,17 40:3,13 42:4,7,11 43:25 46:4,9,23 46:24 47:9 71:9 84:8,11,15 86:7 135:4,7 137:4,21 138:8 140:22,24 141:9,12,14 142:18 144:12,18,21,25 145:9,22 146:5 148:6,8,21 150:8,10,12,15,22 151:7,10 151:12,16,23 152:11 168:6 168:23 169:10 170:20,22 172:5 173:25 174:8 176:5
**letters** 151:19
**let's** 28:17 45:3 59:11 78:20 80:12 144:14 171:14
**level** 14:18
**license** 10:16
**licensed** 10:12,20,24 11:2
**licenses** 10:11
**light** 118:1
**limit** 44:21
**limiting** 41:8
**limits** 16:6
**line** 24:17 25:24 26:17 27:24 28:24 29:4,9 30:7 34:10,11 34:18 35:9 36:12,21 38:6,12 48:1,9,12 49:13,16,23,24 50:8,9,17,20,22 51:3,13 55:9 56:10 57:12,20,23 58:14 59:16 63:3 64:18 65:4 65:16 66:11 70:13,20 71:25 75:10,24 77:13 78:8,10 79:1 116:22 125:23 129:7,8 130:12,13 152:24 156:14,17 157:2,3,16,20 158:2,9,11,12 158:22 159:6,25 160:8,15 160:17 161:8,10 162:5,24 164:14 165:5,8 172:7 186:8
**lines** 64:13
**listed** 145:21 179:6 186:7
**lists** 142:20
**litigation** 41:10 44:7 47:16 55:15
**little** 118:17
**LLP** 2:2 174:6
**located** 4:11
**log** 19:4,8
**logged** 142:3
**logic** 167:22
**long** 15:5 41:8 96:6
**look** 7:21 8:15 22:13 28:12,14 28:19,22,24 29:20 30:1,2,9

39:24 40:5 54:21 55:2 68:13 96:18 99:20 117:15 118:1 120:8 122:14 124:16 135:16 148:17 172:25
**looked** 9:19 45:14 53:7 62:20 77:20 129:1 147:22 151:21 171:4,5 178:4
**looking** 26:10,15 27:16 31:10 46:10 61:20 87:11 116:22 132:8 139:22 164:15 169:9 169:13 176:9 179:10
**looks** 52:25 77:5
**loop** 158:24
**loss** 15:21,24,24 21:19 112:6 134:7 171:8 174:22 175:3 178:15,18 179:7 182:13
**lot** 80:7
**lower** 144:5

**M**

**machine** 167:23
**Maillet** 1:10 4:3,18 5:4,10 9:5 10:1 23:8 24:14 25:22 39:8 42:3 44:12 45:12 53:3 67:5 67:14 74:4 77:3 80:17 84:4 96:14 134:25 147:10 165:9 169:8 182:21 183:15 184:8 184:18 185:1 186:3,25
**maintain** 19:24
**maintaining** 98:3
**making** 60:5 114:9
**management** 13:18
**manipulated** 128:19,20
**manipulation** 152:23
**manner** 166:2,6,11
**MANSUKHANI** 2:7
**March** 11:20
**mark** 2:13 4:9 7:15 22:10,19 22:22 39:2 52:19 73:22 80:2 80:13 96:15 173:10
**marked** 7:16 22:12,14,18 23:1 34:18 39:3 43:2 46:4 46:13 47:3,9 52:21 57:19 67:1 71:10 73:17 76:23 77:20 80:3,11 82:25 84:5 85:15 87:6 96:20 104:15 112:7 134:18,22 141:1 144:18 147:4,5 150:1 170:21 173:12 177:14
**marks** 126:15,20
**material** 33:3
**matter** 4:4 107:24 116:21
**matters** 8:15,18 110:21
**McKean** 14:9 16:15
**mean** 18:2,3 22:6 29:24 30:12 30:20 31:5 36:9 37:8 40:17 46:17 48:25 63:7,24 66:24 79:22 81:16 90:5 92:10 97:21 117:16 120:20,22 148:6 154:9
**meaning** 41:12 54:6 87:3,17
**means** 37:16 54:14 117:24
**meant** 30:18 47:6 127:15 154:15
**mechanics** 75:14
**medication** 7:9
**Medidata** 1:2 21:21 22:3,7 25:13,17 34:20 40:22 41:3 42:8,21 43:7 50:16 53:5,18 60:1,5 62:17 64:14 66:3,16 66:17 68:5 69:13 71:3 73:2 73:13 75:1 76:3,7 78:14 79:6 81:24 83:7 84:19 88:6 88:17 92:14,20 97:20 102:2 102:8 103:14 120:12,23 121:20 122:20 123:2,12,14 123:18 128:1,20,25 130:7 133:4 135:23 136:4 137:6 137:16 141:23 142:4,8 153:8,12 154:17,22,24 155:12 162:8 166:1,3,6,7 167:5 168:7 170:24 171:24 176:18 178:15 179:20,25 180:8,16,21,24 181:12,21 181:25
**Medidata's** 25:5 49:4 60:19 61:9 62:8 64:11 65:3 73:8 75:2 77:8 80:20 106:13,23 108:7 125:17,24 126:24 128:4 141:14 147:20 148:20 149:9 152:22,23 153:16,24 153:25 154:6,11,12,19 155:21,23,23 156:5,11 165:15 166:14 171:8 173:25 179:7 182:13
**memorialized** 98:21
**memorializes** 112:23
**mental** 43:16 47:13 119:3
**mention** 14:25 54:20
**mentioned** 26:7 93:12 101:25 139:24
**mentions** 78:25 97:22,25
**merely** 143:11
**message** 155:16
**met** 9:7 26:8 121:21
**Metadata** 4:4,19 5:14
**Meyer** 76:10,14 81:10 88:15 91:7 95:5 97:9,13 98:8,24 99:15,16 102:11,12,17
**Meyers** 76:20 93:25 98:13 99:8
**Michael** 1:10 4:3,17 5:4 76:10 86:2 183:15 184:8,17 184:25 186:3,25
**middle** 53:25 54:11
**Mike** 36:4 43:17 47:13 50:2 55:12 56:20 58:10 63:20 67:13 68:4 103:16 104:3 110:14 119:1 120:4 160:3 161:14 169:24 181:10
**million** 16:8,10,19,24 107:7 107:15,19 165:2 179:25
**mind** 52:5 64:24 100:21 163:2
**minor** 19:9
**minute** 96:2
**minutes** 45:4
**Mischaracterizes** 101:17
**misrepresentation** 57:23 58:2 58:4,9 59:18 62:15 63:5,11 64:15,22 65:5,8,10
**misunderstood** 62:24
**MO** 68:16 125:22,23 133:14 133:18
**modified** 55:7 151:25
**moment** 23:5 34:8 87:21 95:1 120:8 144:15 174:14
**momentarily** 99:12
**money** 28:5 179:17
**Morgan** 83:8,22 84:25 85:5,8 85:10

**morning** 4:1 5:10,11
**move** 52:8
**moved** 143:6
**Moving** 166:16 180:3 182:9
**Mukahirn** 1:12 5:1 184:4 185:14
**multiple** 14:19

**N**

**N** 2:1 3:1
**name** 4:9,17 5:12 29:17 30:16 31:3,6,7 32:18 33:17 34:4 37:7 38:12 48:18 72:15 77:16 79:1 99:17 108:17 109:11 110:9 119:18
**named** 76:10
**names** 79:8,12,15,16
**nature** 101:9 108:19 109:13 110:11 128:11 131:16 134:10
**necessarily** 29:18 66:4 117:23 140:17
**necessary** 121:25 122:2 136:16 151:25
**need** 6:21 7:5 16:12 22:10 29:25 85:12 94:20 99:17,20 107:20 118:11,16 119:5 120:8 162:23 177:2
**needed** 92:9 108:1 152:2 176:22
**needless** 130:11
**neither** 172:14
**never** 26:22 27:5 129:18 132:25 149:23 165:2
**new** 1:1 2:3,3 10:9,9,24 11:1 11:2,4,11 13:9 21:16 50:3 106:9
**Nigeria** 28:3,11
**nodding** 6:2
**nonfraudulent** 34:9 166:7
**nonlegal** 58:6 110:24
**normal** 28:18 51:8
**normally** 157:1,7,8,12,15
**North** 1:14 2:7 4:7 184:14
**Norton** 174:4,5,22
**notary** 1:12 183:22 184:5 185:7
**note** 63:13 67:7,10,20,22 112:15,18,22
**noted** 7:2 133:10
**notes** 18:25 19:18,23 20:2,11 20:15 80:10 120:2 132:7
**notice** 1:11 7:14 8:4,8 15:20 15:21 24:3 113:20 115:1,5 115:19 131:23 132:2,13 163:18,23,25 164:25
**number** 22:15 30:5 53:11 98:12 104:9 174:18 175:1 175:21
**numbered** 136:11
**numbers** 39:21
**numerable** 158:15

**O**

**oath** 7:8
**object** 6:25 21:10 22:5 24:25 25:7,19 26:2,20 27:2 29:11 29:23 30:10,21 32:5,15,24 33:6,23 34:13 35:11,22 37:4 37:24 38:7,17 41:7 43:15 46:15 47:12 48:4,15 49:19 50:10 51:5,15,24 52:9,17 55:11,23,24 56:5,13 57:24 58:11,19 63:6 69:10,20 70:2 70:15,25 72:4,12 73:3,11 75:12 78:11 82:18 84:9,16 86:11,22 87:15 88:1 89:4,13 89:20 90:16,25 95:18 100:6 100:19 101:10,16 102:3,15 103:2,15 104:2,16 106:14 116:15 117:5,12,21 118:10 118:25 119:2 121:3,11 124:5 127:10 128:8,21 129:9,25 130:14 136:1 138:7 145:13 146:13 149:2 149:22 153:17 154:14 155:9 155:25 156:6,20 157:4,13 157:22 158:13 159:8,19 160:10 162:6,13,19 163:3 166:9 169:23 171:10,18 176:1 178:20 182:5
**objected** 58:22
**objecting** 55:15 57:1 58:14 110:17 163:16
**objection** 7:1,6 41:23 50:1 56:1 63:14 87:9 160:1 161:13,21 163:23 170:11
**objections** 8:20,22 45:24 46:1
**objects** 56:19
**obtaining** 111:7
**obvious** 70:19 178:22
**obviously** 21:4 53:6 55:22 63:21
**occurred** 149:23
**October** 135:5,20 174:8 177:6
**offer** 63:21 119:1
**offhand** 18:12
**office** 14:21 16:21,25 17:8 107:20,25 108:5,12,14,16 109:10,18 110:8 140:15
**offices** 184:14
**official** 185:6
**Oh** 85:14
**okay** 5:20 9:21,25 11:2,6 12:10 14:25 16:17 23:8,24 24:12 32:21 40:1,5 41:16 44:19 46:7 53:24 57:6 59:23 62:23 74:2 77:1 80:15 83:2 96:7 97:1 106:21 111:23 112:10,22 120:24 130:21 134:24 141:4 144:20 150:22 151:9 152:13 153:4 173:18 174:11 177:13 178:10
**omitted** 170:22
**omitting** 171:2
**once** 6:19
**ongoing** 109:23
**open** 29:4
**opening** 79:1
**operating** 124:14
**operation** 32:22
**opinion** 58:18
**opinions** 63:22 119:1
**opposed** 14:21
**oral** 184:20
**ordinary** 127:8
**organization** 168:2
**organized** 175:24
**orient** 56:6
**Otner** 68:5 119:18 120:1

126:3 133:18 134:4 135:5
**outcome** 117:10
**outside** 66:21 97:12 114:23 119:20,22 149:24 163:22 174:1,2
**overall** 127:3 138:1 144:7,8
**overlook** 146:19
**overlooked** 146:15
**owned** 73:2
**o'clock** 1:16

**P**

**P** 2:1,1
**page** 3:2,5 5:19 8:17 23:18 39:11,14,20,20,21,22,25 40:2 41:12 45:15 53:12,13 53:15,21 54:1,10,11 60:9 61:5 62:4 71:12 122:15 136:11 166:16,17,18 169:14 172:6 176:13 178:9 186:8
**pages** 183:8
**paid** 83:19 179:21
**paper** 19:20 142:1,8
**paragraph** 40:6,18,20 68:16 113:2,22 120:12 125:22 130:22 135:17 137:10,25 152:8,14 165:25,25 169:14 172:7
**paragraphs** 68:15 136:12
**paraphrase** 126:5
**part** 9:15,17 19:10 22:7 24:2 24:6 40:13 43:4 54:18,19 55:4 59:21 60:15 65:11 66:16 69:13 85:19 97:10 100:25 105:16 116:7 118:20 130:3 133:21 134:7 137:9 140:9
**partially** 83:20
**partially-refreshed** 98:5
**participate** 113:3
**particular** 23:12 86:15
**particularly** 13:15 148:22
**parties** 68:22 185:5
**party** 122:8,11,16
**pasted** 32:4
**pasting** 33:4
**pattern** 116:18
**payment** 83:18 98:2 114:9 177:2,4
**pending** 6:15 59:12 83:19
**penetrated** 125:25 126:9,15
**people** 16:20 17:17 108:14 158:17
**perfect** 171:5
**perform** 110:24
**performed** 176:20
**period** 53:6,18 155:4 181:5
**perpetrated** 130:7
**perpetrator** 153:6 154:10 155:20
**perpetrators** 71:23 72:9,14 82:14 158:8 159:1
**person** 14:16,17,20,22 24:22 25:4,25 26:18 27:13,15,18 27:24 28:9,23 29:9,10,16,25 31:2 34:3,12 37:19 48:14,18 49:16 64:19 76:15 79:18 88:14 90:23 91:6 93:23,25 98:13 102:6 105:10,13 106:15 108:12,15 109:2,11 109:17 110:9 129:22 146:22 154:16,21 155:3 156:2,9 162:17,25
**personal** 19:20 26:5
**personally** 66:23 71:1
**personnel** 16:25
**perspective** 51:22
**pertaining** 137:5
**phone** 27:13 67:23 88:14,16 91:5,10,12,16,21 93:12,16 94:3 95:4,7 97:8,14 98:7,17 98:24 112:23 119:13 131:22 135:14
**photograph** 74:19
**phrased** 95:8
**picked** 6:2
**picture** 69:2 73:9 74:19,23 75:3,8,19,23 77:15,18,19 80:6
**place** 4:7,13 29:19 89:18 103:22 119:12 131:22 185:1
**places** 30:8 54:8,21
**plaintiff** 1:4,10 2:5 5:13 184:9
**Plaintiff's** 3:6,7,8,9,10,13,14 3:15,16,17,18,19,20,21,22 7:15,17 23:2 39:4 45:13 52:22 67:2 74:6 76:24 80:4 84:1,5 85:15 87:5,12 96:16 96:21 112:8 134:19,23 141:2 147:6 148:7 150:2 152:11 173:11,13 177:15
**play** 89:11
**played** 101:5
**please** 4:15 5:1 50:3 100:20
**ploy** 171:9,16,17,20 172:3,8
**point** 12:16 13:3 58:3 71:22 114:20 132:12 136:6 137:4 141:15 143:18,19 153:5 182:7
**pointed** 130:23
**policies** 116:3,14 117:4 137:6 137:15
**policy** 20:9 42:9 53:5,17,18 54:2,7,21,23,24 55:17 59:25 60:15,18 117:17 121:7,15 121:16,21 122:15,22 123:20 124:8,20 133:23 146:4 148:24 149:1,19,25 161:4 166:22 167:4,9,12,13,17 168:14 170:17 178:17,19
**policyholder** 20:17,20,21,25 142:11
**policy's** 121:1
**portfolio** 53:17 116:3,14 117:4 167:4
**position** 11:21 12:12 13:5,7,9 14:6 16:1 50:7,15 58:6,24 59:16 65:4 89:24 106:16,18 108:23,24 109:3 117:1 142:22,22 143:1 165:17 169:16 180:23
**positions** 12:11 44:7 55:14
**possible** 107:14 116:23 117:16 118:1 119:9 129:16 138:1 146:15
**potential** 65:25 113:7,11 181:19 182:3
**potentially** 117:9,13
**practice** 10:8
**precise** 14:11

**precisely** 98:18 159:3
**predated** 110:2
**preparation** 178:7
**prepare** 9:6
**prepared** 89:6 90:1 92:12,12 112:15,18 136:21 165:4
**preparing** 141:13 178:2
**present** 2:12 4:15 68:11 184:15
**presented** 17:16,19
[redacted] 25:13 102:1,8 103:14 153:7,24 154:12,20 155:21,23 156:5,11
**presume** 94:2
**pretty** 12:14 112:2 131:12 149:11
**previous** 127:20
**previously** 73:17 129:5 143:15 175:7 184:16
**price** 97:25 179:21
**primary** 15:6,12
**print** 173:16
**printout** 24:1
**prior** 62:24 68:8 106:8,12 115:25 128:17 132:15 168:11
**privilege** 41:17 55:25
**privileged** 41:14 43:19 44:9 47:16 136:22
**probably** 18:14 28:16 123:9
**problem** 173:17
**procedure** 108:25
**procedures** 107:16,23 137:6 137:16
**proceed** 94:2,7 95:9,15 98:18
**proceeded** 76:9
**proceeding** 98:16
**proceeds** 68:25
**process** 16:22 17:4,6,13,14,15 17:16 56:21,23 139:19 140:23 150:15,18 171:1
**processing** 98:2
**produced** 9:14,17,23 32:3 33:20
**product** 41:14 43:17 55:18,25 56:13 58:11,25 64:4 119:3 151:2 163:5
**production** 9:15,18
**professional** 10:11
**program** 167:22
**programatic** 167:24
**promoted** 12:19,22 13:3
**promotion** 12:24 143:8
**proof** 15:21,23,24 112:6 134:7 174:21 175:3 177:3
**propagate** 167:25
**properly** 136:16
**protection** 53:17 116:2,14 117:4 167:4
**provide** 14:2 20:25 94:1 111:1,3 133:14
**provided** 24:2 50:16 80:23 83:6 92:20 94:5 99:4,9 101:19 115:1 128:23 133:21 134:7 156:8
**providers** 134:3
**provider's** 133:15,20
**provides** 81:17
**providing** 85:24
**provision** 121:2
**provisions** 146:4
**prudent** 28:16
**public** 1:12 155:16 183:22 184:5 185:7
**pulled** 151:16
**purchase** 179:18,21
**purport** 154:11
**purported** 25:17 102:25 103:13 153:7 159:14 179:15
**purporting** 24:22 25:4 76:15 78:18 79:19 85:20 88:14 90:4,24 91:7 93:23 98:13 99:4 101:4 102:1,12,21 104:14 154:19 155:22 179:11
**purports** 81:7 83:7 102:17
**purpose** 111:6 115:15
**purposes** 41:18
**pursuant** 1:11 8:7
**put** 19:10 45:22 50:19,21,24 67:8,11 70:19 128:15 141:25 144:14 145:23 149:9 149:12,15 158:8,11 163:22
**p.m** 67:17 112:19 169:2,6
182:23

**Q**

**Qualifying** 176:24
**question** 6:7,9,15,16 7:4,5 27:22,23 28:7 33:1 35:24 36:5 41:20 50:12 53:6 57:3 57:8 59:12 63:16,17,18 64:9 70:16,18 94:20,23 111:18 119:6 123:5,15,23 124:1 125:20 130:18 146:22 149:17 158:25 159:10 163:1 163:4,5,12 167:13 169:18 173:6
**questioning** 161:8 164:14
**questions** 5:24 7:1 28:22 39:1 55:16 74:9 164:5,21 182:19 184:24
**question-by-question** 56:6
**quick** 172:16
**quickly** 80:9
**quite** 52:24
**quotation** 126:14,20
**quote** 126:2,5

**R**

**R** 2:1 186:2,2
**raised** 113:19 145:21
**rates** 133:15,20 134:4,12
**reach** 15:25 16:2,11 63:25 64:3,12 88:24 107:21 121:19,23 122:18 123:16,21 160:12,23 164:2
**reached** 42:7 58:22 64:5,17 65:14 100:14 104:4 133:6 139:17 145:3 161:1
**reaching** 20:6 108:6 139:20
**read** 6:9,11 24:20 35:25 36:3 50:12,13 57:4,9,11 94:20,21 99:16 100:20,22 107:2 118:13 119:6,7 122:23,25 123:7 183:6 186:4
**readable** 167:23
**reading** 172:16
**ready** 7:22,23 23:6,7
**real** 34:19 35:9,19 36:25 79:8 92:16 129:17,22

**really** 18:16 26:22 27:5 34:4 59:20 83:18 123:15 143:20 160:4 166:5
**reason** 23:20 29:13 36:19 38:9,22 44:17 47:19 48:19 49:21 51:19 57:16 58:14 62:21 65:19 66:13 67:10 68:7 71:5,21 72:6,22 73:1,4 73:13 75:5,22 78:3,14 79:10 81:1 82:2,20 83:21 84:21 87:23 90:20 95:12 98:6 100:3,8,16 102:10 103:21 123:23,25 125:17,19 136:24 137:1 139:8 145:6 151:15 153:19 156:8,22 157:24 159:22 160:18 161:23 162:9 166:12 167:7 176:3
**reasons** 131:20 146:5,7,11
**recall** 9:11 12:18,21 23:17 55:5,6,8 67:19 74:14 76:18 80:24 82:1 87:22 88:2 95:20 95:24 97:11 98:14,20,25 99:2,6 100:9 109:24 110:1 111:23 112:1,4 114:24 119:12 122:13 127:12 128:22 130:8 134:5,6,9,12 137:19 138:20,22,25 139:3 139:6,18,21 140:7,11,22 141:19 143:19 144:13 147:23 150:14 161:15,17 171:1,6 172:19,21 174:15 174:21 175:1,12,15,16,18 175:20
**receive** 27:7 28:18 51:2 86:2 106:21 134:3 136:24
**received** 22:3,7 27:25 51:12 62:18 64:14 66:3 69:7,11 71:14 72:22 73:1 76:4 83:8 83:15 87:14,25 88:7 90:3 95:3,21 115:18 116:5 119:15,21 129:23 131:23 132:1,11 134:9 135:24 136:7 138:15 139:16 151:4 174:15 175:1,8 176:6,7 179:20 180:1
**receiving** 25:23 51:1,22 74:14 98:22 112:24 139:4,6 175:20
**reclassified** 142:23 143:2,12
**recognize** 8:3 23:15,25 24:4 30:2 39:7 53:2 54:1 67:5 74:5 77:6 80:17,22 83:3 97:2 112:12 141:6 150:5 173:23 177:19
**recollection** 97:7 98:6 99:22 126:12
**record** 4:2,14 7:2 18:19 35:25 36:3 43:24 45:6,8,10 50:13 59:2,5,7,9,13 63:19 82:3 94:21 96:9,12 100:22 107:2 118:13 119:7 122:25 164:18 164:19,21,23 165:1 168:25 169:2,4,6 182:23 184:24 186:5
**recorded** 6:1
**recording** 4:13
**redacted** 142:12
**reduced** 184:11
**REES** 2:7
**refer** 14:5 20:9 60:15,18 61:12 148:7 167:11 173:8
**reference** 114:18
**referred** 18:22 61:10 62:6 110:21 147:21,23 148:13 149:7 151:10 175:6 185:2
**referring** 30:14 62:4 113:9,12 131:2 144:17 175:5 180:20 181:3
**refers** 133:18
**reflect** 25:24 35:19,20 36:12 36:25 37:2,6 48:13,17 49:14 49:16,23 50:18 51:13 145:10 156:18
**reflected** 64:19 83:23 85:1 145:15,16 146:5
**reflecting** 83:9
**reflects** 34:10,11 37:7 144:25
**refresh** 97:6 99:22
**regard** 47:24 49:2
**regarding** 137:16
**regards** 179:12
**regional** 12:17,22 13:5,8,12 14:6 15:11 105:15 106:2,10 106:19,22 142:23 143:4,7 146:24
**regular** 28:17
**related** 47:18 66:19 76:6 93:22 98:15 100:11 125:3 128:24 158:18,19
**relates** 27:11
**relating** 40:20
**relatively** 135:18
**relayed** 83:25 91:20 93:10
**relevance** 149:1,4,5
**relevant** 133:25 149:9 151:23 152:1 170:23
**remember** 22:15 68:1 108:9 148:11 150:24
**render** 92:4 93:2,6
**repeat** 106:25 160:14
**repeated** 35:24
**repeating** 51:17
**rephrase** 6:8 59:13 64:8
**reply** 70:23 71:16 72:1,2 78:9 82:17 129:8 130:13 157:3 157:19 160:9,17
**report** 87:6 136:21 143:22
**reported** 126:25 127:13,14 184:10
**reporter** 5:1 6:11 184:5
**reporting** 13:17
**reports** 137:11
**represent** 5:13
**representation** 54:15 55:10 57:13,17 161:5,11 162:4
**representative** 46:8 58:13 65:1 180:6,8,13,17,19 181:17 182:10
**represented** 42:11 129:6,8 139:7
**reproduced** 31:24
**request** 15:21 137:4 138:6,10
**requested** 8:16 83:22 112:6 136:23,25 177:10
**requesting** 76:17 99:8 137:9 137:24,25
**require** 10:14 100:24 116:16 124:9
**required** 10:25 11:4 16:10 32:22 76:16 149:20 167:15 168:15

**requires** 108:25 166:24 168:3 168:10 169:17
**requiring** 97:22 99:14 167:18
**reservation** 145:24
**respect** 13:18 130:18 163:11 176:14,15
**respectfully** 164:7,23 165:22
**respects** 114:10
**respond** 27:12
**responded** 142:15
**responding** 168:22
**response** 113:18 134:16 135:13 148:20 150:10
**responsibilities** 12:2 13:12 15:13 143:14
**responsibility** 105:16
**rest** 40:19 136:25 177:7
**result** 46:10 82:5,11 87:2,12 88:20,23 89:25 146:2 151:2 153:5 168:12 179:3
**results** 18:19
**retained** 120:12
**retention** 178:18
**returning** 43:12 46:3
**reveal** 125:13,18
**revealed** 124:2,7
**review** 9:8,16 23:5 81:2 94:4 96:25 115:10 140:9 141:12 178:1,6
**reviewed** 9:12,13 80:19 83:10 95:2 97:3 109:1 114:21 115:4,18 140:4 141:15,18 141:23,24 149:8 150:25,25
**reviewing** 97:12 98:4 139:21 140:1 151:11
**right** 17:11 24:12 32:20 35:6 35:17 40:4,9 50:14 52:11 66:15 71:7,10,11 75:7 84:23 95:6,11 100:2 105:24 106:20 115:17 119:18 126:17 129:23 130:25 143:10 146:21 152:19 153:1 154:8 156:16 165:7,12 174:9
**Robbibaro** 142:17 143:17,22 151:8,11
**Robbibaro's** 143:1 170:20
172:4
**Robin** 150:9
**role** 89:11 101:5,9 105:15
**Rose** 174:5,22
**rules** 5:17

**S**

**S** 2:1 3:4 186:2
**safe** 138:4
**sat** 163:20
**satisfies** 176:11
**satisfy** 170:9
**save** 135:9
**saw** 74:10
**saying** 28:3 56:9 99:16 115:14 118:24 155:16 166:1 179:12
**says** 24:19 25:9 31:11 36:21 36:23 37:12 48:6 54:14,17 54:17,18 67:13,18 68:20 72:20 77:14 83:18,19 112:21 120:12,14,15 125:23 130:23 155:15 161:14,14 166:4,18 174:4,6 178:11
**scan** 34:4
**scanned** 31:23
**scheduled** 1:16
**scheme** 116:6
**Schmookler** 2:9 4:22,23 8:19 21:10 22:5,14,20 24:25 25:7 25:19 26:2,20 27:2 29:11,23 30:10,21 32:5,15,24 33:6,23 34:13 35:11,22 36:4 37:4,24 38:7,17 41:7,21 43:15 44:2 45:1,23 46:15 47:12 48:4,15 49:19 50:1,10 51:5,15,24 52:9,17,24 55:11 56:4,10,12 56:15 57:24 58:10 59:3 63:6 63:20 69:10,20 70:2,15,25 72:4,12 73:3,11,19,24 75:12 78:11 80:6,12 82:18 84:9,16 86:11,22 87:9,15 88:1 89:4 89:13,20 90:16,25 94:9,14 95:18 96:3,19 100:6,19 101:10,16 102:3,15 103:2 103:15 104:2,16 106:14 110:14 111:9 116:15 117:5 117:12,21 118:10,25 120:4 121:3,11 122:23 123:6 124:5 127:10 128:8,21 129:9,25 130:14 136:1 138:7 145:13 146:13 149:2 149:22 150:19 153:17 154:1 154:14 155:9,25 156:6,20 157:4,13,22 158:13 159:8 159:19 160:1,10 161:13,21 162:6,13,19 163:3,14 164:10,20 165:1,14 166:9 169:11,23 170:11 171:10,18 173:17 176:1 178:20 181:8 182:5,18
**school** 10:5,6 11:7,10
[redacted] 79:9,20
**scope** 63:22
**Scott** 2:9 4:22 22:11,18 43:24 55:21 59:2 80:8 163:10
**scratch** 152:6
**screen** 22:18 73:21 74:5,15 77:19 139:4
**SCULLY** 2:7
**seal** 185:7
**second** 22:10 40:6 59:2 113:22 118:20 135:16,17 172:6
**section** 54:2,23 61:5,11,12,16
**secureop@dr.com** 72:2
**see** 14:7 23:18 24:14 29:4,16 30:2 40:10 42:3 54:11 60:10 60:25 61:6,16,21,24 62:20 68:15,17 69:4 103:25 113:24 114:1 120:18 125:23 126:20 128:15 130:22 133:16 134:16 136:12 139:23 149:5 152:17 161:7 166:25 172:8,12,17 177:22 178:11
**seeing** 80:24 98:20
**seeking** 137:25 176:12
**seen** 7:24 8:1 23:9,10,12,16 23:21 42:24 74:11 77:3 95:14 114:21 128:18 129:5 129:18,20 132:18,25 134:25 173:20
**selective** 19:6

**Sena-DiDonato** 108:18 109:4 148:1
**Sena-DiDonato's** 148:4
**send** 28:5 34:25 35:7 37:20 82:8 86:1 154:16,22,23,25 155:3,5,13,17,19,22 156:3 159:17 166:13
**sender** 26:25 30:16 34:10 37:1,7 51:3,13 155:7 156:19 157:19
**sender's** 35:19 36:13 38:5 156:25 157:6
**sending** 32:3 38:14 90:8 102:6 172:23 173:3 179:16
**sends** 157:14
**senior** 12:15,19 13:4 109:17 142:20 143:6,15
**sense** 5:23 38:4 47:2,8 127:3 127:8 144:16
**sensitive** 55:22
**sent** 25:17,25 26:18 27:8,19 27:25 28:12,20,25 29:6,10 29:20 30:9 34:12 36:16,21 38:10,23 47:20,25 48:2,14 48:18 49:17 50:18 64:20 72:17 78:1 89:6 90:2 128:20 144:22 148:17 150:9 156:9 157:11 158:17 166:1,2,5,7 166:10 174:8,19,24
**sentence** 40:6 68:19 113:1,6 120:14 126:18 129:15 135:17 152:16 153:2 166:17
**sentences** 133:13
**separate** 22:19 82:24
**separated** 175:19
**separately** 19:24 139:4
**September** 21:24 67:23 104:25 111:25 112:19 113:13 114:4 119:14 135:14
**series** 24:5 40:8,14,25 42:17 43:4,6 62:16 84:6 86:5,10 89:10,19 103:25 135:24 136:11
**serious** 130:24 131:1,6 132:19 133:11
**servers** 73:8
**set** 9:3 79:25 138:5 184:16
**seven** 10:22
**short** 44:23 96:10
**Shorthand** 184:5
**shortly** 132:1
**shot** 22:18 73:21 74:5,15 77:19
**shots** 139:4
**shows** 34:18 35:9
**sign** 34:3
**signature** 30:8,8,12,12,18,19 30:24 31:4,8,13,16,20,21,22 32:10,13,13,19 33:5,5,12,12 33:19 34:7 39:19 185:6
**significant** 145:1
**similarity** 151:18
**similarly** 143:1
**simple** 21:4
**Simply** 107:16
**single** 53:8 58:23
**sit** 95:23 163:15
**sites** 66:9,14,21 68:21 70:12 92:15,21
**situation** 118:5 119:10 129:2 129:12,20 130:2,9,19 138:2
**six** 10:22
**size** 140:13
**Skipping** 120:14
**social** 171:8,16,17,20 172:3,8
**solely** 111:1,3,6
**solutions** 1:2 4:4,20 5:14 21:21 25:14 98:2 102:2
**somebody** 27:10 28:3 38:10 50:21 76:10 78:6 157:11 160:17 164:11 166:13
**sorry** 20:7 35:23 36:1 40:16 53:10 60:1 62:23 78:20 94:19 99:11 106:25 118:11 122:24 171:14 174:13
**sort** 47:15
**sought** 150:21
**SOUTHERN** 1:1
**spaces** 68:14
**speak** 93:24 116:4 160:21
**speaking** 88:12 99:11
**speaks** 79:22 81:16 97:21 138:9
**specific** 21:18 23:18,21 54:6 82:1 103:12 110:1 114:13 119:10 128:12,24 129:11 131:12,14 138:10 171:2,3 175:12 177:4,10
**specifically** 7:3 60:21 65:7 70:8 80:22 95:20 98:25 99:6 101:13 105:20 109:24 112:2 112:4 113:15 114:25 118:17 118:20 122:13 124:13 134:5 137:19 138:6 139:2 140:7 141:20 151:22 161:18 171:1 172:6 174:17 175:3,16
**specifics** 130:8 131:11 132:6 139:18
**specified** 113:15 131:3
**speculation** 51:25 66:16 69:13 89:21 90:9 92:14,24 100:25 102:4 103:3,5 116:17 158:14
**spoke** 112:2
**spoofed** 66:22 69:25 70:7 126:19,23 127:2,9 128:4,5 128:13
**spoofing** 18:1,3,6 26:9 106:4 106:12
**squarely** 165:11
**SS** 183:1 184:1
**staffed** 110:20
**stamp** 9:23
**stands** 113:4
**start** 11:18 37:17 53:22
**started** 7:14 11:22 22:2 37:20
**starting** 8:16 120:11 125:21 152:5
**starts** 179:12
**state** 1:13 10:16,17 52:12,13 172:22 183:1 184:1,6 185:8
**stated** 63:19 76:19 101:2 113:15,23 138:12,14 143:5 156:13 160:5 168:6 170:19
**statement** 153:22 158:20
**states** 1:1 10:7,13,20,22,23 14:17 63:8,8 81:17
**stating** 155:2
**status** 83:18 109:22
**stay** 164:19,20
**staying** 174:14

**stenographically** 184:10
**steps** 16:10
**stipulation** 6:13
**Stop** 163:8
**strategy** 43:16 44:8 47:15 56:25 104:6
**Street** 1:14 2:7 4:7 184:14
**stretch** 6:20 44:23
**strike** 20:7 28:9 49:14 59:11 60:1 62:11 78:20 86:3 88:21 92:1 97:17 107:5 123:14 128:1 135:19 138:13 142:10 148:2
**strong** 146:11,19
**strongest** 146:7
**structure** 12:25 13:10 151:19
**structures** 14:19
**subject** 8:19,22 45:23,25 46:16 47:5 58:1 117:10 152:24
**submitted** 132:12 134:8
**Subscribed** 183:17
**subsequent** 119:19 138:13
**substance** 23:10 110:15 111:12
**substantially** 84:2
**suffering** 7:10
**sufficient** 92:4 93:5 135:22
**suggest** 35:5,16 158:21
**suggested** 98:15
**suggests** 179:14
**Sugzda** 2:4 3:3 4:19,20 5:9,12 7:20 8:21 21:14 22:9,17,22 23:4 25:3,10,21 26:6,23 27:6 29:14 30:6,13 31:1 32:8,17 33:2,9 34:6,16 35:14 36:10 37:10 38:2,13 38:25 39:6 41:19,24 42:2 43:22 44:11 45:3,11,25 46:2 46:19 47:23 48:7,20 50:6,23 51:10,20 52:6,14,19 53:1 55:21 56:8 57:2,18 58:5 59:1,10 63:12 64:7 67:4 69:14,23 70:5,21 71:4 72:8 72:16 73:6,15,20 74:3 75:16 77:2 78:16 80:8,16 82:22 84:13,20 86:17,24 87:10,18 88:3 89:9,16,23 90:17 91:3 94:11,25 96:1,6,13,23 100:12 101:1,12,22 102:9 102:19 103:8,23 104:11,19 106:17 107:4 110:23 111:13 111:17 112:11 116:20 117:8 117:14 118:4,18 119:11 120:5,7 121:8,17 123:4,8,11 124:11 127:18 128:14 129:4 129:13 130:4,20 134:21 136:5 138:11 141:5 145:18 146:18 147:8 149:6 150:4 151:5 153:21 154:3,4,18 156:12,24 157:9,17,25 158:23 159:16,23 160:6,22 161:19 162:1,10,16,22 163:10 164:6,17,22 165:7 165:21,23 166:15 168:24 169:7,12 170:6,18 171:13 171:21 173:10,15,19 176:2 177:18 178:24 181:16 182:8 182:20
**Suite** 2:8
**summarizing** 88:13
**summary** 21:1,4,7 67:22 68:14 104:6
**summation** 44:13
**supervision** 14:14
**supervisor** 14:8 16:15
**support** 4:10 14:3 179:5 181:18 182:3
**supporting** 117:17
**supports** 118:6 167:14
**supposed** 25:24 158:9,10 181:20
**sure** 14:11 15:18 32:25 41:11 56:16 59:3 70:17 85:12 96:6 96:19 109:16 112:2 145:14 159:9
**surprise** 175:23
**sustained** 178:15
**swear** 5:2
**sworn** 5:3,6 183:17 184:18
**system** 18:21 19:14 29:3 75:2 75:3 135:10 152:22,23 153:16,25 154:7,12 155:24 166:14 167:20,22 168:1
**systems** 125:24 170:4

**T**

**T** 3:4 186:2,2
**Tab** 176:11
**tabs** 175:19,22,24 176:4
**take** 6:12,16,18,21,23 7:21 23:5 39:1 44:7,20 45:3 49:6 49:7 55:14 96:17 99:20 108:22 147:15
**taken** 1:11 39:14 89:18 96:10 147:14 151:22 184:9,13
**takes** 114:6
**talk** 18:2 27:13,17 28:22 41:25 103:17 104:5 165:4
**talked** 27:11 97:8
**talking** 46:21
**targeted** 123:13,18
**technical** 14:3,5 15:1 146:25
**technician** 12:17,22 13:6,8,13 14:6 15:12 105:16 106:10 106:19 142:23 143:4,7
**technicians** 13:25 106:2,23
**telephone** 30:5 119:19
**tell** 7:8,11 64:6 162:23 163:16 163:21 184:18
**term** 11:24 38:19 61:1,18 62:3 114:16,17 122:8 127:4 127:5,7,9,13 128:5 148:24 172:9
**termed** 128:4
**terminology** 11:24 12:13
**terms** 16:24 17:18 28:10 30:15 43:20 51:1 54:6,22 56:24 85:23 92:20 121:15 121:16 124:16 170:16 172:2 172:14,20,25 177:6 180:15
**testified** 5:7 95:1 107:18 160:13 169:15 175:7
**testify** 56:18,21 161:16
**testifying** 8:8,11,17 9:1 45:18
**testimony** 101:17 148:3 186:4 186:6
**text** 24:20
**thank** 7:13 9:3 85:13 120:5 182:20
**thanks** 173:15

**theft** 121:2,10 122:5 124:4 125:1,9
**thing** 37:11 45:14
**things** 19:9 34:1 41:13 56:2 120:16
**think** 9:19 12:16 24:13 31:18 32:9 33:7 36:19 44:22 57:16 62:19 63:9,23 64:20,21 65:6 66:17 68:9 73:22 111:13,15 114:24,25 119:18 120:22 121:24 122:1 132:23 137:8 137:24 138:5 141:25 146:22 148:24 155:14 165:11 167:14 170:23 171:11,19 173:1 178:4 182:6
**thinking** 68:9
**third** 40:6 68:21 113:1 120:11 122:8,11,16 152:7 152:10,14,16 179:6
**third-party** 66:9,21 68:21 70:11 92:14,21
**thought** 26:22 27:5 136:15,17 137:22 148:16
**three** 50:2 131:23,25 132:3 132:18 145:20
**tied** 68:23
**time** 6:12,21,24,24 7:21 11:25 12:14 15:7 21:16 23:22 36:2 44:5 46:23 53:5 55:13,19 56:2 59:14 62:10 65:1 80:1 87:13,20 91:25 92:2 94:10 96:3,4 105:2 112:20 115:5 115:20 122:24 131:6,11 137:20,22 145:23 146:6 157:21 182:21 185:1
**timeline** 41:17 175:9,18
**timelines** 6:18
**times** 50:2 87:22 158:15
**title** 12:17 14:10,12 109:17 142:20 143:17
**titles** 143:11,13
**today** 5:21 7:8 8:8,11 45:18 55:5 178:2
**told** 25:15 34:21 35:2,13 36:18 38:9,22 40:21 41:10 41:12 47:19 49:21 51:18 65:19 66:12 70:4 71:2,20 72:6 73:13 75:1,14 78:2 79:5 82:20 84:19 102:7 125:17 153:19 156:22 157:24 159:22 160:15 164:11 169:25
**tools** 18:19
**top** 14:15,17,20 74:17 169:14
**topic** 45:18 63:23 164:12
**topics** 8:15 9:1 45:16 164:15 164:25 165:5
**Torres** 2:2 4:21
**trails** 23:13,14
**training** 10:15,18
**transaction** 81:21 83:9,14 90:22 100:17 103:22 179:15 179:16
**transcript** 5:22 6:1,3 161:14 183:7,10 186:4
**transfer** 21:19 76:17 81:14 81:21 83:21 86:14,21 87:1 88:25 89:3,11,18 93:8,19 94:7 95:16 98:9,10,23 100:11 101:6,14,21 102:13 103:1,12 104:1,10 178:15 180:14,22,25 181:1,14,23
**transferred** 81:24 99:25 100:1
**transfers** 137:7,17
**transmittal** 87:6 150:9
**transmitting** 135:4
**tried** 163:15
**trigger** 119:4
**true** 35:5,16 63:3 93:11 170:24 183:9 184:23 186:5
**trust** 22:16
**truth** 7:8,11 184:19,19,20
**try** 6:8,18 19:8,10 117:24
**trying** 41:21
**turn** 45:12,15 53:10,11,12,21 54:10 59:23 60:9 61:4 71:8 136:10 174:7 178:9
**turning** 9:25 21:18 61:15 85:14
**two** 30:8 61:20 68:12 78:19 88:17 89:7 95:23 98:19 100:10 109:9 133:13 151:19
**type** 18:25 19:22,25 31:6 114:18 125:11 129:12
**typed** 33:5 72:10,15
**typewriting** 184:11
**typical** 15:16,19 17:2
**typically** 16:14,23 35:19 36:25 37:6
**typing** 32:18 33:5,17 78:7

**U**

**ultimate** 101:6 104:1
**ultimately** 131:21
**unauthorized** 152:21 154:6
**unaware** 152:18,21 154:5 156:14
**undergoing** 25:6 179:14
**underlying** 24:7 104:23
**undersigned** 185:3
**understand** 6:6 8:10,14 9:14 22:1 30:23 33:1 37:8 40:19 40:24 41:2 56:9 70:16 74:23 76:2 81:19 85:4 91:6 94:22 99:7,13 110:17 122:3,6,10 181:12
**understanding** 14:13 18:4,7 24:8 25:2,23 26:5,9 33:11 34:15 40:21 41:6 42:25 46:11 47:11 51:8 57:21 71:13 74:25 76:5 77:25 78:5 78:13 79:3 82:6 84:18,25 88:5,11 90:18 91:24 97:12 98:11 101:15 103:9 105:12 106:1 111:2 123:16,22,24 126:22 127:1,5,9 135:22 157:20 158:5 168:17,19,22
**understands** 56:17
**understood** 36:5 42:12,16,20 43:4 70:9 72:21,25 145:4
**undertook** 46:22
**unearthed** 17:21
**unfamiliar** 29:21
**unfold** 15:17 16:23
**unit** 110:18,20 151:1
**United** 1:1 14:16
**University** 10:3
**unnecessary** 41:23
**use** 18:19,23 68:22 114:16 126:8 128:5 168:4 171:23

172:4,10 173:1,2,4,4
**useful** 148:19
**uses** 60:25 61:25
**usual** 113:25 114:3,6,11,14 115:11,21 116:1,12 117:1 127:21 128:7,12
**usually** 13:15 140:14
**U.S** 4:10

**V**

**valid** 182:11
**variations** 114:7
**various** 23:11,14 24:11 38:21 74:11 174:24 175:10
**vary** 10:16
**victim** 171:24
**video** 4:12 5:22 6:3
**videographer** 2:13 4:1,10,25 45:5,9 59:4,8 96:8,11 169:1 169:5 182:22
**videotaped** 4:3
**view** 58:3 117:7
**viewed** 153:15
**violation** 61:18,22,25 152:9 152:16 169:17,20 170:9,16
[redacted] 24:18,22 25:5,13 31:11 34:19,25 35:7,21 36:17,22 37:2,8 38:11,12,24 47:20 48:1,3 69:1 71:18,24 72:10 72:15 73:8 76:15,21 78:1,7 78:18 79:19 82:8,15 83:16 83:16 85:20 90:4,24 93:24 99:4 100:18 101:4 102:22 102:25 103:14 104:14 129:16,18 159:14,17 160:16 179:12
[redacted] 37:22 159:24
**vs** 1:5 4:4

**W**

**Wait** 171:14
**want** 6:9,13,23 10:23 22:13 28:5 41:11,16,22 44:20,21 55:23 56:5,12,16,20 58:20 85:11 94:15
**wanted** 45:15 111:10 165:3
**wasn't** 35:5,16 47:25 50:20 59:21 69:8 113:18 123:14 143:1 152:1 155:20 156:4 158:9 159:15
**way** 17:2 32:9 48:10 54:24 66:19 69:9,18,25 87:25 90:10 91:4,17,22 92:16 93:10,15 100:8,24 107:11 116:23 117:15 121:24 128:12,19 153:11 172:21
**ways** 65:25 66:21,24 70:7 98:15 103:6 128:10 164:4
**web** 66:9,14,21 92:15,21
**went** 10:6 37:19 59:12 140:23 166:14
**weren't** 9:17 70:6
**West** 4:11
**we'll** 39:1 44:21 73:25 80:13 80:14
**we're** 5:19,21 31:10 41:11 43:18 44:6 45:5,9 96:8 102:7 165:9 169:13 181:2
**we've** 11:23 18:22 27:11 103:18,19 104:15,20
**William** 68:6
**wire** 21:19 76:16 79:20 81:13 81:20 83:9,14,21 86:14,20 87:1 88:18 90:1,6,22 100:11 101:6,21 102:25 137:7,16 178:14 179:17 180:22,25
**wired** 179:25
**withdraw** 123:5
**witness** 4:16,17,23 5:2,3,5 21:11 22:6 25:1,8,20 26:3 26:21 27:3 29:12,24 30:11 30:22 32:6,16,25 33:7,24 34:14 35:12,23 36:1,7 37:5 37:25 38:8,18 44:24 46:16 47:17 48:5,16 49:20 50:4,14 51:7,16 52:1,10,18 56:17 57:15,25 63:7 69:11,21 70:3 70:18 71:1 72:5,13 73:4,12 74:2 75:13 77:1 78:12 80:15 82:19 84:10,17 86:12,23 87:16 88:2 89:5,14,22 91:1 94:19,22 95:19 100:7,23 101:11,18 102:5,16 103:4 103:20 104:8,17 106:15 107:3 110:18 112:10 116:16 117:6,13,22 118:11,14 119:5,8 121:4,12 123:1 124:6 127:11 128:9,22 129:10 130:1,15 136:2 138:8 141:4 145:14 146:14 149:3,23 150:22 153:18 154:15 155:10 156:2,7,21 157:5,14,23 158:16 159:9 159:21 160:4,11 161:17,23 162:7,14,20 166:10 170:2 170:13 171:11,19 173:18 177:17 178:21 181:11 182:6 182:17,24 184:8,17,25 185:6
**word** 52:11 62:1 64:21 65:8 65:10 123:9 167:2 168:4
**words** 40:19 126:8,15,24 153:2 171:2,3 172:17 173:5
**work** 11:15 13:25 15:2 41:14 43:17 55:18,25 56:13 58:11 58:25 64:4 71:6 97:23 99:18 119:2 163:4 176:20
**worked** 26:8
**working** 11:11,18
**Workstation** 18:22,24 19:5 19:14,19,23 20:2,11,15,23 39:13 67:8,11 135:10 142:3
**wouldn't** 17:1 28:14 57:16 103:20 128:11 131:17 152:1 180:10
**write** 33:14,15,15 39:17 73:24 135:7
**writes** 31:2,6
**writing** 67:19 112:5
**written** 134:15 135:12
**wrong** 123:9
**wrote** 46:5,23 126:11 133:14 142:18 145:23 150:12 152:20 164:15

**X**

**X** 3:1,4

**Y**

**yeah** 14:2 22:20 42:19 56:15 74:8

**years** 13:1 14:3 17:23 165:2
**yesterday** 178:5
**York** 1:1 2:3,3 10:9,24 11:1 11:12

**$**

**$4** 107:7,15,19
**$4,770,226** 81:15,23
**$4.7** 179:25
**$50,000** 178:18

**0**

**084-003592** 185:15

**1**

**1,459,227** 98:1
**1:10** 169:2
**1:15-cv-00907ALC** 1:5 4:6
**1:21** 169:6
**1:42** 182:23
**10** 18:15
**10/2/2014** 67:17
**10:03** 45:10
**10:22** 59:5
**10:25** 59:9
**10019** 2:3
**11:18** 96:9
**11:27** 96:12
**112** 3:16
**12(k)** 179:5
**12(n)** 181:19 182:4
**1242** 53:13
**1257** 60:10
**1258** 53:23 61:5
**1259** 53:22 54:10 62:4
**1262** 122:15
**13** 150:11
**134** 3:17
**14** 3:11 22:12,16 73:18,25 74:1 77:20 87:7
**141** 3:18 23:18
**147** 3:19
**150** 3:20
**16** 3:12 83:1
**1633** 2:3
**173** 3:21
**177** 3:22
**18** 3:6 7:15,18 45:13
**19** 3:7 22:23 23:3 31:10 34:18 40:17 43:3,12 44:15 46:10 46:13 47:3,7 49:25 57:20 59:17 63:4 74:7,9 102:17 104:15 179:10
**1989** 11:20 15:9

**2**

**2** 135:6 169:14
**2nd** 135:21 174:8 177:7
**20** 3:8 39:2,5 46:4 47:10 71:10 144:19
**200** 4:11
**2014** 21:24 42:4 53:19 67:24 105:1 114:4 135:6,21
**2015** 1:15 4:8 53:19 150:11 183:19 184:7 185:9
**21** 3:9 52:20,23 60:10
**212)506-1700** 2:4
**22** 3:10 67:3 120:4,6
**23** 3:7,13 76:25
**24** 3:14 42:4,23 44:13 46:23 47:9 71:9 80:2,5 84:1,5,8 85:15 86:7 87:5,12 144:17
**24th** 185:9
**25** 3:15 18:13 53:19,19 96:16 96:22 99:7
**26** 3:16 104:25 111:25 112:9 112:19 113:13 114:4 119:14
**27** 3:17 134:20,23 151:7 174:9,10,13 176:10,13
**28** 3:18 141:3 172:12,14
**29** 3:19 67:23 135:14 147:4,7 148:7 152:11 169:10

**3**

**3** 8:18 164:15 165:6
**30** 3:20 150:3 152:12 169:9 169:10,11,13 172:15,20,22
**30(b)(6)** 8:4 58:17
**31** 3:21 173:11,14 174:14,16
**312)565-1400** 2:9
**32** 3:22 177:16
**39** 3:8

**4**

**4** 45:18
**4:08** 67:17
**45** 39:25 71:12

**5**

**5** 3:3 8:17 45:15 60:12,22,25 136:23 137:10,25 166:17 176:11
**5:32** 112:19
**50** 39:22
**50,000** 178:23 179:1
**52** 3:9

**6**

**6** 8:18 164:16 165:6 176:12
**60606** 2:8
**67** 3:10

**7**

**7** 3:6
**714** 136:11 176:13
**73** 3:11
**76** 3:13

**8**

**8** 178:9
**80** 3:14
**800** 2:8
**82** 3:12

**9**

**9** 1:15 4:8 184:7
**9:00** 1:16
**9:01** 4:8
**9:50** 45:6
**906** 172:6
**96** 3:15