UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

MEDIDATA SOLUTIONS, INC.,

           Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

           Defendant.

----------------------------------------------------------X

Civil Action No.: 1:15-cv-00907-ALC

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Christopher M. Kahler for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

Christopher M. Kahler
GORDON & REES LLP
1 North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *Federal Insurance Company* in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11-10-15

_____
United States District Judge