UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Medidata Solutions, Inc.          Plaintiff,

Case No. 1:15-cv-00907-ALC

-against-

Federal Insurance Co.             Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robin L. Cohen
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RC0815          My State Bar Number is 2254019

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: KASOWITZ BENSON TORRES & FRIEDMAN LLP
            FIRM ADDRESS: 1633 BROADWAY
            FIRM TELEPHONE NUMBER: 212-506-1700
            FIRM FAX NUMBER: 212-506-1800

NEW FIRM:   FIRM NAME: McKOOL SMITH, P.C.
            FIRM ADDRESS: ONE BRYANT PARK, 47TH FLOOR
            FIRM TELEPHONE NUMBER: 212-402-9400
            FIRM FAX NUMBER: 212-402-9444

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/12/16

*Robin L. Cohen /ams*
ATTORNEY'S SIGNATURE