UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Medidata Solutions, Inc.

                Plaintiff,

   -against-

Federal Insurance Co.

                Defendant.
--------------------------------------------------------

Case No. 1:15-cv-00907-ALC

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                          **Adam S. Ziffer**
                        FILL IN ATTORNEY NAME

My SDNY Bar Number is: AZ3511     My State Bar Number is 2737252

I am,

    [✓] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: KASOWITZ BENSON TORRES & FRIEDMAN LLP
               FIRM ADDRESS: 1633 BROADWAY
               FIRM TELEPHONE NUMBER: 212-506-1700
               FIRM FAX NUMBER: 212-506-1800

NEW FIRM:   FIRM NAME: McKOOL SMITH, P.C.
               FIRM ADDRESS: ONE BRYANT PARK, 47TH FLOOR
               FIRM TELEPHONE NUMBER: 212-402-9400
               FIRM FAX NUMBER: 212-402-9444

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/11/16

                                              ATTORNEY'S SIGNATURE