USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
MEDIDATA SOLUTIONS, INC., :
:
                      **Plaintiff,** :
: 15-CV-907 (ALC)
   -against- :
: **ORDER**
:
FEDERAL INSURANCE COMPANY, :
:
                      **Defendant.** :
:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The Court has reviewed the parties' submissions. Both motions for summary judgment are denied without prejudice due to an insufficient record. Parties are granted leave to conduct limited expert discovery. This discovery should be limited to establishing the method in which the perpetrator sent its emails to plaintiff and discussing what changes, if any, were made to plaintiff's computer systems when the emails were received. Parties are encouraged to submit a joint stipulation of these findings.

    A telephone conference will be held on March 14, 2016 at 11:30 a.m. Plaintiff should initiate the call to the Defendant and, once all relevant parties are on the line, should contact the Court at (212) 805-4511 on the date and time specified above.

**SO ORDERED.**

**Dated:**    New York, New York
                March 9, 2016

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**