USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 9/10/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEDIDATA SOLUTIONS, INC. | : | Civil Action No.: 1:15-cv-00907-ALC |
| Plaintiff, | : | |
| v. | : | **JUDGMENT** |
| | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

Plaintiff Medidata Solutions, Inc. ("Medidata") having moved for summary judgment on its breach of contract claim against Defendant Federal Insurance Company ("Federal"), and the matter having been brought before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on July 21, 2017, having issued its Opinion and Order granting Medidata's motion for summary judgment and denying Federal's motion for summary judgment, it is hereby

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2017, Medidata's motion is granted, Federal's motion is denied, and judgment is hereby entered in favor of Medidata and against Federal in the amount of $5,813,119.97 as of July 21, 2017, consisting of $4,720,226.00 in damages for Medidata's claim for coverage under the Federal insurance policy at issue and $1,092,893.97 in prejudgment interest through July 21, 2017, calculated under N.Y. C.P.L.R. §§ 5001, 5004 (2017). This amount shall be increased pursuant to N.Y. C.P.L.R. § 5002, by a total additional amount of $28,667.40, to reflect $1,433.37 of post-decision interest for each of the 20 days between July 21, 2017, and the date of entry hereof. Pursuant thereto, Judgment is hereby entered in the total amount of **$5,841,787.37**.

Post-judgment interest shall accrue following the entry of this judgment at the rate provided by 28 U.S.C. § 1961(a).

**SO ORDERED.**

Dated: August 10, 2017
New York, New York

Hon. Andrew L. Carter, Jr.
United States District Judge

2