## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:15-cv-00907-ALC |
| FEDERAL INSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF APPEAL

NOTICE is hereby given that Federal Insurance Company, defendant in the above-captioned cause, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment Order dated August 10, 2017 (Dkt. 83, Exhibit A) and any and all other orders, findings, conclusions and holdings relating or contributing to the final judgment, including, but not limited to, the Minute Entry on the parties' cross motions for summary judgment and the Memorandum Opinion and Order on the parties' cross motions for summary judgment dated July 21, 2017. (Dkt. 82, Exhibit B).

Date: August 11, 2017

Respectfully submitted,

/s/ Scott L. Schmookler
Scott L. Schmookler
GORDON & REES, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: 312.565.1400
Email: sschmookler@gordonrees.com

## CERTIFICATE OF SERVICE

I certify that on August 11, 2017, I caused a copy of Federal Insurance Company's Notice of Appeal to be electronically served upon counsel of record, pursuant to agreement.

Respectfully submitted,

/s/ *Scott L Schmookler*
Scott Schmookler
Sara Gronkiewicz-Doran
GORDON & REES, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: 312.565.1400
Email: sschmookler@gordonrees.com
     sgronkiewicz-doran@gordonrees.com